# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## BOSTON DIVISION

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>    Plaintiff,<br><br>    v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

## NOTICE OF APPEARANCE OF JOSEPH D. RUTKOWSKI

Pursuant to Local Rule 83.5.2, please enter the appearance of Joseph D. Rutkowski, Edwards Wildman Palmer LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as counsel for the Defendant, R3 Education, Inc., in the above-captioned action.

Respectfully submitted,

Date: August 11, 2014

*/s/* Joseph D. Rutkowski
Joseph D. Rutkowski (BBO # 681997)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (fax)
jrutkowski@edwardswildman.com

*Attorneys for R3 Education, Inc.*

## **CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)**

      I, Joseph D. Rutkowski, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 11th day of August, 2014.

                                              /*s*/ Joseph D. Rutkowski
                                              Joseph D. Rutkowski (BBO # 681997)