# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## BOSTON DIVISION

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>　　　　Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

## NOTICE OF APPEARANCE OF DARYL J. LAPP

Pursuant to Local Rule 83.5.2, please enter the appearance of Daryl J. Lapp, Edwards Wildman Palmer LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as counsel for the Defendant, R3 Education, Inc., in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: August 11, 2014　　　　　　　　　/s/ Daryl J. Lapp
　　　　　　　　　　　　　　　　　　　　Daryl J. Lapp (BBO # 554980)
　　　　　　　　　　　　　　　　　　　　EDWARDS WILDMAN PALMER LLP
　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
　　　　　　　　　　　　　　　　　　　　(617) 239-0100
　　　　　　　　　　　　　　　　　　　　(617) 227-4420 (fax)
　　　　　　　　　　　　　　　　　　　　dlapp@edwardswildman.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for R3 Education, Inc.*

## **CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)**

     I, Daryl J. Lapp, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 11th day of August, 2014.

                                                                 */s/* Daryl J. Lapp
                                                                  Daryl J. Lapp (BBO # 554980)