**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

**BOSTON DIVISION**

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>　　　　Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT**

Defendant, R3 Education, Inc. ("Defendant"), respectfully requests an extension of time to and including September 15, 2014 during which Defendant shall answer, move or otherwise respond to Plaintiff Fernando Catalan-Aguilar's ("Plaintiff") complaint in this action.

On June 23, 2014, Plaintiff filed a complaint in this Court against Defendant for "breach of contract" and "breach of the covenant of good faith and fair dealing." ECF No. 1. Defendant was served with a summons on July 25, 2014 and currently has an answer due by August 15, 2014. In view of additional time required to investigate the complaint's allegations, Defendant requests, and Plaintiff through his counsel agrees to, an extension to and including September 15, 2014 to answer, move or otherwise respond to Plaintiff's complaint. This is the first request for an extension of any deadline to answer, move or otherwise respond to Plaintiff's complaint.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff regarding the relief requested in this motion, and that Plaintiff's counsel has assented to such request.

    Respectfully submitted,

    R3 Education, Inc.,
    By its Attorneys,

    /s/ Joseph D. Rutkowski
    Daryl J. Lapp (BBO # 554980)
    Joseph D. Rutkowski (BBO # 681997)
    EDWARDS WILDMAN PALMER LLP
    111 Huntington Avenue
    Boston, MA 02199-7613
    (617) 239-0100
    (617) 227-4420 (fax)
    dlapp@edwardswildman.com
    jrutkowski@edwardswildman.com

Dated: August 11, 2014

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(b)

I, Joseph D. Rutkowski, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 11th day of August, 2014.

/s/ Joseph D. Rutkowski
Joseph D. Rutkowski (BBO # 681997)