**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

**BOSTON DIVISION**

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | Civil Action No. 1:14-cv-12607-GAO |
| R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS, | |
| Defendant. | |

**[PROPOSED]
ORDER GRANTING ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

The defendant in this action filed an assented-to motion to extend the time during which

the defendant must answer, move or otherwise respond to the complaint filed in this action, to

and including September 15, 2014. All parties agree to this request.

The Assented-To Motion is GRANTED.

It is ORDERED that the defendant in this action shall have until and including September

15, 2014 to answer, move or otherwise respond to the complaint filed in this action

SO ORDERED

Dated: _____          _____

                                                     Judge George A. O'Toole, Jr.