# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## BOSTON DIVISION

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>　　　　Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, R3 Education, Inc., certifies that Defendant is a wholly owned subsidiary of Equinox EIC Partners LLC.

Dated:  August 11, 2014

Respectfully submitted,

R3 Education, Inc.,
By its Attorneys,

/s/ Joseph D. Rutkowski
Daryl J. Lapp (BBO # 554980)
Joseph D. Rutkowski (BBO # 681997)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (fax)
dlapp@edwardswildman.com
jrutkowski@edwardswildman.com

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(b)

      I, Joseph D. Rutkowski, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 11th day of August, 2014.

                                            /s/ Joseph D. Rutkowski
                                            Joseph D. Rutkowski (BBO # 681997)