AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-12607-GAO

FERNANDO CATALAN–AGUILAR v.
R3 EDUCATION, INC.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __R3 EDUCATION, INC.__
was received by me on *(date)* __Jul 22, 2014__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Susan Rhea, Assistant Secretary__, who is designated by law to accept service of process on behalf of *(name of organization)*
__R3 EDUCATION, INC.__ on *(date)* __Jul 25, 2014__ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __58.00__ for services, for a total of $ __58.00__

I declare under penalty of perjury that this information is true.

Date: __July 25, 2014__

*Server's signature*

Doug Perri, Process Server
*Printed name and title*

14442

123 South 22nd Street, Philadelphia PA 19103
*Server's address*

Additional information regarding attempted service, etc: Documents **(Summons and Verified Complaint)** were served at c/o Corporation Service Company, 2711 Centerville Road, Wilmington, DE 19808

Notes:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DOUGLAS J. PERRI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 29, 2018

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

FERNANDO CATALAN-AGUILAR

*Plaintiff*

v.

R3 EDUCATION, INC.

*Defendant*

Civil Action No.:
1:14-CV-12607-GAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

R3 EDUCATION, INC.
c/o Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Kimberly M. Abaid

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-06-24 09:02:26.0, Clerk USDC DMA