**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

**BOSTON DIVISION**

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>Plaintiff,<br><br>v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, R3 Education, Inc. ("Defendant"), respectfully requests an extension of time to and including October 6, 2014 during which Defendant shall answer, move or otherwise respond to Plaintiff Fernando Catalan-Aguilar's ("Plaintiff") complaint in this action.

On June 23, 2014, Plaintiff filed a complaint in this Court against Defendant for "breach of contract" and "breach of the covenant of good faith and fair dealing." ECF No. 1. Defendant was served with a summons on July 25, 2014. On August 11, 2014, Defendant moved with Plaintiff's assent for an extension of time to answer until September 15, 2014 (ECF No. 6), which motion was granted on August 12, 2014 (ECF No. 8). The parties are engaged in settlement discussions in an effort to resolve this matter. The requested extension will not inconvenience the Court, is in the best interest of all parties and will conserve judicial resources. Therefore, Defendant respectfully requests, and Plaintiff through his counsel agrees to, an extension to and including October 6, 2014 to answer, move or otherwise respond to Plaintiff's

complaint.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff regarding the relief requested in this motion, and that Plaintiff's counsel has assented to such request.

                                             Respectfully submitted,

                                             R3 Education, Inc.,
                                             By its Attorneys,

                                             /s/ Joseph D. Rutkowski
                                             Daryl J. Lapp (BBO # 554980)
                                             Joseph D. Rutkowski (BBO # 681997)
                                             EDWARDS WILDMAN PALMER LLP
                                             111 Huntington Avenue
                                             Boston, MA 02199-7613
                                             (617) 239-0100
                                             (617) 227-4420 (fax)
                                             dlapp@edwardswildman.com
                                             jrutkowski@edwardswildman.com

Dated: September 10, 2014

AM 37265849.1

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(b)**

      I, Joseph D. Rutkowski, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 10th day of September, 2014.

                                            /s/ Joseph D. Rutkowski
                                            Joseph D. Rutkowski (BBO # 681997)