# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## BOSTON DIVISION

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>　　　　Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

**[PROPOSED]**
**ORDER GRANTING ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

The defendant in this action filed an assented-to motion to extend the time during which the defendant must answer, move or otherwise respond to the complaint filed in this action to and including October 6, 2014. All parties agree to this request.

The Assented-To Motion is GRANTED.

It is ORDERED that the defendant in this action shall have until and including October 6, 2014 to answer, move or otherwise respond to the complaint filed in this action

SO ORDERED

Dated: _____                    _____

　　　　　　　　　　　　　　　　　　　　　　　　　Judge George A. O'Toole, Jr.