UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FERNANDO CATALAN-AGUILAR

    Plaintiff,

v.

R3 EDUCATION, INC. dba MEDICAL
UNIVERSITY OF THE AMERICAS,

    Defendant.

JURY TRIAL DEMANDED

Civil Action No. 1:14-cv-12607-GAO

**R3 EDUCATION, INC.'S CERTIFICATION PURSUANT TO L.R. 16.1(d)(3)**

Defendant, R3 Education, Inc. and its counsel certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Steven Rodger – CEO of
R3 Education, Inc.

/s/ Joseph D. Rutkowski
Daryl J. Lapp (BBO # 554980)
Joseph D. Rutkowski (BBO # 681997)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (fax)
dlapp@edwardswildman.com

October 17th, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 22 day of October, 2014.

/s/ Joseph D. Rutkowski
Joseph D. Rutkowski (BBO # 681997)

AM 38521344.1