# UNITED STATES DISTRICT COURT
# FIRST DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R3 EDUCATION, INC dba MEDICAL ) <br> UNIVERSITY OF THE AMERICAS, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Counsel for Plaintiff,                                      Plaintiff,

/s/ Melody A. Alger

_____                    _____
Melody A. Alger                                             Fernando Catalan-Aguilar
BBO# 560984                                                507 Cobble Drive
ALGER LAW LLC                                           San Antonio, Texas 78216
400 Westminster Street, Suite 401
Providence, RI  02903
(401) 277-1090
(401) 277-1094 – Facsimile
malger@algerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 3rd day of November, 2014.

/s/ Melody A. Alger
Melody A. Alger (BBO # 560984)