UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FERNANDO CATALAN-AGUILAR

       Plaintiff,

  v.

R3 EDUCATION, INC. dba MEDICAL
UNIVERSITY OF THE AMERICAS,

       Defendant.

JURY TRIAL DEMANDED

Civil Action No. 1:14-cv-12607-GAO

**R3 EDUCATION INC.'S INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)(1)(A)**

**(i)** Name, address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to supports its claims or defenses, unless the use would be solely for impeachment.

    1.    Tamara Tilleman, M.D., Ph.D., M.P.A.
            Medical University of the Americas
            27 Jackson Road
            Suite 302
            Devens, Massachusetts 01434
            (978) 862-9500

            Dr. Tilleman, Dean of Clinical Medicine at MUA, is likely to have discoverable information concerning communications with Catalan-Aguilar regarding his study plan for taking the USMLE Step 2 Clinical Knowledge ("CK") exam and issues relating thereto.

    2.    Lucille Collins, Ph.D.
            Medical University of the Americas
            27 Jackson Road
            Suite 302
            Devens, Massachusetts 01434
            (978) 862-9500

        Dr. Collins, Assistant Dean at MUA, is likely to have discoverable information concerning communications with Catalan-Aguilar regarding his study plan for taking the USMLE Step 2 CK exam, his deadline for passing the exam, and issues relating thereto.

3.     Amy LeCain
       Medical University of the Americas
       27 Jackson Road
       Suite 302
       Devens, Massachusetts 01434
       (978) 862-9500

       Ms. LeCain, Registrar at MUA, is likely to have discoverable information concerning communications with Catalan-Aguilar regarding MUA's graduation requirement that students pass the USMLE Step 2 CK exam within three tries and twelve months after completing clinical rotations, and Catalan-Aguilar's withdrawal from MUA for failing to satisfy that requirement.

4.     Gordon Green, M.D., F.R.C.P.(C), F.A.A.P.
       Medical University of the Americas
       27 Jackson Road
       Suite 302
       Devens, Massachusetts 01434
       (978) 862-9500

       Dr. Green, Executive Dean of MUA, is likely to have discoverable information concerning Catalan-Aguilar's withdrawal from MUA for failing to pass the USMLE Step 2 CK exam within three tries and twelve months after completing clinical rotations and communications regarding the same.

(ii) **A copy or description by category and location of all documents, electrically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims of defenses, unless the use would be solely for impeachment.**

    1.     Catalan-Aguilar's admissions and academic records at MUA

    2.     Documents constituting or evidencing communications between Catalan-Aguilar and MUA employees regarding MUA's graduation requirements including passage of the USMLE Step 2 exam

    3.     Documents constituting or evidencing communications between Catalan-Aguilar and MUA employees regarding his study plan for taking the USMLE Step 2 CK exam and issues relating thereto

    4.     MUA's Student Handbook(s) during plaintiff's enrollment

**(iii)** **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

The defendant is not making a claim for damages in this action.

**(iv)** **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The defendant is unaware of any such agreement.


Dated: November 5, 2014             R3 EDUCATION, INC.

                                    /s/ Joseph D. Rutkowski
                                    Daryl J. Lapp (BBO # 554980)
                                    Joseph D. Rutkowski (BBO # 681997)
                                    EDWARDS WILDMAN PALMER LLP
                                    111 Huntington Avenue
                                    Boston, MA 02199-7613
                                    (617) 239-0100
                                    (617) 227-4420 (fax)
                                    dlapp@edwardswildman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 5th day of November, 2014.

                                    /s/ Joseph D. Rutkowski
                                    Joseph D. Rutkowski (BBO # 681997)

AM 39237633.2