# UNITED STATES DISTRICT COURT
# FIRST DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FERNANDO CATALAN-AGUILAR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:1:14-cv-12607-GAO |
| ) | |
| v. ) | |
| ) | |
| R3 EDUCATION, INC dba MEDICAL ) | |
| UNIVERSITY OF THE AMERICAS, ) | |
| ) | |
| Defendant. ) | |

### Plaintiff's Initial Disclosure Pursuant to Fed. R. Civ. P. 26(A)(1)(A)

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff, Fernando Catalan-Aguilar, ("Plaintiff"), by undersigned counsel, provides these Initial Disclosures.

The information within these Initial Disclosures is provided subject to, and without waiver of, or prejudice to, any objections Plaintiff may have. Plaintiff expressly reserves all objections, including but not limited to: (a) relevance; (b) attorney-client privilege; (c) work-product protection; (d) any other applicable privilege or protection under federal or state law; (e) undue burden; (f) materiality; (g) overbreadth; (h) the admissibility in evidence in any subsequent proceeding in this action or any other action, in whole or in part, of this statement or the subject matter thereof, including on the basis of materiality, competence, hearsay, or any other applicable ground; (i) producing documents containing information disclosed or transmitted to any state or federal agency, to the extent such information is confidential and not required to be disclosed under applicable law. Plaintiff does not, in any way, waive the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to this statement. All objections are expressly preserved, as are Plaintiff's rights to move for additional protective orders.

In addition, the statements made herein are based on information known to Plaintiff's counsel, after inquiry, as of this date. At this early stage in the litigation, it is impossible to identify all persons who are likely to have knowledge of the material facts or the Plaintiff's claims and defenses and the documents relating to the same. Plaintiff has not completed its investigation of this case and expressly reserves the right to clarify, amend, modify, or supplement the information contained herein to the extent required by the rules or as Plaintiff may otherwise deem appropriate, and to identify additional individuals, documents, and other such information in formal discovery and/or in its lists of trial witnesses and exhibits. Plaintiff does not represent that this Statement contains an exhaustive list of every witness, document, or tangible thing relevant to this lawsuit, and it should not be construed as reflecting all the facts, evidence or other information that may exist in support of the defenses and claims that may be asserted in this action.

Also, this Statement does not identify or otherwise include rebuttal information, information concerning experts, information that may be used solely for impeachment purposes, and/or information beyond the scope of information that would otherwise be required to be provided by any applicable rules of civil procedure or orders of the Court in this action.

## I.   IDENTIFICATION OF CERTAIN INDIVIDUALS AND ENTITIES

1. **Fernando Catalan-Aguilar**
   **c/o Alger Law LLC**
   **400 Westminster Street, Suite 401**
   **Providence, RI 02903**
   **and**
   **The Bach Law Firm, LLC**
   **6053 South Fort Apache Road, Suite 130**
   **Las Vegas, NV 89148**

Mr. Catalan-Aguilar, Plaintiff, is expected to testify regarding his personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

2. **Tamara R. Tilleman MD, PhD, MPA**
   **Dean of Clinical Medicine Medical**
   **Medical University of the Americas**

Dr. Tilleman is expected to testify regarding her personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

3. **Gordon Green, MD, F.R.C.P. ( C), F.A.A.P.**
   **Executive Dean**
   **Medical University of the Americas**

Dr. Green is expected to testify regarding his personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

4. **Amy LeCain**
   **School Registrar**
   **Medical University of the Americas**

Ms. LeCain is expected to testify regarding her personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

5. **Piyanet Curran**
   **Financial Aid Officer**
   **Medical University of the Americas**

Ms. Curran is expected to testify regarding her personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

6. **Lucille Collins, Ph.D.**
   **Assistant Dean**
   **Medical University of the Americas**

Dr. Collins is expected to testify regarding her personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

///

7. **Linda H. Perangelo, MD, FAAP, FAAAAI**
   **Associate Dean of Clinical Medicine**
   **Medical University of the Americas**

Dr. Perangelo is expected to testify regarding her personal knowledge of the facts and circumstances surrounding the alleged incidents brought forth in this lawsuit.

## II. IDENTIFICATION OF CERTAIN DOCUMENTS

| # | DOCUMENTS. |
|---|---|
| CA 001-071 | MUA's Clinical Handbook |
| CA 072-073 | MUA's Student Contract |
| CA 074-134 | Medical University of the Americas Student Handbook |
| CA 135 | Medical University of the Americas Supplement to the Student Handbook |
| CA 136-138 | Welcome letter from Tamara R. Tilleman re: passing 18 weeks rotations |
| CA 139 | National Board of Medical Examiners, NBME Comprehensive Clinical Science Self-Assessment (CCSSA) Performance Profile |
| CA 140 | Simulated Exam from the USMLE World question bank |
| CA 141 | Email from Dr. Lucille Collins to Plaintiff, dated: Oct 24, 2011, subject: Step 2 CK |
| CA 142 | Email from Dr. Lucille Collins to Plaintiff, dated: Apr 27, 2012, subject: Step 2 CS exam results and email from Linda H. Perangelo to Plaintiff, dated Jun 22, 2012, subject: Minimum Passing Score USMLE Step 2CK |
| CA 143 | Email to All Medical University of the Americans Students, dated: August 10, 2012, subject: Changes to Clinical Medicine Program |
| CA 144 | Emails between Dr. Lucille Collins and Plaintiff, subject: update? |
| CA 145 | Emails between Linda H. Perangelo and Plaintiff, subject: Second assessment test results |
| CA 146 | Emails between Dr. Tamara Tilleman and Plaintiff, subject: Self-assessment score for step 2 |

| CA 147 | Emails between Dr. Tamara Tilleman and Plaintiff, subject: NBME practice test results and Email from Piyanet Judy Curran to Plaintiff, subject: Loan Deferment application |
| --- | --- |
| CA 148-232 | U.S. Department of Education, Staff Analysis of the Standards for the Evaluation of Medical Schools Used by Nevis, Prepared March 2012 |
| CA 233 | Letter from Dr. Gordon J. Green to Plaintiff, dated: October 17, 2013 |
| CA 234 | Letter from Plaintiff to Ms. LeCain, dated: October 17, 2013 |
| CA 235 | Letter from Dr. Gordon J. Green to Plaintiff, dated: November 21, 2013 |

Dated: November 13th, 2014   /s/ Melody A. Alger
             Melody A. Alger, Esquire #560984
             ALGER LAW LLC
             400 Westminster Street, Suite 401
             Providence, RI 02903
             (401) 277-1090
             (401) 277-1094-Fax
             malger@algerlaw.com
             and
             Jason J. Bach, Esq.
             The Bach Law Firm, LLC
             6053 South Fort Apache Road, Suite 130
             Las Vegas, NV 89148
             Office: 702-925-8787
             Fax: 702-925-8788

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 14th day of November, 2014.

                                      /s/ Melody A. Alger
                                      Melody A. Alger, Esquire #560984