# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R3 EDUCATION, INC dba MEDICAL )<br>UNIVERSITY OF THE AMERICAS, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:14-cv-12607-GAO |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Massachusetts Local Rule 83.5.3(b), Melody A. Alger, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Jason J. Bach, a member of the Bar of the State of Nevada, to this Court for the purpose of representing Plaintiff, Fernando Catalan-Aguilar, in the above-captioned matter, and states as follows:

1. Jason J. Bach has an office, The Bach Law Firm, LLC, located at 6053 South Fort Apache Road, Suite 130, Las Vegas, NV 89148. His telephone number is (702) 925-8787.

2. Jason J. Bach is a member in good standing of the Bar of the State of Nevada, as evidenced by the Certificate of Good Standing attached hereto as *Exhibit A*. Jason J. Bach is also authorized to practice law for the Supreme Court of the United States, Fifth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Seventh Circuit Court of Appeals, State of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the District of Nevada, U.S. District Court

for the Northern District of Illinois, U.S. District Court for the Central District of Illinois, and the District of Columbia. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. See Affidavit of Jason J. Bach, attached hereto as **Exhibit B**.

3. Jason J. Bach is familiar with the applicable provisions of the Local Rules of the United State District for the District of Massachusetts.

4. Melody A. Alger, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Plaintiff if this Motion is granted.

WHEREFORE, the Plaintiff respectfully request that Jason J. Bach be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiff in the above referenced proceeding in accordance with the Rules of this Court.

PLAINTIFF, FERNANDO CATALAN-AGUILAR

By his attorney,

Dated: November 26, 2014   /s/
Melody A. Alger  BBO 540984
Alger Law LLC
400 Westminster Street
Providence, RI 02903
Office: 401-277-1090

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Melody A. Alger, hereby certify that this document filed through the ECF system on November 26, 2014 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Melody A. Alger
Melody A. Alger, Esq.