# Exhibit A

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that Jason J. Bach, Bar Number 7984, was admitted by the Supreme Court of the State of Nevada on 10/11/2002 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that Jason J. Bach is now an Active member of the State Bar of Nevada in good standing.

DATED Tuesday, November 18, 2014.

*Laurie K. Scheffler*
Laurie K. Scheffler
Member Services Administrator
State Bar of Nevada