# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R3 EDUCATION, INC dba MEDICAL )<br>UNIVERSITY OF THE AMERICAS, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:14-CV-12607-GAO |

### AFFIDAVIT OF JASON J. BACH

I, JASON J. BACH, depose and state as follows:

1. I am an attorney who is authorized to practice law in the State of Nevada, as well as the Supreme Court of the United States, Fifth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Seventh Circuit Court of Appeals, State of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the District of Nevada, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Central District of Illinois, and the District of Columbia.

2. I have an office, The Bach Law Firm, LLC, located at 6053 South Fort Apache Road, Suite 130, Las Vegas, NV 89148. The phone number is (702) 925-8787.

3. I was admitted to practice law in the State of Nevada on October 17, 2002. My Nevada Bar Number is 7984.

4. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

5.  I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.  If the Court allows the Motion for me to appear pro hac vice in this matter, I will represent Plaintiff in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 24 day of November, 2014

_____
Jason J. Bach

SUBSCRIBED and SWORN to before me this 24th day of November, 2014.

_Sandra Herbstreit_
NOTARY PUBLIC

SANDRA HERBSTREIT
Notary Public State of Nevada
No. 09-9266-1
My Appt. Exp. Jan. 9, 2017