# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>       Plaintiff,<br><br>    v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>       Defendant. | Civil Action No. 1:14-cv-12607-GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSEPH D. RUTKOWSKI

Pursuant to Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, please take notice that Joseph D. Rutkowski hereby withdraws his appearance as counsel for Defendant R3 Education, Inc.  Daryl J. Lapp of Edwards Wildman Palmer LLP will remain as counsel of record for R3 Education, Inc.

December 4, 2014

R3 EDUCATION, INC.

By its Attorneys,

/s/ Joseph D. Rutkowski
Daryl J. Lapp (BBO # 554980)
Joseph D. Rutkowski (BBO # 681997)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100
(617) 227-4420 (fax)
dlapp@edwardswildman.com
jrutkowski@edwardswildman.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 4th day of December, 2014.

      /s/ Joseph D. Rutkowski
      Joseph D. Rutkowski (BBO # 681997)

AM 43253610.1