**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>　　　　Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

**NOTICE OF ADDITIONAL APPEARANCE OF KATHERINE A. GUARINO**

Pursuant to Local Rule 83.5.2, please enter the appearance of Katherine A. Guarino, Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as counsel for the Defendant, R3 Education, Inc., in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: April 6, 2015　　　　　　　　　　　/s/ Katherine A. Guarino
　　　　　　　　　　　　　　　　　　　　Katherine A. Guarino (BBO # 681848)
　　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
　　　　　　　　　　　　　　　　　　　　(617) 239-0100
　　　　　　　　　　　　　　　　　　　　(617) 227-4420 (fax)
　　　　　　　　　　　　　　　　　　　　katherine.guarino@lockelord.com

　　　　　　　　　　　　　　　　　　　　*Attorney for R3 Education, Inc.*

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)**

   I, Katherine A. Guarino, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 6th day of April, 2015.

                /*s*/ Katherine A. Guarino
                Katherine A. Guarino