**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>Plaintiff,<br><br>v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

**DEFENDANT'S NOTICE OF CHANGE OF LAW FIRM NAME**

Please take notice that the law firm of Edwards Wildman Palmer LLP changed its name to Locke Lord LLP effective January 10, 2015.  The address and telephone number remain unchanged.

Respectfully submitted,

Date: April 6, 2015

/s/ Katherine A. Guarino
Daryl J. Lapp (BBO # 554980)
   daryl.lapp@lockelord.com
Katherine A. Guarino (BBO # 681848)
   katherine.guarino@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100
(617) 227-4420 (fax)

*Attorneys for R3 Education, Inc.*

## <u>CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)</u>

I, Katherine A. Guarino, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 6th day of April, 2015.

/s/ Katherine A. Guarino
Katherine A. Guarino