UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>   Plaintiff,<br><br>   v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>   Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 1:14-cv-12607-GAO |

## ASSENTED TO MOTION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF DR. GORDON GREEN

NOW COME the parties, by and through their respective counsel of record, The Bach Law Firm, LLC and Locke Lord LLP and file this Assented to Motion to extend the discovery for the limited purposed of taking the deposition of Dr. Gordon Green.

A.   **DISCOVERY COMPLETED**

1.   On October 22, 2014, the parties submitted the proposed Joint Statement Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1.

2.   The Scheduling Conference was held on November 3, 2014, in which the court issued fact discovery to be completed by June 30, 2015 and a Status Conference was set for May 18, 2015.

3.   Defendant, R3 Education, Inc., served their Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)(A) on November 5, 2014.

4.   Plaintiff filed his Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)(A) on November 13, 2014.

5. On December 31, 2014 Defendant served their Request for Admissions to Plaintiff.

6. On January 30, 2015, Plaintiff served his Response to Defendants Request for Admissions.

7. On May 26, 2015, Plaintiff served his Request for Production of Documents and Interrogatories to Defendant R3 Education, Inc.

8. The deposition of Dr. Tamara Tilleman took place on June 11, 2015.

9. The deposition of Plaintiff, Fernando Catalan-Aguilar took place on June 12, 2015.

10. Plaintiff served his Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)(A) on June 22, 2015.

**B.  DISCOVERY REMAINING**

1. The deposition of Dr. Gordon Green.

**C.  REASONS WHY DEPOSITION HAS YET TO BE COMPLETED**

1. The deposition of Dr. Gordon Green was set to take place on June 23, 2015, however, Plaintiff's counsel had an unforeseen conflict arise and was unable to conduct the deposition. The earliest date in which Dr. Green is available to attend his deposition is July 22 or 23, 2015, which is after the close of discovery. The parties agreed to continue the discovery deadline for the limited purpose of deposing Dr. Green on July 22, 2015. The parties request that this Honorable Court grant additional thirty (30) days for the limited purpose of taking the deposition of Dr. Gordon Green up to and including July 30, 2015. The current deadline for fact discovery is June 30, 2015. Defendants assent to its allowance.

///


///

**D.    CURRENT AND PROPOSED DEADLINE FOR FACT DISCOVERY**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | June 30, 2015 | July 30, 2015 |

WHEREFORE, the parties request that this Honorable Court grant the following relief:

1. Fact Discovery to be continued until July 30, 2015 for the limited purpose of deposing Dr. Green.

DATED this  29th day of June, 2015.              DATED this  29th day of June, 2015


 /s/ Jason J. Bach                              /s/ Daryl Lapp
Jason J. Bach                                   Daryl Lapp
THE BACH LAW FIRM, LLC                          Katherine A. Guarino
7881 W. Charleston Blvd., Suite 165             Locke Lord LLP
Las Vegas, NV 89117                             111 Huntington Ave.
(702) 925-8787                                  Boston, MA 02199
(702) 925-8788 (fax)                            (617) 239-0152
jbach@bachlawfirm.com                           (866) 534-1563

Melody A. Alger
ALGER LAW LLC
400 Westminster Street, Suite 401
Providence, RI 02903
(401) 277-1090
(401) 277-1094 (fax)
malger@algerlaw.com

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)**

    I, Jason J. Bach, hereby certify that this documents filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 29th day of June, 2015.

                                       /s/ Jason J. Bach\_\_\_\_
                                       Jason J. Bach