## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>      Plaintiff,<br><br>  v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>      Defendant. | Civil Action No. 1:14-cv-12607-GAO |

### R3 EDUCATION, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant R3 Education, Inc. ("R3") moves for summary judgment as to all counts of the Complaint.

In support of this motion, R3 submits the accompanying Memorandum.

### ORAL ARGUMENT

R3 requests oral argument on its motion.

                                            R3 EDUCATION, INC.,

                                            /s/ Katherine A. Guarino
                                            Daryl J. Lapp (BBO #554980)
                                               daryl.lapp@lockelord.com
                                            Katherine A. Guarino (BBO #681848)
                                               katherine.guarino@lockelord.com
                                            LOCKE LORD LLP
                                            111 Huntington Avenue
                                            Boston, MA 02199
August 31, 2015                            (617) 239-0100

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      Prior to the filing of this motion, counsel for the parties conferred and attempted in good faith to resolve or narrow the issues in dispute.

                                          /s/ Katherine A. Guarino
                                          Katherine A. Guarino

## CERTIFICATE OF SERVICE

      On August 31, 2015, I caused to be filed electronically a true copy of the foregoing document using the CM/ECF system which effected service of the same upon all counsel of record.

                                          /s/ Katherine A. Guarino
                                          Katherine A. Guarino

AM 53813799.1