# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FIRST DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR, )<br><br>Plaintiff, )<br><br>v. )<br><br>R3 EDUCATION, INC dba MEDICAL )<br>UNIVERSITY OF THE AMERICAS, )<br><br>Defendant. ) | Civil Action No.:1:14-cv-12607-GAO |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSION TO PLAINTIFF

Plaintiff, FERNANDO CATALAN-AGUILAR, by and through his counsel of record, Jason J. Bach, Esq. of THE BACH LAW FIRM, LLC and Melody Agler, Esq., hereby submit his Responses to Defendant's Request for Admissions as follows:

### REQUEST NO. 1:

You matriculated as a student in the M.D. program at Medical University of the Americas ("MUA") in May 2006.

### RESPONSE TO REQUEST NO. 1:

Admit.

### REQUEST NO. 2:

Students in the M.D. program at MUA first must complete a five-semester curriculum in basic sciences.

### RESPONSE TO REQUEST NO. 2:

Admit.

**REQUEST NO. 3:**

You completed the basic sciences curriculum at MUA in May 2008.

**RESPONSE TO REQUEST NO. 3:**

Admit.

**REQUEST NO. 4:**

In order to continue in the M.D. program at MUA, students who have completed the basic sciences curriculum are required to pass the United States Medical Licensing Examination ("USMLE") Step I exam.

**RESPONSE TO REQUEST NO. 4:**

Admit.

**REQUEST NO. 5:**

The USMLE is a three-step examination for licensure to practice medicine in the United States.

**RESPONSE TO REQUEST NO. 5:**

Admit.

**REQUEST NO. 6:**

The USMLE is sponsored by the Federation of State Medical Boards ("FSMB") and the National Board of Medical Examiners ("NBME").

**RESPONSE TO REQUEST NO. 6:**

Without sufficient knowledge to admit or deny, therefore Deny.

**REQUEST NO. 7:**

The USMLE assesses a medical student's ability to demonstrate and apply the knowledge and skills required for safe and effective patient care.

**RESPONSE TO REQUEST NO. 7:**

Without sufficient knowledge to admit or deny, therefore Deny.

**REQUEST NO. 8:**

The USMLE comprises four parts: USMLE Step I, which assesses a medical student's understanding of the basic sciences; USMLE Step 2 Clinical Knowledge ("CK"), a multiple-choice examination which focuses on the principles of clinical science important for the practice of medicine under supervision in postgraduate training; USMLE Step 2 Clinical Skills ("CS"), which assesses a student's ability to gather information from patients, perform medical examinations and communicate the student's findings to patients and colleagues; and USMLE Step III, which assesses whether a medical school graduate is prepared for the unsupervised practice of medicine.

**RESPONSE TO REQUEST NO. 8:**

Without sufficient knowledge to admit or deny, therefore Deny.

**REQUEST NO. 9:**

Pursuant to MUA policy as it existed when you completed your basic sciences curriculum, MUA students were required to take the USMLE Step I exam within three months of completing their basic sciences curriculum.

**RESPONSE TO REQUEST NO. 9:**

Deny - This policy was not stated in the student handbook which had been revised in February 2008; the only requirement stated in the 2008 Student Handbook is to pass the USMLE Step 1. Per Dr. Lucille Collins - They recommend that students take the USMLE Step 1 within 3 months, students who do not take the exam within 3 months "will be placed at the end of the list to begin the clinical component of the program." No other consequences were mentioned during the face to face counseling session at the university.

**REQUEST NO. 10:**

Pursuant to MUA policy as it existed when you completed your basic sciences curriculum, MUA students were required to pass the USMLE Step I exam within three attempts and within fifteen months of completing their basic sciences curriculum.

**RESPONSE TO REQUEST NO. 10:**

Deny - The student handbook available to students had been revised in February 2008 and this policy was not mentioned anywhere.  The first time this policy was mentioned in a student handbook was in the Student Handbook revised May 26, 2009 and not made available to students until December 2009.

**REQUEST NO. 11:**

Your deadline for passing the USMLE Step I exam was August 31, 2009.

**RESPONSE TO REQUEST NO. 11:**

Admit that the deadline was August 31, 2009 but deny having knowledge of it until notified by Karen Hastings via e-mail dated July 8, 2009.

**REQUEST NO. 12:**

That deadline was confirmed in a June 8, 2009 email to you from Karen Hastings, Clinical Assistant at MUA, an accurate copy of which is attached at **Tab 1.**

**RESPONSE TO REQUEST NO. 12:**

Admit having received the email on June 8, 2009 but deny having prior knowledge of the deadline to take the USMLE step 1.

**REQUEST NO. 13:**

You first took the USMLE Step I exam on July 30, 2008

**RESPONSE TO REQUEST NO. 13**:

Admit.

**REQUEST NO. 14**:

You failed the USMLE Step I exam on your first attempt.

