# EXHIBIT B

Volume 1, Pages 1-107

Exhibits: 9-17

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

FERNANDO CATALAN-AGUILAR,

    Plaintiff

v.               Docket No. 1:14-cv-12607-GAO

R3 EDUCATION, INC. d/b/a MEDICAL

UNIVERSITY OF THE AMERICAS,

    Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF FERNANDO CATALAN-AGUILAR

Friday, June 12, 2015, 9:12 a.m.

Locke Lord LLP

111 Huntington Avenue

Boston, Massachusetts


- - - - Reporter: Kathleen Mullen Silva, RPR, CRR - - - -

kms@fabreporters.com   www.fabreporters.com

Farmer Arsenault Brock LLC

50 Congress Street, Suite 350

Boston, Massachusetts 02109

617.728.4404

Fernando Catalan-Aguilar - Vol. 1 - 6/12/2015

6

Page 18

1  examination before applying to medical school?
2      A. Yes.
3      Q. Did you take it once or more than once?
4      A. Once.
5      Q. Do you recall what score you got on it?
6      A. I believe it was 23.
7      Q. Okay. Do you have any idea what percentile
8  that represents; where that falls on the national
9  scale?
10     A. No. I've heard people say that to get into
11 a medical school here in the United States you have
12 to score in the 30s.
13     Q. Yup. Okay.
14         When did you start your studies at MUA?
15     A. In May of 2006.
16     Q. Okay. And am I right that the first part
17 of your program at MUA was two years of basic
18 sciences?
19     A. Yes, sir.
20     Q. And you completed that in May of 2008?
21     A. Yes, sir.
22     Q. Okay. Very good. What have you done to
23 prepare for the deposition today?
24     A. I've only reviewed the answers I've given

Page 19

1  to the defendant's request for admission to
2  plaintiff.
3      Q. Did you review any other documents to
4  prepare for the deposition?
5      A. No. This is basically it.
6      Q. Okay. You have something else in front of
7  you. Is that just a -- what is that document?
8      A. These are the answers to the defendant's
9  requests for admission to plaintiff. They're just
10 -- you know, I just have them on a separate piece of
11 paper.
12     Q. Is that a document that you prepared in
13 order to help you and your attorney complete the
14 responses to requests for admissions?
15     A. I prepared that and I gave it to him.
16         MR. BACH: This is probably attorney/
17 client privilege.
18         MR. LAPP: Yeah, I'm not going to -- I
19 just wanted to confirm that's what it was.
20     Q. You prepared that at your attorney's
21 request?
22     A. Yes.
23     Q. In order that he could help prepare the
24 responses to request for admissions?

Page 20

1      A. Yes, sir.
2      Q. All right. Very good.
3          So just to go back and reorient
4  ourselves to the basic timeline here, you started
5  MUA in May of 2006. You have two years of basic
6  sciences which concluded in May of 2008. You then
7  need to pass the USMLE Step 1 exam in order to go
8  into the clinical part of the program; is that
9  right?
10     A. Yes, sir.
11     Q. Am I right that you passed the USMLE Step 1
12 in 2009?
13     A. Yes.
14     Q. In fact, I think it was -- was it August of
15 2009?
16     A. Yes.
17     Q. All right. Then you begin your clinical
18 rotations, yes?
19     A. Yes.
20     Q. And you finish your clinical rotations in
21 October of 2011; is that right?
22     A. Yes, sir.
23     Q. All right. Between the time you finished
24 your basic sciences program in May of 2008 and the

Page 21

1  time you passed the USMLE Step 1 in August of 2009,
2  were you working during that time or just studying
3  for the exam? What were you doing?
4      A. If I remember correctly, I had a part-time
5  job.
6      Q. Where was that?
7      A. I was -- it was for a landscaping company.
8  I can't remember the name, but it's in San Antonio,
9  Texas.
10     Q. When did you get married?
11     A. February 24, 2001.
12     Q. What's your wife's name?
13     A. Rocio, R-o-c-i-o, Catalan.
14     Q. Are you still married?
15     A. Yes.
16     Q. Do you have children?
17     A. No.
18     Q. When you were on the island and taking your
19 two years of basic science courses, was your wife
20 living with you on the island?
21     A. Yes.
22     Q. After the two years of basic sciences,
23 while you were studying for the USMLE exam and you
24 were doing this part-time landscaping job in San

**Page 22**

1  Antonio, is that where you were keeping your main
2  home, in San Antonio?
3     A. Yes.
4     Q. Where do you live today?
5     A. You want the address?
6     Q. Just the town.
7     A. I live in San Antonio, Texas.
8     Q. With your wife?
9     A. Yes, sir.
10    Q. Are you enrolled in medical school today?
11    A. Yes.
12    Q. Where are you enrolled?
13    A. It's called Caribbean Medical University.
14    Q. Where's it located?
15    A. The campus is on the island of Curaçao.
16    Q. When did you enroll at the Caribbean
17 Medical University?
18    A. February 2014.
19    Q. When you applied to the Caribbean Medical
20 University, did you apply anywhere else?
21    A. No.
22    Q. Did you have to take the MCAT exam again?
23    A. No.
24    Q. When you enrolled at the Caribbean Medical

**Page 23**

1  University, did you have to start over at the
2  beginning of their program, or did they give you
3  credit for some of the work you had done at MUA?
4     A. They gave me credit for two semesters of
5  clinical training.
6     Q. So how much credit -- did they credit your
7  entire basic sciences program from MUA?
8     A. Yes.
9     Q. So with the basic sciences taken care of
10 and the two semesters of clinical taken care of, how
11 much did you have in the way of remaining
12 requirements to get a degree at Caribbean Medical
13 University?
14    A. Three semesters.
15    Q. Of clinical rotations?
16    A. Of clinical rotations. It's a total of 36
17 weeks.
18    Q. The three semesters equals 36 weeks?
19    A. Yes.
20    Q. Okay. And at MUA your clinical program was
21 72 weeks of rotations; is that right?
22    A. Yes.
23    Q. Okay. What were the rotations that you
24 needed to -- or what are the rotations that you

**Page 24**

1  needed to complete at Caribbean Medical University?
2     A. They told me that I could choose the
3  rotations that I wanted to do, as long as they
4  amounted to 36 weeks.
5     Q. So they didn't look at your record at MUA
6  and say, for example, "We're satisfied with how you
7  did in OB/GYN, you don't have to repeat that one,
8  but we want you to repeat the surgical rotation,"
9  something like that?
10    A. That's correct.
11    Q. As long as you did 36 more weeks of
12 clinical rotations, they didn't care what the
13 rotations were in?
14    A. Yes.
15    Q. How many of the 36 weeks have you
16 completed?
17    A. I just completed them. I finished them.
18    Q. When did you finish?
19    A. March of 2015.
20    Q. Have you received grades for your clinical
21 rotations or have they just been pass/fail?
22    A. Grades.
23    Q. Do you have a GPA at Caribbean Medical
24 University?

**Page 25**

1     A. I do, but I cannot remember exactly what it
2  is.
3     Q. Okay. Can you just give me your best sense
4  of what your grades have been like?
5     A. Mostly As. I believe I have one B in one
6  of the rotations.
7     Q. Where have you actually done the rotations?
8     A. All of them in Chicago.
9     Q. All at the same institution?
10    A. No, different hospitals.
11    Q. Which hospitals?
12    A. Okay. Let's see. Norwegian American
13 Hospital. Maybe I should clarify it. The
14 physicians that I did my rotations with are
15 associated with the hospitals that I'm mentioning,
16 but they have separate clinics, a clinic outside of
17 the hospital. So, as I said, Norwegian American
18 Hospital, St. Anthony's Hospital, Mercy Hospital,
19 LaGrange Hospital -- I can't remember the exact
20 name -- Saint Mary's Hospital. I think that's it.
21    Q. Okay. Does Caribbean Medical University
22 have clinical affiliation agreements with hospitals
23 in cities outside Chicago?
24    A. Yes.

