# EXHIBIT C

# Guidelines for Academic Probation and Dismissal

## CRITERIA FOR PLACEMENT ON ACADEMIC PROBATION

1. All students accepted into the Medical University of the Americas curricula with advanced standing will be placed on Academic Probation during their first semester.
2. All students accepted into the Medical University of the Americas program with a GPA < 3.0 in the Pre-medical program at the Medical University of the Americas will be placed on Academic Probation during their first semester.
3. Any student who fails ("F" or "WF") a course during a semester will be placed on Academic Probation and must repeat that course during the next semester.
4. Any student whose average falls below 70% (GPA < 2.0) will be placed on Academic Probation.
5. Any student who fails to achieve credit for at least two classes (excluding Evidence Based Medicine and electives) in any semester will be placed on Academic Probation.

Any student who has been placed on Academic Probation may not be permitted to register for an overload (i.e., more than three courses) during the probation period. If a student fails ("WF" or "F") or withdraws ("W") from a course, (s)he is absolutely required to enroll and complete that course in the upcoming semester or face academic probation or dismissal as per the rules.

All students on Academic Probation are required to contact the Registrar in Devens, Massachusetts, four to seven business days after the semester has ended. (Contact Registrar: registrar@mua.edu )

## CRITERIA FOR REMOVAL FROM ACADEMIC PROBATION

1. Graduation from the Basic Science Program.
2. Successful completion of enrolled courses for two consecutive semesters without any course failures and/or failure to progress.
3. Transfer students who complete their first semester without any course failures.

## *CRITERIA FOR DISMISSAL FROM THE BASIC SCIENCE PROGRAM*

1. Any student who fails ("F" or "WF") two or more courses while enrolled in the Basic Science program is at risk for dismissal, whether or not the student is on Academic Probation.
2. Any student who fails three attempts on the NBME Comprehensive Exam is at risk for dismissal, whether or not the student is on Academic Probation. A "No Show" on any scheduled attempt is considered failed attempt.
3. Students on Academic Probation are at risk for dismissal if they also meet one of the following criteria:
   a. Withdrawal in any repeated course.
   b. Failure to achieve credit for at least two courses (excluding Evidence Based Medicine and electives) in any semester while on Academic Probation.

Students ***not*** on Academic Probation are at risk for dismissal if they meet the following criteria:
1. Earn two grades of "F" or "W-F" during Basic Sciences.
2. Do not pass the Comprehensive Shelf Exam at the required score within the first three MUA administrations of the Comprehensive Shelf for which they are eligible.
3. Students must pass the USMLE Step 1 within 15 months of completion of the Basic Sciences, using no more than three attempts at the examination.

The Promotions Committee will make recommendations of dismissal after the semester ends. CA 093

Medical University of the Americas