**RESPONSE TO REQUEST NO. 14**:

Admit

**REQUEST NO. 15**:

You attempted the USMLE Step I exam for the second time on May 6, 2009.

**RESPONSE TO REQUEST NO. 15**:

Admit.

**REQUEST NO. 16**:

You failed the USMLE Step I exam on your second attempt.

**RESPONSE TO REQUEST NO. 16**:

Admit.

**REQUEST NO. 17**:

On July 9, 2009, you exchanged a series of emails with Dr. Lucille Collins, Assistant Dean at MUA, an accurate copy of which is attached at **Tab 2**.

**RESPONSE TO REQUEST NO. 17**:

Admit.

**REQUEST NO. 18**:

In your July 9, 2009 email exchange with Dr. Collins, you acknowledged that your deadline to pass the USMLE Step I exam within fifteen months following completion of your basic sciences curriculum at MUA would expire August 31, 2009.

**RESPONSE TO REQUEST NO. 18:**

Admit to the exchange of emails with Dr. Collins. Deny having had knowledge of the deadline of 3 attempts for 15 months until this was communicated to me the day before by Karen Hastings in the email dated July 8, 2009.

**REQUEST NO. 19:**

In your July 9, 2009 email exchange with Dr. Collins, you acknowledged that your next attempt to pass the USMLE Step I exam would be your third and last chance to pass that exam.

**RESPONSE TO REQUEST NO. 19:**

Admit to the email exchange with Dr. Collins. Deny the suggestion that I had knowledge of this information prior to the email from Karen Hastings dated July 8, 2009. Between July 9, 2009 and August 31, 2009 there is not enough time to take the USMLE Step 1 more than once.

**REQUEST NO. 20:**

In your July 9, 2009 email exchange with Dr. Collins, you requested an extension of the deadline to pass the USMLE Step I exam by "a couple of months" because you felt that you needed additional time to study for the exam and you believed that requesting additional time to study for the exam was preferable to requesting permission to take the exam a fourth time or requesting not to be dismissed from MU A in the event you failed to pass on your third attempt.

**RESPONSE TO REQUEST NO. 20:**

Admit to the email exchange. Deny the paraphrasing about what I felt or believed were the reasons for requesting additional time to study.

**REQUEST NO. 21:**

In your July 9, 2009 email exchange with Dr. Collins, Dr. Collins informed you that unless you could provide documentation regarding health or family issues that may have interrupted your

preparation for the USMLE Step I exam, there was no reason why you should not be able to take the exam within fifteen months of completing your basic sciences curriculum.

**RESPONSE TO REQUEST NO. 21:**

Admit.

**REQUEST NO. 22:**

In your July 9, 2009 email exchange with Dr. Collins, Dr. Collins asked you why you had waited almost an entire year before making your second attempt to pass the USMLE Step I exam.

**RESPONSE TO REQUEST NO. 22:**

Admit.

**REQUEST NO. 23:**

You never responded to Dr. Collins's question as to why you waited almost an entire year before making your second attempt to pass the USMLE Step I exam.

**RESPONSE TO REQUEST NO. 23:**

Deny.  This was not a question as it was part of her reasoning for me to take the exam sooner rather than later.

**REQUEST NO. 24:**

In your July 9, 2009 email exchange with Dr. Collins, Dr. Collins told you, among other things, "You are running out of time, not just with MUA but with your chances for obtaining a successful residency. The increase in medical students in US programs is reducing the number of slots for IMG's. Therefore IMG's must now have stellar board scores on first attempt to obtain good residencies. Putting off boards and not starting until 2010 places you in the 2012 match. You could not ask for a worst case scenario. You need to get going."

**RESPONSE TO REQUEST NO. 24:**

Admit.  In the email exchange dated July 9, 2009 Dr. Collins does not suggest that it is impossible to get a residency.

**REQUEST NO. 25:**

The term "IMG" in Dr. Collins's July 9, 2009 email to you is an abbreviation for international medical graduate, meaning a graduate of a medical school outside the United States.

**RESPONSE TO REQUEST NO. 25:**

Admit.

**REQUEST NO. 26:**

The term "boards" in Dr. Collins's July 9, 2009 email to you is a reference to the USMLE Step I exam.

**RESPONSE TO REQUEST NO. 26:**

Admit.

**REQUEST NO. 27:**

You took the USMLE Step I exam for the third time on August 31, 2009.

**RESPONSE TO REQUEST NO. 27:**

Admit.

**REQUEST NO. 28:**

You earned a passing score on the USMLE Step I on your third attempt.

**RESPONSE TO REQUEST NO. 28:**

Admit.

**REQUEST NO. 29:**

You sent an email to Dr. Collins on September 23, 2009, an accurate copy of which is attached at **Tab 3**, in which you said, "I passed the exam .... By going through the experience of failing my previous attempts I learned many things about studying and about myself. I will never put myself in a position like this again and I will do all I can to represent MUA in the best way possible."

**RESPONSE TO REQUEST NO. 29:**

Admit.