### 26

Q. Any particular reason why you did all of yours in Chicago?

A. Just so that I wouldn't have to travel too much and spend more money.

Q. Are you responsible for your own living expenses while you're doing these rotations?

A. Yes.

Q. Do you get paid while you're doing the rotations?

A. I don't get paid.

Q. Do you have at Caribbean Medical University an academic advisor or a clinical advisor?

A. Yes.

Q. Who is that?

A. His name is Dr. Sunny, S-u-n-n-y, Handa, H-a-n-d-a.

Q. And where does he work?

A. He's in Chicago.

Q. Does he work at a medical institution or at an office of the Caribbean Medical University, if you know?

A. He's the dean of clinical sciences, and his office is at the NBC Tower.

Q. Is it fair to say that you keep in touch

### 27

with -- or that during the time you've been doing these clinical rotations you've kept in touch with Dr. Handa about the rotations you've been doing, how they're going, that sort of thing?

A. Yes.

Q. What additional requirements are there, if any, for you to get a degree from the Caribbean Medical University beyond completing these clinical rotations?

A. I have to take the USMLE Step 2 CK exam.

Q. You had passed the Step 1 exam while you were a student at MUA, yes?

A. Yes.

Q. And you had passed the Step 2 CS exam while you were a student at MUA?

A. Yes.

Q. And you don't have to repeat either one of those?

A. No.

Q. Once you've passed them, you've passed them?

A. No. There is a time limit. If I don't take all the exams within I believe it's six years, then I have to take them again.

### 28

Q. So if you passed your USMLE Step 1 exam in August of '09, you would need to pass your Step 2 CK exam by the end of August of this year?

A. This year.

Q. Or else you'd have to start over with your USMLE exams, is that what you understand?

A. That's how I understand it.

Q. Is that something Dr. Handa has told you or you've learned some other way?

A. That I've learned by going to the USMLE website.

Q. Okay. Very good. Have you at any point since leaving MUA attempted the USMLE Step 2 CK exam?

A. No.

Q. Have you at any point asked the Caribbean Medical University -- let me withdraw that terrible start to a question.

In order to sit for the USMLE Step 2 CK exam, does the Caribbean Medical University need to certify you to sit for the exam?

A. Yes.

Q. Have you asked the university to certify you to sit for the exam?

### 29

A. They have requirements. I have to take an exam, a National Board of Medical Examiners exam, NBME exam, which is taken at a testing center. It's not something you take at home. I have to take that exam, and if I do well, then they will certify me to take the Step 2 CK exam.

Q. Have you taken any of these NBME testing center exams to this point?

A. No.

Q. Are these NBME testing center exams different from the NBME self-assessments that you took while you were enrolled at MUA?

A. Dr. Handa said that they are different, but I haven't taken one so I don't know how different they are.

Q. Okay. Am I correct that the NBME self-assessments that you took while you were enrolled at MUA, you took at home on your computer rather than at a testing center?

A. Yes.

Q. Have you taken any NBME self exams on-line since leaving MUA?

A. No.

Q. Have you had any communications with

### 34

    1    A.  I believe it was in the middle of clinical
    2  rotations with MUA.
    3    Q.  Okay.  Am I right that for a person such as
    4  yourself who want to be physicians in the United
    5  States, you need to graduate from medical school,
    6  you need to pass all of the USMLE examinations, and
    7  then you need to go into a residency program of some
    8  kind?
    9    A.  I have to pass up to USMLE Step 2 CK and
   10  then I can apply to residency.
   11    Q.  Am I correct you have to go through a
   12  residency program in order to become a licensed
   13  physician?
   14    A.  Yes.
   15    Q.  And in order to get a residency you have to
   16  go through what's known as the Match program?
   17    A.  Yes.
   18    Q.  Am I correct that in order to be matched, a
   19  hospital or other facility that hosts a residency
   20  program would have to look at your credentials and
   21  decide to offer you a place?
   22    A.  Yes.
   23    Q.  And in looking at your credentials, one of
   24  the things that any institution would have available

### 35

    1  to it and would look at would be your record of
    2  USMLE examinations?
    3    A.  Yes.
    4    Q.  The ones that you took and failed and the
    5  ones that you took and passed?
    6    A.  Yes.
    7    Q.  Including the number of times you took them
    8  and the scores that you got?
    9    A.  Yes.
   10    Q.  Have you had any conversation with
   11  Dr. Handa about whether your track record of USMLE
   12  examinations to this point --
   13    A.  No.
   14        MR. BACH:  He's not finished.
   15        MR. LAPP:  Okay.
   16    A.  Sorry.
   17    Q.  I'm going to guess now the answer to the
   18  rest of my question.  Let me just finish it.
   19        Have you had any conversations with
   20  Dr. Handa about whether your track record on the
   21  USMLE examinations that you've taken is going to
   22  make it difficult for you to ever match in the
   23  residency program?
   24    A.  No.

### 36

    1    Q.  Have you had any conversations with any
    2  person at the Caribbean Medical University, any
    3  other dean, any faculty members, about the question
    4  whether your track record of USMLE examinations as
    5  it stands today is going to make it difficult for
    6  you to ever match in the residency program?
    7    A.  Yes.
    8    Q.  Who have you talked to about that?
    9    A.  I spoke with Dr. Lucille Collins.  She
   10  mentioned that because I had to take the exam -- the
   11  USMLE Step 1 twice before I passed it, it would make
   12  it difficult to get into a residency program, but I
   13  don't think they believe that, and I don't think any
   14  of the deans at the school believe that.
   15    Q.  Let's slow down for just a minute.  Who's
   16  Lucille Collins?
   17    A.  She's an assistant to the dean of clinical
   18  sciences.
   19    Q.  At MUA?
   20    A.  Yes, sir.
   21    Q.  But you do not think the deans at MUA
   22  believe what she believes?
   23    A.  I don't think she believed it either.
   24    Q.  You do not think that -- let me see if I

### 37

    1  get this right.  Dr. Collins told you at some point
    2  while you were enrolled at MUA that because you had
    3  to take the USMLE Step 2 CS exam twice in order to
    4  pass it, that alone would make it difficult for you
    5  to ever match in the residency program; is that what
    6  she told you?
    7    A.  I believe that conversation happened right
    8  after taking the USMLE Step 1 exam.
    9    Q.  Okay.
   10    A.  Yes.
   11    Q.  So let me see if I can rephrase this.  You
   12  had to take the USMLE exam three times in order to
   13  pass it, Step 1?
   14    A.  Yes.  I passed it the third time, yes.
   15    Q.  Am I correct that Dr. Collins at some point
   16  during that process said the fact that you've had to
   17  take the USMLE Step 1 exam multiple times in order
   18  to pass it, that alone is going to make it difficult
   19  for you to ever match; is that fair?
   20    A.  She did say that.
   21    Q.  And did anyone at MUA subsequently tell you
   22  that the fact that you failed the USMLE Step 2 CS
   23  the first time, meaning that you had to take that
   24  exam two times to pass, was going to make it

**38**

1  additionally difficult for you to ever match?
2     A. Not that I can recall.
3     Q. Okay. Getting away now from MUA and going
4  to the Caribbean Medical University, have you had
5  any discussions with anyone at the Caribbean Medical
6  University about whether the fact that you had
7  multiple failures of USMLE exams is going to make it
8  difficult for you to ever match?
9     A. No.
10    Q. Do you believe that if you pass the USMLE
11 Step 2 CK exam between now and the end of August
12 that you're going to be able to match for a
13 residency?
14    A. I believe so. I believe so.
15    Q. Why do you think that?
16    A. From what I understand, when you go for
17 interviews or when they look at your record, they
18 don't only look at your scores. They also look at
19 your overall performance. If they see the comments
20 made by my preceptors in my rotations, they will see
21 that I'm the type of person that can be very
22 successful in a family medicine environment.
23    Q. The preceptors are the people who evaluate
24 your clinical rotation performance?