**REQUEST NO. 30:**

After passing the USMLE Step I exam, students in the M.D. program at MUA perform seventy-two weeks of clinical practice rotations at hospitals in the United States or Canada.

**RESPONSE TO REQUEST NO. 30:**

Admit.

**REQUEST NO. 31:**

You began your clinical practice rotations in December 2009.

**RESPONSE TO REQUEST NO. 31:**

Admit.

**REQUEST NO. 32:**

In 2010 MUA began requiring that in order to graduate from MUA and move on to the residency stage of their medical training, MUA students must pass the second and third parts of the USMLE- the Step 2 CS and Step 2 CK examinations.

**RESPONSE TO REQUEST NO. 32:**

Plaintiff was not informed of the changes in 2010, therefore unable to admit or deny.

**REQUEST NO. 33:**

In 2010 MUA began requiring that in order to graduate from MUA and move on to the residency stage of their medical training, students must pass each Step 2 exam within three attempts and within twelve months after completing their clinical rotations.

**RESPONSE TO REQUEST NO. 33:**

Plaintiff was not informed of the changes in 2010, therefore unable to admit or deny.

**REQUEST NO. 34:**

Beginning in 2010 it was MUA policy that students who do not pass each Step 2 exam within three attempts and within twelve months after completing their clinical rotations are subject to being withdrawn from the M.D. program at MUA.

**RESPONSE TO REQUEST NO. 34:**

Plaintiff was not informed of the changes in 2010, therefore unable to admit or deny.

**REQUEST NO. 35:**

The foregoing requirements concerning passage of the USMLE Step 2 exams were published to all MUA students in the spring of 2010 in a memorandum, an accurate copy of which is attached at **Tab 4.**

**RESPONSE TO REQUEST NO. 35:**

Plaintiff was not informed of the changes in 2010, therefore unable to admit or deny.

**REQUEST NO. 36:**

The requirement to pass the USMLE Step 2 exams in order to graduate was noted in February 28, 2011 email to you from Melissa Moore, one of the Clinical Medicine staff at MUA, an accurate copy of which is attached at **Tab 5.**

**RESPONSE TO REQUEST NO. 36**:

Admit.

**REQUEST NO. 37**:

Your March 1, 2011 response to Ms. Moore, an accurate copy of which also is attached at Tab 5, does not say or suggest that her February 28, 2011 email was the first time you learned of the requirement to pass the USMLE Step 2 exams in order to graduate.

**RESPONSE TO REQUEST NO. 37**

Deny. The email from Ms. Moore does not suggest that I had knowledge of any requirements, her comment is a direct response to my question to in the email dated February 27, 2011 to Christine M. Kumar (attached), "Ms. Kumar, would you be so kind to tell me the dates that MUA has scheduled for graduation this year for those students finishing up clinicals" The question was forwarded to Ms. Moore.

**REQUEST NO. 38**:

The requirement to pass the USMLE Step 2 exams in order to graduate was noted in an email from Ms. Moore to MUA students on October 11, 2011, an accurate copy of which is attached at **Tab 6.**

**RESPONSE TO REQUEST NO. 38**:

Admit.

**REQUEST NO. 39**:

Your October 16, 2011 email to Ms. Moore, an accurate copy of which also is attached at Tab 6, does not say or suggest that before receiving her email of October 11, 2011 you had been unaware of the requirement to pass the USMLE Step 2 exams in order to graduate.

**RESPONSE TO REQUEST NO. 39**:

Admit.

**REQUEST NO. 40**:

MUA students must be certified by the office of the Associate Dean of Clinical Medicine to sit for the USMLE Step 2 CS and Step 2 CK exams.

**RESPONSE TO REQUEST NO. 40**:

Admit.

**REQUEST NO. 41**:

You first attempted the USMLE Step 2 CS exam on April 13, 2011.

**RESPONSE TO REQUEST NO. 41**:

Admit.

**REQUEST NO. 42**:

You failed the USMLE Step 2 CS exam on your first attempt.

**RESPONSE TO REQUEST NO. 42**:

Admit.

**REQUEST NO. 43**:

You took a six-week, Kaplan review course for the USMLE Step 2 CK exam, which review course you completed on or about June 26, 2011.

**RESPONSE TO REQUEST NO. 43**:

Admit.

**REQUEST NO. 44**:

You first attempted the USMLE Step 2 CK exam on September 20, 2011.

**RESPONSE TO REQUEST NO. 44:**

Admit.

**REQUEST NO. 45:**

You failed the USMLE Step 2 CK exam on your first attempt.

**RESPONSE TO REQUEST NO. 45:**

Admit.

**REQUEST NO. 46:**

You completed your clinical rotations on or about October 14, 2011.

**RESPONSE TO REQUEST NO. 46:**

Admit.

**REQUEST NO. 47:**

In an exchange of emails with Dr. Collins on October 24, 201 I, an accurate copy of which is attached at **Tab F**, you asked Dr. Collins to tell you what your deadlines were for taking the USMLE Step 2 exams in order to be in compliance with MUA policies.