**39**

1     A. Yes.
2     Q. When they do those evaluations at the end
3  of each rotation, do you get to see what the
4  evaluation says?
5     A. Yes.
6     Q. Do you have copies of those from the
7  rotations you've done at the Caribbean Medical
8  University?
9     A. Yes.
10    Q. Do you have copies of the preceptors'
11 comments from the rotations you did at MUA?
12    A. Yes.
13    Q. Do you happen to know of any person who has
14 failed the USMLE Step 1 exam and failed the USMLE
15 Step 2 CS exam and still matched?
16    A. I cannot say. They really don't tell you
17 whether they failed or not. No one tells you -- no
18 one tells you anything about their failures. They
19 only talk about their successes.
20    Q. That's what I do.
21       When you enrolled at MUA, did you get a
22 student handbook?
23    A. Yes.
24    Q. When you began the clinical portion of your

**40**

1  program at MUA, did you get a clinical sciences
2  handbook?
3     A. That I cannot remember.
4     Q. Okay. During your time at MUA, apart from
5  the handbooks, did the university issue other
6  policies from time to time?
7     A. The only thing I can think of was an
8  interview with Dr. Collins at the end of my basic
9  sciences. She speaks with everyone who's
10 graduating.
11    Q. So you met with her in or about May of
12 2008?
13    A. Yes.
14    Q. What did you talk about with her?
15    A. Yes. This is where she told us that -- she
16 recommended that we take the USMLE Step 1 exam
17 within three months. She also said if you don't
18 take it, you would be placed at the end of the list
19 for clinical rotations.
20    Q. Did she say anything in this conversation
21 of May 2008 about the fact that you would need to
22 pass the USMLE Step 2 exams in order to eventually
23 graduate from MUA?
24    A. No, not that I can recall.

**41**

1     Q. As a student at MUA, was there a University
2  website that you would access for information about
3  school policies, programs, schedules, that sort of
4  thing?
5     A. Yes.
6     Q. Was the student handbook available through
7  that website?
8     A. You mean for the basic sciences handbook?
9     Q. Yes.
10    A. I think so. I'm not a hundred percent
11 sure.
12    Q. Okay. Was the academic calendar for the
13 year available through that website?
14    A. Yes.
15    Q. Was there information about other school
16 policies available to you on that website?
17    A. I can't remember. They have two locations
18 where you can find information. Once you're
19 enrolled -- I can't remember the name, but they have
20 two places where you would need a password in order
21 to get in there and look up information.
22    Q. Okay. Did you go to that site from time to
23 time?
24    A. Yes.

42

1    Q.  What kind of things would you go to the
2  site for?
3    A.  The dean would place announcements there.
4    Q.  What kind of announcements?
5    A.  Just general school announcements.
6    Q.  Had you been instructed to check the
7  website from time to time for new announcements and
8  new information?
9    A.  Not really instructed.  They would just say
10 announcements will be posted on this website, but
11 not as an instruction of what needed to be done.
12   Q.  Okay.  But fair to say you were aware that
13 from time to time new material would be placed on
14 the website about University policies?
15   A.  Yes.
16   Q.  From time to time did you also get emails
17 from the school administrators either announcing new
18 policies or telling you to go look at the website to
19 look at policies?
20   A.  Yes.
21   Q.  Let me show you a document which we're
22 going to mark as the next exhibit.
23       MR. LAPP:  Do you want to start at 1 or
24 do you want to go to 9?

43

1       MR. BACH:  It's up to you.
2       MR. LAPP:  Let's call this Exhibit No.
3  9.
4       (Marked, Exhibit 9, memoranda to All MUA
5  Students.)
6       THE WITNESS:  Do I hold on to this?
7    Q.  Just take a look at it.  Take as much time
8  as you would like to have a look at that.
9    A.  (Witness reviewing document.)  Okay.
10   Q.  So this is a two-page document that we have
11 marked as Exhibit 9, which is a memorandum that says
12 at the top "To:  All MUA Students; From:  Board of
13 Trustees; Regarding:  Addition of USMLE Step 2
14 Clinical Knowledge and USMLE Step 2 Clinical Skills
15 as Graduation Requirement."  Have you seen this
16 document before today?
17   A.  I don't think so.  It doesn't look
18 familiar.
19   Q.  The document says in the second paragraph,
20 among other things, "Going forward, the university
21 will similarly require passing scores on the USMLE
22 Step 2 Clinical Knowledge and Step 2 Clinical Skills
23 as a requirement for graduation."  Do you recall
24 when you first knew that the university required

44

1  passing scores on the USMLE Step 2 exams as a
2  requirement for graduation?
3    A.  I know someone mentioned it to me, and I
4  have dates.  I'm going to look into my responses.
5  I'm going to look at the responses I gave to the
6  defendant's request for admission to plaintiff.
7    Q.  That would be fine.
8    A.  (Witness reviewing document.)
9       (Marked, Exhibit 10, email chain ending
10 2/28/11.)
11   A.  Okay.  So it looks like in February 28,
12 2011, I received an email from Melissa Moore, one of
13 the clinical medicine staff at MUA.
14   Q.  In fact, let me show you what we've just
15 had marked as Exhibit 10.
16   A.  Okay.
17   Q.  Which is that email.
18   A.  Okay.
19   Q.  Take a look at that for just a moment, if
20 you would.
21   A.  Yes.  In here she mentioned that I would
22 need to pass the Step 2 CK and CS, but if you would
23 please note that there are no time limits or number
24 of attempts mentioned.

45

1    Q.  Okay.  Just to sort of finish off the
2  record here, in Exhibit 10 we have a February 28,
3  2011 email from Melissa Moore to Christine -- it's
4  addressed to Christine Kumar and Karen Hastings with
5  a cc to catalanf19@yahoo.com.  Did I get that right?
6    A.  Yes.
7    Q.  Am I right that catalanf19@yahoo.com is
8  your email or was at the time?
9    A.  Yes.
10   Q.  And although it's addressed to Christine
11 and Karen with a cc to you, the email reads, "Hi,
12 Fernando."  She's writing to you?
13   A.  Yes.
14   Q.  She says, "In order to receive your degree,
15 May 20, you will have to pass Step 2 CK and CS.  I
16 don't see any scores for you in the database.  Have
17 you scheduled yet?  Please let me know."  We can
18 agree, can we not, that at least by February 28,
19 2011 you understood that you would need to pass the
20 Step 2 CK and Step 2 CS exams in order to graduate;
21 is that fair?
22   A.  Yes.  If I may add something to this.  As I
23 see, Ms. Moore did not suggest I had no knowledge of
24 any requirements in her comment.  This was a direct

46

1  response to my question to Ms. Christine Kumar in
2  the email I sent her February 27, the day before,
3  where I asked Ms. Kumar, "Would you be so kind to
4  tell me the dates that MUA has scheduled for
5  graduation this year for those students finishing up
6  clinicals." That question was then forwarded to
7  Melissa Moore.
8      Q. Okay.
9      A. That's why she mentioned the requirement
10 for Step 2 CK and CS.
11     Q. And who is Melissa Moore, what was her job,
12 if you know?
13     A. Just from what I understand, she was just
14 one of the clinical assistants, one of the
15 assistants to dean of clinicals.
16         MR. LAPP: Let's mark that as the next
17 exhibit.
18         (Marked, Exhibit 11, email chain ending
19 3/1/11.)
20     Q. Showing you now what is Exhibit 11, which
21 appears to be a series of e-mails, including in the
22 middle of the first page the February 28 email from
23 Melissa Moore to you that we just looked at as
24 Exhibit 10, am I right that directly above that we