**RESPONSE TO REQUEST NO. 47:**

Admit.  This email suggests I was not informed by the school regarding the <u>deadlines</u> for these exams prior to my inquiry.

**REQUEST NO. 48:**

In her response to your email, Dr. Collins stated that MUA "requires the successful completion of both the CK and CS exams within 12 months of the end date of your last clerkship in order to be eligible to receive the Doctor of Medicine degree."

**RESPONSE TO REQUEST NO. 48:**

Deny. The quote in this question has been modified to suggest that the 12 month policy has been in place for a long time. In the original email Dr. Collins states "Please be advised that MUA policy now requires the successful completion of both the CK and CS exams within 12 months of the end date of your last clerkship ... " suggesting that the policy has changed recently.

**REQUEST NO. 49:**

In her response to your email, Dr. Collins noted that you had failed both the Step 2 CS and Step 2 CK exams, and that your CK score was very low.

**RESPONSE TO REQUEST NO. 49:**

Admit.

**REQUEST NO. 50:**

In her response to your email, Dr. Collins strongly recommended that you take a comprehensive review course.

**RESPONSE TO REQUEST NO. 50:**

Admit to the receipt of the email. But also admit that taking a comprehensive review course was only one of several suggestions. In Dr. Collins' response to the email dated October 24, 2011, 11:41 AM she also suggested "you need to see at least 10,000 different questions ... This is a lot of work and will take some time." Question Banks are very expensive and each have between 1000 to 2500 questions each requiring the purchase of several of those question banks.

**REQUEST NO. 51:**

In her response to your email, Dr. Collins noted that she thought MUA likely would "be reluctant to approve you to attempt the Step 2 CK exam a second time without your providing a strong and comprehensive study plan."

**RESPONSE TO REQUEST NO. 51:**

Admit.

**REQUEST NO. 52:**

In your response to Dr. Collins's email, you noted that you already had taken a 6- week, live, Kaplan review course.

**RESPONSE TO REQUEST NO. 52:**

Admit.

**REQUEST NO. 53:**

In your response to Dr. Collins's email, you attributed your USMLE Step 2 CK exam failure to an inability "to focus enough to sit and study 10 hours or more a day like everyone else" and you stated "that's what I'm trying to figure out right now how to do."

**RESPONSE TO REQUEST NO. 53:**

Admit to the content of the email. In her response to the email dated October 24, 2011 11:41 AM she suggested that I do not study for 10 hours, and that I take time off from my preparation and do other things.

**REQUEST NO. 54:**

You registered to take the USMLE Step 2 CS exam for the second time on or about November 17, 2011.

**RESPONSE TO REQUEST NO. 54:**

Admit.

**REQUEST NO. 55:**

You did not attempt the USMLE Step 2 CS on November 17, 2011.

**RESPONSE TO REQUEST NO. 55**:

Admit.

**REQUEST NO. 56**:

On February 23, 2012, you took the USMLE Step 2 CS exam for the second time.

**RESPONSE TO REQUEST NO. 56**:

Admit.

**REQUEST NO. 57**:

You earned a passing score when you took the USMLE Step 2 CS exam on February 23, 2012.

**RESPONSE TO REQUEST NO. 57**:

Admit.

**REQUEST NO. 58**:

In February 2012 you told Dr. Linda Perangelo, then the Associate Dean of Clinical Medicine at MUA, that you would take an NBME self-assessment every six weeks, and that you would send the results of these self-assessments to MUA.

**RESPONSE TO REQUEST NO. 58**:

Plaintiff cannot recall details but did receive instructions from Dr. Perangelo on what to study, therefore unable to admit or deny.

**REQUEST NO. 59**:

The NBME self-assessment is designed to resemble the content of the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 59:**

Deny.  According to the National Board of Medical Examiners (NBME) Self-Assessment Services "The material presented in this self-assessment is provided by the National Board of Medical Examiners® (NBME®) for educational purposes only. The self-assessments are not intended to predict performance on the United States Medical Licensing Examination® (USMLE®) or NBME subject examinations. Rather, the self-assessments are intended to be used as a tool to determine a participant's relative areas of strengths and weakness in general topic areas."

**REQUEST NO. 60:**

Following your conversation with Dr. Perangelo, you did not take the NBME self-assessment every six weeks.

**RESPONSE TO REQUEST NO. 60:**

Plaintiff cannot recall the conversation, therefore unable to admit or deny.

**REQUEST NO. 61:**

You first took an NBME self-assessment on May 16, 2013.

**RESPONSE TO REQUEST NO. 61:**

Deny.  My receipts show that I had taken at least 3 NBME exams by May 16, 2013.  In the email dated May 16, 2013 I stated "I just completed another self-assessment exam at the NBME website." The word "another" suggests I had taken other NBME exams prior to this one.