47

1  have your March 1, 2011 response to Melissa Moore?
2      A. Yes.
3      Q. And you write to her on March 1, 2011, "Hi,
4  Ms. Moore, I have not taken Step 2 yet. I'm
5  scheduled for CS on April 13 and haven't scheduled
6  CK yet because I'm planning to take a review
7  course."
8      A. Yes.
9      Q. Did I read that right?
10     A. Yes.
11     Q. And nowhere in this email do you say that
12 this is the first time you've understood that you
13 need to take the Step 2 exams and pass them in order
14 to graduate from MUA; is that fair?
15     A. Could you rephrase the question. Sorry.
16     Q. Nowhere -- on February 28, as we have just
17 established looking at Exhibit 10, Melissa Moore
18 tells you in order to receive your degree, you need
19 to pass the Step 2 CK and CS exams. The next day,
20 March 1, you write back to her and say, "Hi. I have
21 not taken Step 2 yet. I'm scheduled for CS on April
22 13 and haven't scheduled CK yet because I'm planning
23 to take a review course." Nowhere in this response
24 you send back to her the next day do you say, "I'm

48

1  surprised. No one's ever told me I need to pass the
2  Step 2 exams in order to graduate." That's not in
3  your email.
4      A. It's not in there.
5      Q. Is it your testimony now that on February
6  28 and -- on February 28, 2001, that's the first
7  time you understood that you needed to pass the Step
8  2 exams in order to graduate?
9      A. Yes. I believe that's when I first -- when
10 I first was told that to graduate I needed to take
11 those exams.
12     Q. Is it also fair to say that even if this
13 was the first time you knew you needed to pass the
14 Step 2 exams in order to graduate, you certainly
15 knew you had to pass the Step 2 exams in order to
16 match?
17     A. I'm not a hundred percent sure. It's -- I
18 knew I had to take the exams. I'm not a hundred
19 percent sure -- I can't remember if I already knew
20 that this was a requirement for the match. I'm not
21 sure.
22     Q. Is it fair to say that you knew that
23 passing the USMLE exams, including Step 2, was a
24 requirement for you to be a doctor?

49

1      A. I can't remember exactly on that date. I
2  just knew that I had to take the exams, because
3  everybody else was taking them. I'm not sure...
4      Q. You went to medical school in 2006.
5      A. Yes.
6      Q. Dreaming of a career as a thoracic surgeon,
7  wanting to practice in the United States as a
8  licensed medical doctor, yes?
9      A. Yes.
10     Q. By March of 2011, it's almost five years
11 after you started medical school. Are you telling
12 me at no point during that five-year period did you
13 come to understand that you had to pass all of the
14 USMLE exams, including the Step 2 exams, in order to
15 become a licensed physician in the United States?
16     A. I just knew they had to be taken, but I
17 didn't know at what point in the whole process they
18 became important.
19     Q. Putting aside the issue of timing, did you
20 understand while you were a student in medical
21 school at MUA that in order to become a licensed
22 physician in the United States you had to graduate
23 from medical school, pass all the USMLE licensing
24 exams and complete a residency?

54

1  Q. Did you understand this to be, as it
2  suggests on its face, a roadmap, a tool for you to
3  use to help get from essentially the beginning of
4  your clinical rotations after the first couple of
5  core rotations through the USMLE exams?
6  A. Yes.
7  Q. And did you ever have a conversation with
8  Dr. Tilleman in which you reviewed this document?
9  A. No.
10  Q. Did you ever attend a meeting at which she
11  presented this document?
12  A. No.
13  Q. When she sent it to you, did you read it?
14  A. Yes.
15  Q. Did you think you understood it?
16  A. It was a bit complicated, but I felt it
17  didn't really apply to me since I had already
18  completed all my clinical rotations back in October
19  of 2011, and this was from, let's say, May 2013.
20  Q. Okay. Did you read the part at the bottom
21  of page 1 where it says, "The second 'step' of the
22  U.S. licensing examination is actually two tests,
23  one of clinical skills and one of clinical
24  knowledge. These are scheduled completely

55

1  separately, but both must be successively passed to
2  graduate from the Medical University of the
3  Americas, to achieve ECFMG certification, and to
4  participate in the residency match." Did you read
5  that part when you got this document?
6  A. It's been a while, but I probably did,
7  because I read the whole -- the entire document.
8  Q. All right. And if you got this in the
9  spring of 2013, this information at the bottom of
10  the first page about graduation requirements, that's
11  information you already knew at that point?
12  A. Yes.
13  Q. All right. Did you turn -- turn to the
14  second page. There's a heading about a third of the
15  way down the page that says, "Step 2 Academic Plan."
16  A. Yes.
17  Q. "Deans Tilleman and Anadkat,"
18  A-n-a-d-k-a-t, "have created a template to help you
19  organize your planning process to pass USMLE Step 2.
20  Please review the document carefully and understand
21  the two sheets designed." Did you read that part
22  when you got this memorandum?
23  A. Yes.
24  Q. Did you review the template that the deans

56

1  had created to help students organize their planning
2  process to pass the USMLE Step 2?
3  A. If you could give me one second. I'm going
4  to look at my dates in my responses.
5  Q. Sure.
6  A. (Witness reviewing document.) What I'm
7  trying to find is when I sent them an academic plan,
8  because they had asked for one.
9  Q. Yup.
10  A. And then I received an email from her
11  saying that they received my academic plan, but she
12  wanted it in a different format.
13  Q. Right. Let me show you that email, which
14  we marked yesterday. And I'm going to help you with
15  both parts of this. Let me show you what we marked
16  yesterday as Exhibit 5 and just take a second to
17  look at that.
18  A. Yes. Sometime before this date, I had sent
19  them an academic plan because they had requested
20  one.
21  Q. Okay. Just to sort of set the record here,
22  in Exhibit 5, which we marked yesterday in the
23  middle of the first page, there's a July 22 email
24  from clinical at MUA is the email address, but it's

57

1  from Dr. Tilleman. Can we agree on that?
2  A. Yes.
3  Q. And she writes to you, "In order to approve
4  your Step 2 CK we need to see your Step 2 CK
5  academic plan attached and not in the format you
6  sent us along with your NBMEs." Did I read that
7  right?
8  A. Yes.
9  Q. When she says "your NBME," you knew that
10  meant an NBME self assessment?
11  A. Yes.
12  Q. Okay. And then a couple of weeks later on
13  August 8 you write back to her, "Dear Dr. Tilleman,
14  here's a copy of my last NBME practice test which I
15  took in May, and also attached is my master academic
16  study plan Step 2 CK." Did I get that right?
17  A. Yes. And this refers to the master
18  academic plan in the format that she wanted.
19  Q. Is that this?
20  A. Yes.
21  Q. Okay.
22       MR. LAPP: Let's mark this, which we
23  only have one copy of.
24       (Marked, Exhibit 13, academic plan.)

58

1  Q. Let me show you Exhibit 13. Is this the
2  form of academic plan that Dr. Tilleman wanted you
3  to complete?
4  A. Yes. This looks like this is it. I
5  remember it wouldn't fit on the screen of my
6  computer.
7  Q. Okay. Did you understand when -- well,
8  first let me ask you, when you got the memorandum
9  that we've marked as Exhibit 12 -- we're going to
10  jump back and forth a little bit here -- as we
11  talked about a couple of minutes ago, on page 2 it
12  says Deans Tilleman and Anadkat have developed this
13  template for people to use to prepare for their Step
14  2 exams to plan. Go to the website, look at the
15  plan, fill out the plan, right?
16  A. Yes.
17  Q. When you got Exhibit 12, did you go to the
18  website and look at the plan -- the template for the
19  plan which we've marked as Exhibit 13?
20  A. Do you have a date of when this was sent?
21  Q. I do not.
22  A. Exhibit 12.
23  Q. I do not.
24  A. Because usually -- I mean, if they had