**REQUEST NO. 62:**

You scored 80 out of 800 possible points on your May 16, 2013 NBME self-assessment.

**RESPONSE TO REQUEST NO. 62:**

Admit.

**REQUEST NO. 63:**

Your score of 80 out of 800 on the NBME self-assessment was approximately equivalent to a failing score of 150 on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 63:**

Admit.

**REQUEST NO. 64:**

On May 16, 2013, you sent an email to Dr. Tamara Tilleman, Dean of Clinical Medicine at MUA, an accurate copy of which is attached at **Tab 7**, in which you stated, "I just completed another self-assessment exam at the NBME web site and the score is not good. I scored the equivalent of the 150 in the Step 2 exam. My strategy is not working so im [sic] going to need to make a significant change somehow. The only thing I can think of right now is signing up for a preparation course again .... "

**RESPONSE TO REQUEST NO. 64:**

Admit to sending the email dated May 16, 2013. But deny that it is complete as is presented in this question.  In the last paragraph I disclosed to Dr. Tamara Tilleman that my performance might have been affected by the recent death of my oldest brother, and the even more recent death of my 8 year old nephew from an inoperable brain tumor.

**REQUEST NO. 65:**

On July 22, 2013, Dr. Tilleman sent you an email, an accurate copy of which is attached at **Tab 8**, in which she stated that in order to approve your next request to take the Step 2 CK exam, "we need to see your Step 2 CK academic plan (attached, and not in the format you sent us) along with your NBMEs," meaning your NBME self-assessments.

**RESPONSE TO REQUEST NO. 65**:

Admit.

**REQUEST NO. 66**:

You did not submit your Step 2 CK academic plan in the form Dr. Tilleman requested until August 8, 2013, when you sent the plan along with an email to Dr. Tilleman, an accurate copy of which is attached at **Tab 9.**

**RESPONSE TO REQUEST NO. 66**:

Deny - Dr. Tamara Tilleman confirms that I had already submitted an academic study plan in her email dated July 22, 2013, in this email she is requesting that I fill out a study plan template which she created, with the same information I had already provided.  The information was transferred and submitted approximately 2 weeks later.

**REQUEST NO. 67**:

You took an NBME self-assessment on August 16, 2013.

**RESPONSE TO REQUEST NO. 67**:

Admit.

**REQUEST NO. 68**:

You scored 130 out of 800 possible points on the August 16, 2013 NBME self-assessment.

**RESPONSE TO REQUEST NO. 68**:

Admit.

**REQUEST NO. 69**:

Your score of 130 out of 800 on the NBME self-assessment was approximately equivalent to a failing score of 160 on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 69**:

Admit.

**REQUEST NO. 70**:

In an exchange of emails with Dr. Tilleman on August 20 and 21, 2013, an accurate copy of which is attached at **Tab 10,** Dr. Tilleman noted that none of the NBME self-assessments you had taken were equivalent to a passing score on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 70**:

Admit.

**REQUEST NO. 71**:

In the August 20-21 email exchange, Dr. Tillman also said, "What is your plan because obviously the strategy that you had until now is not working. I need you to come [up] with a plan that will advance your knowledge."

**RESPONSE TO REQUEST NO. 71**:

Admit.

**REQUEST NO. 72**:

In your response to Dr. Tilleman, you stated that you had signed up for a Falcon Review course and that you were planning on taking another NBME practice exam in a few weeks.

**RESPONSE TO REQUEST NO. 72**:

Admit.

**REQUEST NO. 73**:

In your response to Dr. Tilleman, you also said, "I am having a little bit of [a] problem staying focused for long periods of time, even though I do take brakes [sic] in between. I'm going

to work harder on maintaining my concentration because I definitely don't want to remain in this situation much longer."

**RESPONSE TO REQUEST NO. 73:**

Admit.

**REQUEST NO. 74:**

In September 2013 you learned that you were at risk of being withdrawn from the M.D. program at MUA for failing to timely pass both USMLE Step 2 exams.

**RESPONSE TO REQUEST NO. 74:**

Deny.  In an exchange of emails with Financial Aid Officer Piyanet J. Curran in September 18 to 30, 2013 she informed me that I have not been considered enrolled with the university since October 2011.  In September 23 she revealed that my record was under review and September 26 she informed me that a committee of the school's management had met to review my record and "I received the final review of your status and I am sorry to inform you that the University cannot certify your enrollment status. For financial aid purposes, your current status is not considered enrolled." No remarks about my academic progress were made.

**REQUEST NO. 75:**

On September 23, 2013, you sent an email to Amy LeCain, the Registrar at MUA, an accurate copy of which is attached at **Tab 11,** asking why your record was "under review."

**RESPONSE TO REQUEST NO. 75:**

Admit.  Financial Aid Officer Piyanet Curran had informed me the same day September 23, 2013 via email that my record was under review.