59

1  requested this -- my academic plan in this format, I
2  would have sent it in this format.
3  Q. Okay.
4  A. If they didn't request it and they only
5  asked me for an academic plan, then that's probably
6  why I sent them the format that I put together.
7  Q. Okay. Fair enough. Certainly by July 22,
8  when Dean Tilleman was writing to you saying in
9  order to approve you for Step 2 CK, we need you to
10  do your Step 2 CK academic plan attached, at least
11  by that date in July, you knew you needed to give
12  her something in this form that is Exhibit 13?
13  A. Yes.
14       MR. BACH: Just to be clear, I think you
15  said June first and then July.
16       MR. LAPP: Yeah, I meant to say July.
17  Q. So we can agree that by July 22, 2013 she
18  wanted to see an academic plan that was in the form
19  of Exhibit 13?
20  A. Yes. And I sent it to her two weeks later.
21  Q. Correct, on August 8, 2013?
22  A. Yes.
23  Q. And when you reviewed the plan and
24  completed it and sent it back to her, you understood

60

1  that the plan involved figuring out how much time
2  you're going to study for different subjects that
3  are on the exam?
4  A. Yes.
5  Q. And budgeting a certain amount of time to
6  study for each section?
7  A. Yes.
8  Q. And thinking about when it is you're going
9  to take the NBME self assessments?
10  A. Yes.
11  Q. And you understood that part of the plan,
12  or that the plan involved, after doing a certain
13  amount of preparation, then taking an NBME self
14  assessment and submitting the score to Dean
15  Tilleman?
16  A. Yes.
17  Q. And the plan said, looking now at sort of
18  the top third of the first page of Exhibit 13, it
19  specifically noted if your score is less than 203
20  you should contact Dean Tilleman, right?
21  A. Yes.
22  Q. So you understood -- fair to say you
23  understood that in addition to implementing this
24  plan, it was expected that you would take the NBME

61

1  self assessment and that if you didn't do well on
2  the NBME self assessment you'd need to get in touch
3  with Dean Tilleman and talk about how to do
4  something about that?
5  A. Yes.
6  Q. Fair? Then it was expected that you would,
7  after having taken a first self assessment, you
8  would continue to work on your plan, spend more time
9  studying the specific subjects, and then take a
10  second NBME self assessment, yes?
11  A. Yes.
12  Q. And there too, as it's stated on the form,
13  if you scored below a certain number -- in this
14  case, 220, the expectation again was that you would
15  need to talk to Dean Tilleman and figure out what to
16  do, yes?
17  A. Yes.
18  Q. Did you understand that she would need to
19  see two scores that were equivalent of passing
20  scores on the USMLE -- let me -- this is going to
21  get to be a tortured sentence. Let me just throw it
22  away. Let's start over.
23       Did you understand that in order for her
24  to certify you to take the actual USMLE Step 2 she

**Page 62**

1  would need to see as part of your plan adequate
2  performance on two NBME self assessments?
3      A. I'm not sure about the number 2. After I
4  submitted this plan to her, I didn't hear anything
5  from her regarding the plan. I only continued to
6  submit to her the NBME self assessment scores.
7      Q. Yup.
8      A. But we never discussed the plan again. It
9  was...
10     Q. Okay. Is it fair to say that you
11 understood that she was going to be looking at
12 performance on the NBME self assessment to decide if
13 and when you would be ready to be certified to take
14 the USMLE exam?
15         MR. BACH: Object as to the time and
16 scope as to when her expectations were that an NBME
17 would be submitted.
18         MR. LAPP: Fair enough.
19     Q. Is it fair to say that when you submitted
20 your plan in the form that she had requested and you
21 submitted that to her in August of 2013, is it fair
22 to say that when you submitted the plan, you
23 understood that she would be using NBME self
24 assessment scores to determine if and when you were

**Page 63**

1  ready to be certified to take the actual USMLE?
2      A. Yes. I would like to add something to
3  that. According to the NBME self assessment
4  services -- and I quote, "The material presented in
5  this self assessment is provided by the National
6  Board of Medical Examiners for educational purposes
7  only. The self assessments are not intended to
8  predict performance on the United States Medical
9  Licensing Examination or the NBME subject
10 examinations. Rather the self assessments are
11 intended to be used as a tool to determine a
12 participant's relative areas of strengths and
13 weaknesses in general topic areas."
14         So as I understand it, these assessments
15 are not the equivalent of how you're going to score
16 in the real USMLE Step 2 CK exam.
17     Q. Fair enough. It's a tool -- you understood
18 that the NBME self assessment was a tool for
19 assessing your level of knowledge in the subject
20 areas that are part of the USMLE exam?
21     A. Yes.
22     Q. And you understood in August of 2013 that
23 it was a tool that Dr. Tilleman used to assess
24 whether or when you would be ready to sit for the

**Page 64**

1  USMLE Step 2?
2      A. Even though it's not supposed to be used
3  for that, yes.
4      Q. Well, we can agree that according to USMLE,
5  the score that you get on the NBME is not a
6  predictor of the score you're going to get on the
7  USMLE, right?
8      A. That's correct.
9      Q. But we can also agree, can we not, that the
10 NBME is a tool that one can use to assess one's
11 knowledge of subjects that are part of the USMLE
12 exam?
13     A. I don't think I can agree, because the
14 information presented in the NBME, this is all the
15 information out of date. It's information -- the
16 questions are of different lengths, different
17 formats. I don't know if you understand that the
18 NBME self assessments are put together from all the
19 exams, all questions from the past. So...
20     Q. Right. So the USMLE examines your
21 knowledge in the specific areas of clinical practice
22 that have been the subject of your rotations, yes?
23     A. Yes.
24     Q. So the USMLE Step 2 and CS and CK exams are

**Page 65**

1  examining your knowledge on the clinical aspects of
2  OB-GYN, general practice, internal medicine, surgery
3  and so forth, yes?
4      A. Yes, but it also assesses how well the
5  school prepared me for these exams.
6      Q. Sure. There's an element of the USMLE that
7  measures how well you know your basic sciences?
8      A. Meaning how the school is preparing their
9  students, because if the school is not preparing
10 people well, if their curriculum is not structured
11 properly, then you're going to have a lot of
12 students failing these exams.
13     Q. Right.
14     A. And this is what happened. The school had
15 a pass rate of 62 percent. They had advertised 93
16 percent on the website. But in reality it was --
17 the students -- there was only a 62 percent pass
18 rate in the USMLE step exams.
19     Q. Okay. So getting back to my question, the
20 USMLE exams, Step 2 CK and CS examined your
21 knowledge of the clinical aspects of the subjects
22 that were your clinical rotations, surgery, OB-GYN,
23 internal medicine and so on, right?
24     A. Knowledge and preparation.

**74**

1  there's a way that you can do that that shows on a
2  form whether you took it timed or untimed?
3     A. I'm not sure. They give you the results in
4  a PDF format, and you just send it in. You just
5  make a copy of it and send it. I'm not sure if it
6  shows or not. I don't know.
7     Q. Did you send to Tilleman whatever it was
8  you got from NBME?
9     A. Yes.
10    Q. When you spoke to Dr. Tilleman on the
11 phone, you talked about the fact that you didn't
12 trust the score of the NBME self assessment and that
13 you were planning to take a USMLE World?
14    A. Yes.
15    Q. She indicated that she understood that you
16 were going to do that as the next step?
17    A. Yes.
18    Q. Did you ask her whether she would accept
19 the results of a USMLE World exercise as a basis on
20 which she would certify you to take the USMLE?
21    A. I did ask her that question. I assumed she
22 would, since she agreed for me to take the exam.
23    Q. Fair enough. You then took the USMLE
24 World, yes?

**75**

1     A. Yes.
2     Q. And you sent her the results of that on --
3     A. I believe it was the 7th of October.
4     Q. Let's look at Exhibit 8.
5     A. Yes.
6     Q. When you sent her the results of the USMLE
7  World, you indicated that you noticed that the
8  length of the questions was shorter than the real
9  exam and the questions were less difficult than the
10 NBME exam, yes?
11    A. Yes.
12    Q. So you recognized that there was a
13 difference between the USMLE World and the NBME?
14    A. Yes.
15    Q. Okay.
16    A. Just to point out, the questions in the
17 NBME exam are also shorter, and they are -- they are
18 also shorter than the real Medical CK exam.
19    Q. I thought we agreed that the questions on
20 the NBME are questions that were used on previous
21 USMLEs?
22    A. The content, and like I said, those
23 questions were used in the past, but USMLE has been
24 changing the format, the length of the questions.