**REQUEST NO. 76:**

In an exchange of emails with Dr. Tilleman on September 25 and 26, 2013, an accurate copy of which is attached at **Tab 12**, you stated that Piyanet Judy Curran, a Financial Aid Officer at MUA, had informed you "that a committee of the school's management had met and determined that [you were] no longer considered enrolled," and you asked Dr. Tilleman how you could appeal that decision.

**RESPONSE TO REQUEST NO. 76:**

Admit to sending the email.  Deny the suggestion that Piyanet Curran is just a financial aid officer, she is "The" financial aid officer in charge of the Financial Aid Department.

**REQUEST NO. 77:**

In her response, Dr. Tilleman indicated that the Registrar was the only one who could assist you with your enrollment status.

**RESPONSE TO REQUEST NO. 77:**

Admit.

**REQUEST NO. 78:**

In her response, Dr. Tilleman also asked you to provide an updated NBME self-assessment score.

**RESPONSE TO REQUEST NO. 78:**

Admit, that Dr. Tilleman continued to instruct me to take NBME exams.

**REQUEST NO. 79:**

In her response, Dr. Tilleman also stated that, based on your two reported NBME self-assessments, you could not be certified to retake the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 79**:

Admit.

**REQUEST NO. 80**:

You took a further NBME self-assessment on October 2, 2013.

**RESPONSE TO REQUEST NO. 80**:

Admit that NBME exam before this one was approximately 3 months before in August.

**REQUEST NO. 81**:

You scored 580 out of 800 possible points on your October 2, 2013 NBME self-assessment.

**RESPONSE TO REQUEST NO. 81**:

Admit.

**REQUEST NO. 82**:

Your score of 580 out of 800 was approximately equivalent to a score of 254 on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 82**:

Admit.

**REQUEST NO. 83**:

In an exchange of emails with Dr. Tilleman on October 2 and 3, 2013, an accurate copy of which is attached at **Tab 13,** you stated, "Im [sic] not sure what to think about this score of249. My records show that I had taken this version of the exam in 2012 so, hopefully its [sic] not because the questions seemed familiar to me. But I did complete the entire Falcon review videos, books plus Exam Master and USMLE world questions."

**RESPONSE TO REQUEST NO. 83**:

Admit.

**REQUEST NO. 84:**

In her response Dr. Tilleman noted her concern that this test result was "compromised."

**RESPONSE TO REQUEST NO. 84:**

Admit to receiving the email. Deny the suggestion that Dr. Tilleman was not aware that I had taken the same version of the exam in the past. In the same email I used to report latest NBME score to Dr. Tilleman I also disclosed to her that I had already taken this version of the exam in the past, and that the score might have increased substantially because of my familiarity with the questions.

**REQUEST NO. 85:**

In her response Dr. Tilleman said, "the jump from 130 to 246 may be too high even if you took the Falcon review course."

**RESPONSE TO REQUEST NO. 85:**

Admit.

**REQUEST NO. 86:**

In or about October 2 to October 7, 2013, you completed a "USMLE World" practice exam.

**RESPONSE TO REQUEST NO. 86:**

Admit to completing a USMLE World practice exam per my suggestion and Dr. Tamara Tilleman's approval.

**REQUEST NO. 87:**

You scored 438 points on the USMLE World practice exam.

**RESPONSE TO REQUEST NO. 87:**

Admit.

**REQUEST NO. 88:**

Your score of 438 on the USMLE World practice exam was approximately equivalent to a score of 213 on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 88:**

Admit.

**REQUEST NO. 89:**

You sent an email to Dr. Tilleman on October 7, 2013, an accurate copy of which is attached at **Tab 14,** in which you forwarded the results of the USMLE World practice exam.

**RESPONSE TO REQUEST NO. 89:**

Admit.

**REQUEST NO. 90:**

In your October 7, 2013 email to Dr. Tilman, you said, "I noticed that the length of the questions [on the USMLE World practice exam] was a bit shorter than the real exam and [the] questions were also a little less difficult than those of the NBME," meaning the NBME self-evaluations.

**RESPONSE TO REQUEST NO. 90:**

Admit.

**REQUEST NO. 91:**

In a telephone conversation with Dr. Tilleman in October 2013, Dr. Tilleman asked you whether the NBME self-assessment you took in October 2013 had been untimed.

**RESPONSE TO REQUEST NO. 91:**

Deny, that this conversation never took place.

**REQUEST NO. 92:**

You never responded to Dr. Tilleman's question whether the NBME self-assessment you took in October 2013 had been untimed.

**RESPONSE TO REQUEST NO. 92:**

Deny. No answer was given because this conversation never took place.

**REQUEST NO. 93:**

You took the NBME self-assessment on October 2 with more time than is allowed on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 93:**

Deny. The exam was taken in Standard Paced Mode.

**REQUEST NO. 94:**

In a telephone conversation with Dr. Tilleman in October 2013, Dr. Tilleman asked you whether you took the October 2 NBME self-assessment "open book," i.e., with resource materials available to you during the exam.