**76**

1  Now the questions are even longer, sometimes like
2  half a page long.
3     Q. So in your view, the NBME is actually --
4  has easier questions than the USMLE?
5     A. They're shorter in length.
6     Q. Does that make them easier to understand
7  and work through?
8     A. You can go through them faster.
9     Q. All right. And you can go through the --
10 and the USMLE questions are even easier than the
11 NBME questions?
12    A. It's possible, yes.
13    Q. Okay. How many NBME self assessments have
14 you taken?
15    A. I took -- I don't know the exact -- I can't
16 remember the exact number, but I've taken all of
17 them. I mean, they only have six, so it's not that
18 much.
19    Q. Okay. The documents that we have in this
20 case indicate that you sent to Dean Tilleman the
21 results of an NBME that you took in May 2013 on
22 which you got a score of 80 out of 800. Do you
23 remember that?
24    A. Yes.

**77**

1     Q. And you sent in August of 2013 to dean
2  Tilleman an NBME self assessment in which you got a
3  score of 160 out of 800. Do you remember that?
4     A. Yes.
5     Q. We just talked about the fact that you sent
6  her in October of 2013 this much higher score that
7  you didn't trust, right?
8     A. Yes.
9     Q. Did you send to MUA any other NBME self
10 assessment exam results other than the ones that I
11 just listed from May, August and October 2013?
12    A. By May I had already completed three exams.
13 I don't know why they didn't have a record of it,
14 but these are -- by May I had done three exams for
15 Dr. Perlangelo.
16    Q. Yeah.
17    A. She was the dean before Dr. Tilleman.
18    Q. Did you -- when did you take the first
19 three NBME self assessments?
20    A. I can't remember the dates, but --
21    Q. Let's see if we can place them relative to
22 your clinical rotations. You finished your clinical
23 rotations in October of 2011. Did you take any NBME
24 self assessments before you finished your clinical

### Page 78

rotations?

A. I can't remember exactly. When I was doing my clinical rotations, it was a very hectic time. So I can remember -- I can't remember if I took any, because I was also -- some of the requirements, when you take the core clinical science rotations, they also make you take some exams at the end of the rotations. I was taking those. I can't remember when I took those NBME exams.

Q. Let's try it this way: You took the Step 2 CS exam for the first time in April of 2011, right?

A. I'm not sure. Yes, I think so.

Q. And you failed that attempt in April of 2011, right?

A. Yes.

Q. Do you recall whether you took any NBME self assessments before your first attempt at the Step 2 CS exam in April of 2011?

A. I don't -- I can't remember. There are no -- just for -- to be clear, there are no NBME self assessments for CS.

Q. Ah, okay. I didn't know that.

A. This is just a clinical --

Q. For CK. I guess that makes sense. I guess

### Page 79

that makes perfect sense now that I think about it. Okay.

You took the Step 2 CK exam for the first time in September of 2011, right?

A. Yes.

Q. And you failed it on that first attempt, right?

A. Yes.

Q. Do you recall whether you took any NBME self assessments before your first attempt at the Step 2 CK?

A. I think I did. I must have because -- just to help me see what my weaknesses are.

Q. Do you recall how many NBME self assessments you took before you took the first Step 2 CK exam?

A. I can't remember.

Q. Do you recall whether -- I think you've testified that you took three NBME self assessments before the May 2013 one that you sent to Dr. Tilleman. Do you recall your scores on any of those first three NBME self assessments?

A. I can't remember, but they were not passing, not passing scores.

### Page 80

Q. Do you have still -- do you have records of what those NBME self assessments were?

A. Yes, I think -- I can get copies of that.

Q. Okay. That would be great.

Do you recall whether you provided those NBME self assessments scores to Dr. Perlangelo?

A. I don't recall if I gave her the same type of documents that I gave Dr. Tilleman, but I do remember giving her the number -- the score number.

Q. Okay. Do you recall having any conversation with her about what those scores indicated?

A. I can't remember the details, but we did speak about them.

Q. Okay. So in some notes that we have from your file at the school, there is a suggestion that you had a conversation with Dr. Perlangelo in February of 2012.

A. Okay.

Q. So let's just place this. You finished your clinical rotations in October of '11.

A. Yes.

Q. This is now February of 2012, about three months later.

### Page 81

A. Okay.

Q. There's a suggestion in the notes that you had a conversation with Dr. Perlangelo about your CK prep in which you talked about the fact that you'd been making slow progress due to personal distractions but now you felt more confident, you'd taken a live Kaplan course, you simply feel you need more repetition and you're going to repeat the NBME in six weeks. Does that refresh your recollection at all? Does that sound right?

A. It sounds like we did speak about that.

Q. Okay. Then we have an indication that in October of 2012 you spoke to somebody at the school and talked about the fact that you moved back to Texas, you were using the Kaplan materials, UWQ. Is that USMLE World Q?

A. Question banks.

Q. Question banks. And did a first NBME two days ago with a score of 135 in October of 2012. Does that sound right to you?

A. I can't remember the details, but if it's part of my email, then I did send it.

Q. Yeah. I'm making representations to you based on a record that you haven't seen --

### 82

1   A. Okay.
2   Q. These are notes that are made in a database
3   that is maintained -- as the deans have
4   communications with you, they make a note in the
5   database.
6   A. Oh, okay.
7   Q. So I'm reading to you what's here. I don't
8   know if it's true or not. I'm just asking whether
9   it refreshes your recollection. So this is a long
10  way of saying there's a suggestion here that in
11  October of 2012 you took your first NBME and you got
12  a score of 135.
13  A. Okay.
14  Q. Can we agree that if that's right, 135
15  would be a very low score?
16  A. Yes.
17  Q. Not a passing score?
18  A. Yes.
19  Q. And then there's a further suggestion that
20  on October 30, you had repeated the NBME and this
21  time got a 137, not much better. Does that sound
22  right?
23  A. That's correct.
24  Q. All right. And then there's a further

### 83

1   indication that in February of 2013, after having
2   done more Kaplan videos, more books, more UWorld
3   questions, you got a score of 140.
4   A. Yes.
5   Q. Essentially no improvement. 135, 137, 140,
6   no improvement. None of them passing scores?
7   A. That's correct.
8   Q. In fact, none of them close to being close
9   to passing scores, right?
10  A. Right.
11  Q. Then in May of 2013 you take the NBME again
12  and you get an 80, which is even worse, right?
13  A. Yes.
14  Q. And then in August of 2013 you take your
15  fifth NBME self assessment and you get a 160, still
16  far from a passing score, right?
17  A. Yes. Sorry. Does it say -- did she write
18  there what the distractions were that I mentioned to
19  begin with?
20  Q. Yeah. We have it in the record and we
21  talked about it yesterday with Dean Tilleman, that
22  you had a brother who passed away. Yes?
23  A. Yes.
24  Q. And you had a nephew who had brain cancer

### 84

1   and passed away?
2   A. Yes.
3   Q. I'm sorry for both those losses. When did
4   your brother pass away?
5   A. I think -- sorry.
6   Q. Yeah, take your time.
7   A. What was the date on that? I can't
8   remember exactly. But it was about -- I'm sorry.
9   Q. Take your time. We'll take a break if you
10  want to.
11      We have in -- let me see if I can help
12  you out here. In Exhibit 5, which is the email
13  exchange we looked at before in August of 2013, you
14  wrote and it goes back further, you wrote to
15  Dr. Tilleman in May of 2013 that your older brother
16  died last August, and your younger brother's
17  eight-year-old son died a couple of days ago. So it
18  would look like your brother passed away in August
19  of 2012 and your nephew died in May of 2013.
20  A. Yes. That sounds correct.
21  Q. What caused your brother's death?
22  A. I'm sorry?
23  Q. I'm sorry. I know it's hard.
24  A. Sorry. So he was -- I don't know exactly