**RESPONSE TO REQUEST NO. 94:**

Deny, that this conversation ever took place.

**REQUEST NO. 95:**

You never responded to Dr. Tilleman's question whether you took the October 2, 2013 NBME self-assessment "open book."

**RESPONSE TO REQUEST NO. 95:**

Deny. No answer was given because this conversation never took place.

**REQUEST NO. 96:**

You took some or all of the NBME self-assessment on October 2 "open book."

**RESPONSE TO REQUEST NO. 96:**

Deny.  The exam was not taken "open book."

**REQUEST NO. 97:**

In a telephone conversation with Dr. Tilleman in October 2013, Dr. Tilleman asked you if you took the October 2013 USMLE World practice exam untimed.

**RESPONSE TO REQUEST NO. 97:**

Deny, that this conversation ever took place.

**REQUEST NO. 98:**

You never responded to Dr. Tilleman's question whether you took the October 2012 USMLE World practice exam untimed.

**RESPONSE TO REQUEST NO. 98:**

Deny. No answer was given because this conversation never took place.

**REQUEST NO. 99:**

You took the October 2012 USMLE World practice exam with more time than is allowed on the USMLE Step 2 CK exam.

**RESPONSE TO REQUEST NO. 99:**

Deny.  I took the USMLE World exam within the time allowed.

**REQUEST NO. 100:**

In a telephone conversation with Dr. Tilleman in October 2013, Dr. Tilleman asked you whether you took the October 2013 USMLE World practice exam "open book."

**RESPONSE TO REQUEST NO. 100:**

Deny, that this conversation ever took place.

**REQUEST NO. 101**:

You never responded to Dr. Tilleman's question whether you took the October 2013 USMLE World practice exam "open book."

**RESPONSE TO REQUEST NO. 101:**

Deny. No answer was given because this conversation never took place.

**REQUEST NO. 102**:

You took some or all of the USMLE World practice exam "open book."

**RESPONSE TO REQUEST NO. 102:**

Deny.  The exam was not taken "open book."

**REQUEST NO. 103**:

You failed to pass both the USMLE Step 2 CK and CS exams within twelve months of completing your clinical rotations.

///

///

///

///

///

///

**RESPONSE TO REQUEST NO. 103:**

Deny.  I passed the USMLE Step 2 Clinical Skills exam in February 23rd, 2012.  MUA

administration prevented me from taking the USMLE Step 2 Clinical Knowledge exam even after

following all of their instructions, I also demonstrated that I was able to pass step 2 CK within the

time provided by the dean of clinical sciences, and was dismissed from the program without

warning or due process.

January 30, 2015.


/s/ Jason J. Bach_____
Melody A. Alger, Esquire #560984
ALGER LAW LLC
400 Westminster Street, Suite 401
Providence, RI 02903
(401) 277-1090
(401) 277-1094-Fax
malger@algerlaw.com
and
Jason J. Bach, Esq.
The Bach Law Firm, LLC
7881 W. Charleston Blvd., Suite 165
Las Vegas, NV 89117
Office: 702-925-8787
Fax: 702-925-8788


**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served upon counsel of record

for the Defendant by first-class mail, postage prepaid, on January 30, 2015.


/s/ Jason J. Bach, Esq.
Jason J. Bach, Esq.

# TAB 9

| | |
|---|---|
| **From:** | Clinical <clinical@mua.edu> |
| **Sent:** | Monday, July 22, 2013 1:35 PM |
| **To:** | 'Fernando Catalan' |
| **Subject:** | Catalan-Aguilar Fernando Step 2 CK certification + NBME |
| **Attachments:** | MasterAcademicPlan_Step2(July_2013).xlsx |

Dear Catalan-Aguilar Fernando
In order to approve your step 2 CK, we need to see your Step 2 CK academic plan (attached, and not in the format you sent us) along with your NBMEs.
Please forward us the 2 documents

| USMLE subform for main form | | | |
|---|---|---|---|
| Type | Test Date | Score | Scale |
| Step I | 07/30/08 | 149 | 58 |
| Step I | 05/06/09 | 164 | 65 |
| Step I | 08/31/09 | 185 | 75 |
| Step II/CS | 04/13/11 | 000 | |
| Step II/CK | 09/20/11 | 148 | 49 |
| Step II/CS | 02/23/12 | 100 | |

Best Regards,

Tamara R. Tilleman MD, PhD, MPA
Dean of Clinical Medicine
Medical University of the Americas  www.mua.edu
27 Jackson Road, Suite 302 Devens, MA 01434
Phone:  978-862-9500
SKYPE:  DeanTilleman

R3 Education Inc. (MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.MUA.edu to learn more.

**From:** Fernando Catalan [mailto:catalanf19@yahoo.com]
**Sent:** Monday, May 27, 2013 12:37 PM
**To:** Dr. Tamara Tilleman
**Subject:** RE: Self-assessment score for step 2 Fernando Catalan

Good morning Dr. Tilleman,

I sent you a couple of messages via Skype but I must not have sent them correctly.  I went ahead and signed up with Falcon Online Reviews for Step 2 CK.  I wanted to do the live review but they had already started on May 2nd.