### 85

1   -- I never saw the records, but he was an alcoholic,
2   and he did have liver problems, but the medical
3   examiner said that he had been -- he had been
4   bleeding inside the head. I don't know if he fell
5   or he was attacked. He was in Guatemala when this
6   happened.
7   Q. Fair to say his death was sort of sudden
8   and unexpected?
9   A. It was sudden.
10  Q. And your nephew, when did you learn that he
11  had brain cancer?
12  A. Probably about six months or so before he
13  died.
14  Q. Were you close to your brother?
15  A. Yes.
16  Q. And your nephew?
17  A. (Witness nodding head.)
18  Q. The record should say yes.
19  A. Yes. Sorry.
20      Another thing that was going on during
21  that time -- maybe water will help.
22  Q. Yeah. If you want to take a break, you let
23  me know, we'll take a break.
24  A. So my wife and I were -- had been trying to

86

1   have children, and we tried in vitro fertilization,
2   but then -- I'm sorry -- she was getting sick from
3   the injections and stuff so we stopped.  So we
4   basically decided that -- I'm just trying to get the
5   words out.
6       Q.  Take your time.
7       A.  We decided that she was not going to have
8   -- we were not going to have any children, and
9   that's it.
10      Q.  When did you come to that realization?
11      A.  It was about May -- let me see -- because
12  we left Chicago right after -- after that, we left
13  Chicago.  I'm going to say around May.  It was
14  around that time also.
15      Q.  May of 2013?
16      A.  2013.
17      Q.  Part of the note of the conversation you
18  had with somebody in February '13 talks about your
19  personal issues causing distraction and mild
20  depression having hampered your prior efforts.  Have
21  you ever been diagnosed with depression?
22      A.  No.
23      Q.  Maybe just feeling depressed at that time?
24      A.  I don't really know if it was depression,

87

1   but I remember during that time it was hard -- it
2   was not hard, but it was -- everything was going
3   slow.  Everything I did was slow.
4       Q.  Have you ever been treated for any kind of
5   mental health issues?
6       A.  No.
7       Q.  So by October of 2013, when you -- well, by
8   August of 2013, when you submitted the 160 score on
9   your NBME self assessment to Dr. Tilleman, we now
10  know that that had been your fifth NBME self
11  assessment.  Yes?
12      A.  Yes.
13      Q.  All of them with scores not close to
14  passing?
15      A.  Yes.
16      Q.  I think you told us there's only six NBME
17  self assessment exams that you can take.
18      A.  Yes.
19      Q.  So you knew by that time you were getting
20  down to your last chances?
21      A.  Yes.  I mean -- you mean by August or
22  October?
23      Q.  Let's say by October.  You knew you were
24  getting down to your last chances to demonstrate

88

1   through the NBME at least that you had mastered the
2   knowledge that you needed to be ready to take the
3   USMLE?
4       A.  Yes.  So by that time I had taken at least
5   five exams for MUA, but I had -- as we discussed
6   earlier before I took my -- I did my first attempt
7   at CK.  I must have taken NBMEs before as a practice
8   for that exam.
9       Q.  Right.  So, in fact, by the time we get to
10  October of 2013.  All right?  It's over 7 years from
11  the time you started medical school, yes?
12      A.  Yes.
13      Q.  You've done all your basic sciences
14  curriculum, yes?
15      A.  Yes.
16      Q.  You've done all of your clinical rotations?
17      A.  Yes.
18      Q.  You've taken any number of Kaplan -- you've
19  taken more than one Kaplan review course?
20      A.  I took one Kaplan review course.
21      Q.  Had you also taken a Falcon review program
22  of some kind?
23      A.  When I took that exam, I had just finished
24  taking a Falcon video review.

89

1       Q.  All right.  And you had done any number of
2   question banks?
3       A.  Yes.
4       Q.  You'd, in addition to taking five NBME self
5   assessments, you'd actually taken the USMLE Step 2
6   exam itself by that time?
7       A.  Yes.
8       Q.  You had worked extremely hard to prepare
9   yourself to acquire the knowledge and be in a
10  position to demonstrate that knowledge?
11      A.  Yes.
12      Q.  And by August of 2013 it was still the case
13  that your best score on the NBME was a 160?
14      A.  Mm-hmm.
15      Q.  By August, right?
16      A.  Yes.
17      Q.  Now, is it also true that by September of
18  2013 you knew you were in danger of being withdrawn
19  from MUA?
20      A.  I disagree.
21      Q.  Did you come to learn in September of 2013
22  that your enrollment status at MUA was in some
23  question?
24      A.  Yes.

94

1    (Marked, Exhibit 16, email chain ending
2    9/26/13.)
3    A. So I started asking all these questions
4    because Ms. Curran had told me that I had been
5    disenrolled in 2011, which I had never heard of
6    before.
7    Q. Okay. So just have a look at the next
8    exhibit.
9    A. (Witness reviewing document.)
10   Q. We see in Exhibit 16, in addition to
11   writing to the registrar's office, you're writing to
12   Dean Tilleman about the fact that you're trying to
13   get your enrollment with the school certified and
14   that a committee of the school's management had met
15   and determined that you are no longer considered
16   enrolled. You wrote that to Dr. Tilleman?
17   A. That's correct.
18   Q. Okay. So --
19   A. My first learning of my disenrollment was
20   -- all of this happened within five days.
21   Q. Right.
22   A. Ms. Curran told me I had been disenrolled
23   in 2011 and then a couple -- three days later my
24   record was under review. Two days later this

95

1    committee had met and determined that my enrollment
2    could not be certified.
3    Q. And you knew at this time, in the fall of
4    2013, that you were already beyond the twelve-month
5    period from the end of your clinical rotations in
6    which you were supposed to have passed both the Step
7    2 exams. Is that right?
8    A. Yes.
9    Q. And let's mark this as the next exhibit.
10   (Marked, Exhibit 17, email chain ending
11   10/24/11.)
12   Q. I'm going to try to save you a little bit
13   of time here. You can read the whole thing and take
14   as much time as you want. I'm going to suggest to
15   you this is an exchange of emails in October of 2011
16   between you and Dr. Collins, who we've talked about
17   before. What I want to direct your attention to is
18   the language at the top of the second page, sort of
19   the first full paragraph, if you will, where it
20   says, "Please be advised that MUA policy now
21   requires the successful completion of both the CK
22   and CS exams within 12 months of the end date of
23   your last clerkship in order to be eligible to
24   receive the Doctor of Medicine degree." Did I read

96

1    that right?
2    A. Yes.
3    Q. Can we agree that at least as of October
4    2011, you understood that in order to graduate from
5    MUA you had to not only pass both the Step 2 exams,
6    you had to do it within 12 months of your clinical
7    rotations?
8    A. Yes.
9    Q. Do you recall when you first learned that,
10   that there was a twelve-month window in which you
11   were supposed to complete your Step 2 exams?
12   A. I believe this was the first time,
13   especially if you listen to the language. It says,
14   "Please be advised that MUA policy now requires
15   successful completion of both the CK and CS exams
16   within 12 months." By her saying "now," that means
17   something recent, something that she's notifying me
18   of today.
19   Q. Okay. So in late September of 2013 you've
20   come to find out that your enrollment status is in
21   jeopardy. In fact, you're not currently considered
22   being enrolled and you found out that some
23   management committee of the school has reviewed your
24   status --