I designed a schedule similar to the one they follow in the live review, I already received all the books and I am

# TAB 12

**From:** Fernando Catalan <catalanf19@yahoo.com>
**Sent:** Monday, September 23, 2013 12:31 PM
**To:** Amy LeCain
**Subject:** Record under review

Good morning Ms. LeCain,

I was wondering if you could tell me the reason my record was placed under review.  I have been trying to get my enrollment with the school certified since last Tuesday so that I can apply for forbearance of one of my student loans but it has been denied.  Ms. Curran, from finance, told me that my record is under review and that until it is resolved, no document regarding loans can be issued at this time.  She hopes for a favorable result.

As far as I can tell, I have paid the school all the money I owed, and I have been following instructions on what to do to finally get past my USMLE Step 2 CK exam.  My loan is now due in 5 days and it is almost $1000.  Plus, I'm not working so that I can focus on the exam.  Could you please tell me if there is something I missed.

Thank you for your time,

Fernando

# TAB 13

| | |
|---|---|
| **From:** | Fernando Catalan <catalanf19@yahoo.com> |
| **Sent:** | Thursday, September 26, 2013 11:13 AM |
| **To:** | Dr. Tamara Tilleman |
| **Subject:** | Re: Advice on enrollment status Fernando Catalan |

Thank you Dr. Tilleman, I will contact the registrar.  I'll take an NBME exam this weekend and I will send the results over to you.

Thank you again,

Fernando

**From:** Dr. Tamara Tilleman <t.tilleman@mua.edu>
**To:** Fernando Catalan <catalanf19@yahoo.com>
**Cc:** Amy LeCain <registrar@mua.edu>; Dr. Lucy Collins <l.collins@mua.edu>
**Sent:** Thursday, September 26, 2013 8:31 AM
**Subject:** FW: Advice on enrollment status Fernando Catalan

Dear Fernando,
The registrar is the only one that can assist you with enrollment status.
Regarding your CK registration, and assuming that you finished your review course- please forward me an updated NBME score.
Based on the previous 2 NBMEs (scored 80 and 160- unconverted), you can not be certified.

Best Regards,

Tamara R. Tilleman MD, PhD, MPA
Dean of Clinical Medicine
Medical University of the Americas  http://www.mua.edu/
27 Jackson Road, Suite 302 Devens, MA 01434
Phone:  978-862-9500
SKYPE:  DeanTilleman
R3 Education Inc. (MUA Nevis) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.MUA.edu to learn more.

**From:** Fernando Catalan [mailto:catalanf19@yahoo.com]
**Sent:** Wednesday, September 25, 2013 6:50 PM
**To:** Dr. Tamara
**Subject:** Advice on enrollment status

Dear Dr. Tilleman,

    I have been trying to get my enrollment with the school certified with Ms. Curran from finance but she said that a committee of the school's management had met and determined that I am no longer considered enrolled, therefore they cannot certify my enrollment.  The purpose for this enrollment certification is so that I can place one of my loans on a forbearance status while I study for exams.  Do you know if I am allowed to appeal the decision?  I have no idea what it is that I need to do, to be considered enrolled again or who to appeal to.

1

Ms. LeCain from registration told me in the past that I am considered a full time student while studying for USMLE Step 2 because it is a component of the process towards graduation. Ms. LeCain verified that you had approved my study schedule and communicated this to Ms. Curran.

I asked Ms. Curran if she could please tell me what the process is to appeal the decision but for some reason she does not want to tell me. I asked her if I could speak with the person in charge of the deciding committee to see what the procedure is and she also refused to tell me. I asked if I could take a look at the policy that's being used to deny the certification of enrollment but she said she needed to go look for it and that she would get back to me. I went ahead and asked if I could speak with her supervisor instead and she refused to tell me who it is.

I have been getting the run-around from the day I first inquired about the certification of enrollment for my forbearance. First Ms. Curran told me that it could not be done because I needed to be enrolled in clinicals and have my step 2 CK scheduled - then referred me to speak with the clinical department. I explained that I was done with the required 72 weeks of clinical and was not allowed to schedule the step 2 CK until your requirements were met. The next day she referred me to contact the registrar's department to solve the issue. I explained to her what the registrar told me regarding being a full time student while you study for Step2 CK. The next day she said she would speak with the registrar, the next day she said she could not speak with the registrar because she had left for the weekend.  After the weekend she said my record was under review by the registrar, after a couple of days she sent me an e-mail letting me know what the committee had decided.

Ms. Curran was always very courteous and professional but, I think there is something I can do to get my enrollment reinstated and certified so that I can keep my loan in forbearance even if I have to continue paying the interest the company charges.

I wrote too much and I apologize for the time this might take you,


Fernando Catalan