97

1    A. Yes.
2    Q. -- and determined to consider you no longer
3    an enrolled student?
4    A. Yes.
5    Q. You're very concerned that if you're not
6    able to turn that around somehow, you're going to
7    have to start paying your student loans?
8    A. Yes.
9    Q. And you're also aware at that point that
10   you're well beyond the twelve-month period in which
11   the school says you're supposed to have completed
12   both the Step 2 exams, fair?
13   A. Yes.
14   Q. And then within days of Exhibit 16, the
15   September 26 email with Dr. Tilleman, within days,
16   you sent her an NBME self assessment score from an
17   exam that you've taken before which has a score
18   significantly higher than any self assessment you've
19   ever achieved in the past?
20   A. Yes. But as I said -- as we talked about
21   before, I had been studying for that exam since
22   August 2013. And this was now October.
23   Q. Right. So --
24   A. Plus --

                                                    98

1   Q. So even though the five NBME self
2   assessments that you had taken before in 2012 and
3   2013 -- you took one in October 2012 on which you
4   got a 135, November 2012 you got a 137, February
5   2013 you got a 140, May 2013 you get an 80, August
6   13 you get a 160, you're studying for this exam
7   throughout that time, you're taking review courses,
8   you're taking practice banks of questions. You're
9   doing all of those things and throughout that period
10  of time you never get above a 160, which is far from
11  passing. But it's your testimony that in the period
12  between August 2013 and October 2013 you somehow
13  mastered all of the knowledge that was necessary to
14  get a 580 on the exam?
15  A. That's the reason I mentioned to her that I
16  had already taken that exam and not to trust -- I
17  didn't trust the score, and she didn't trust the
18  score.
19  Q. Yeah.
20  A. That's why I suggested that I take another
21  exam.
22          MR. LAPP: All right. I think I'm done.
23  Let's take a five-minute break. Let me look at my
24  notes. I think I'm done, but let me make sure.

                                                    99

1   Thank you.
2           (A recess was taken.)
3   Q. You were told in October -- you got a
4   letter from Dean Green that you had been withdrawn
5   from the school?
6   A. Yes.
7   Q. You appealed that withdrawal, did you not?
8   A. Sort of. I asked the registrar,
9   Ms. Amy LeCain if she could give me the guidelines
10  on how to appeal that decision, and she said that
11  there were none. They didn't have anything that I
12  could use to appeal, no guidelines: So she said,
13  "Just write me an email with your reasons and I will
14  forward them to Dr. Green."
15  Q. Did you prepare an email with the reasons
16  why you thought the withdrawal was improper?
17  A. I did.
18  Q. Do you recall -- I actually have that. Do
19  you recall what you said in that email?
20  A. I don't have it in front of me, but in
21  essence I explained to him that the deans had been
22  instructing me to take practice exams to do tons of
23  questions.
24      I also told him about the last two

                                                    100

1   practice exams that I took. I also mentioned the
2   personal family issues that I was having. And I
3   mentioned that all I needed was permission to take
4   the exam. And that was the only thing left. I
5   think that was it.
6   Q. Okay. Is it fair to say that in your email
7   to the dean in which you were trying to appeal his
8   decision or get him to reconsider his decision, you
9   made the argument to him that you had shared with
10  Dean Tilleman the results of the USMLE World exam
11  and the last NBME self assessment, and that on the
12  basis of those scores you should have been certified
13  to take the Step 2 CK exam? Did you make that
14  argument?
15  A. No, I don't think so. I mentioned that I
16  -- that I gave -- I mentioned that those scores were
17  submitted, and that they were passing scores.
18  Q. Okay. So you made the argument to Dean
19  Green -- I'm paraphrasing a document that we don't
20  have in front of us. So you tell me if I'm wrong.
21  Is it fair to say that you made the argument to Dean
22  Green, "Look, you've withdrawn me from school
23  because I haven't passed the Step 2 CK exam within
24  the time you say I should have. I believe that if

                                                    101

1   certified by the school, I believe I could take and
2   pass that exam. I got a passing score on this last
3   NBME assessment and I got a passing score on my
4   Medical World." Is that the gist of it or have I
5   mischaracterized it?
6   A. Just a little bit.
7   Q. All right. How would you refine that?
8   A. Obviously the twelve-month time limit had
9   passed.
10  Q. Yeah.
11  A. And my argument, or my statement was more
12  in terms of I have been receiving instruction from
13  the deans. They have been telling me exactly what
14  to do to improve my scores, and I have followed
15  their instructions. Now I should be allowed to take
16  the exam since I've been doing everything they have
17  told me. That was it.
18  Q. Okay. Fair enough.
19          MR. LAPP: I think that's all I have.
20  A. I want to make one last comment. When I
21  spoke with Dr. Collins about my Step 1 exam and she
22  said, "You are putting yourself in a very difficult
23  situation. You are not going to be able to get into
24  residency because of your repeated failures on Step

102

1," I mentioned that they -- none of them believed
that that was true because for the following two
years they continued to collect my tuition for
thousands and thousands of dollars, and they
continued to give me instruction on what to do.
   Q. Well, you had been warned by Dr. Collins
that in light of your problems passing the USMLE
Step 1 exam, in her view it would be difficult for
you to get a match to ultimately be accepted for a
residency program in her assessment, yes?
   A. Yes.
   Q. You were an adult. How old were you?
   A. I can't remember, but how many years ago
was it? I'm old.
   Q. This was in --
   A. Let's say 40.
   Q. Right. You'd lived in the world. You'd
been in the Army. You've got a wife. You've had
multiple jobs. Any reason that we should think you
weren't capable of making your own decisions at that
point as to whether you were going to continue in
medical school or not?
   A. Well, the experts on medical school and
acceptance into residency -- I had never been

103

through something like that. They're the ones that
know whether someone gets accepted or not.
   Q. And the people who know told you you should
have serious doubts whether you will ever get
accepted for residency? The people who knew that
warned you about that?
   A. But they continued to take my tuition for
two years after that.
   Q. Well, did anyone compel you to continue to
go to medical school?
   A. I don't understand your...
   Q. Well, you had been warned by the people who
know about how difficult it is to match, you'd been
warned by the people who know, "Look, in light of
what's happened here with USMLE Step 1, it's going
to be awfully difficult for you to match some day
and you ought to know that before you continue on."
That's effectively what they told you. They gave
you the warning, right?
   A. Yes.
   Q. And you decided to proceed because you
believe in your heart that you can be a doctor?
   A. It would have been unethical for them to
continue teaching me if they thought I wasn't going

104

to be able to enter residency. It would be like
just taking money for no reason knowing that I
wouldn't be able to get in there.
   Q. It would have been unethical for them not
to warn you so that you could make an informed
decision, right?
   A. Okay.
   Q. And it's also true, is it not, that people
obtain medical degrees with no intention of
practicing as actual treating physicians, right?
   A. I don't know that.
   Q. You aren't aware that some people obtain
medical degrees because they want to be research
scientists with M.D.s or have other careers with
M.D.s? It's useful for them even though they are
not practicing physicians? That's not something
you're aware of?
   A. I thought everyone who went to medical
school wanted to be a practicing physical. That's
my understanding.
   Q. Okay. All set.
      MR. BACH: We're not going to add
anything else. We are all set too.
      (12:05 p.m.)

105

        CERTIFICATE OF COURT REPORTER
        I, Kathleen Mullen Silva, Registered
Professional Reporter, do certify that the
deposition of FERNANDO CATALAN-AGUILAR, in the
matter of Fernando Catalan-Aguilar v. R3 Education,
Inc. d/b/a Medical University of the Americas, on
June 12, 2015, was stenographically recorded by me;
that the witness provided satisfactory evidence of
identification, as prescribed by Executive Order 455
(03-13) issued by the Governor of the Commonwealth
of Massachusetts, before being sworn by me, a Notary
Public in and for the Commonwealth of Massachusetts;
that the transcript produced by me is a true and
accurate record of the proceedings to the best of my
ability; that I am neither counsel for, related to,
nor employed by any of the parties to the above
action; and further that I am not a relative or
employee of any attorney or counsel employed by the
parties thereto, nor financially or otherwise
interested in the outcome of the action.
Transcript review was requested of the reporter.

_____ June 23, 2015
Kathleen Mullen Silva, RPR, CRR