# EXHIBIT F

**From:** Fernando Catalan <catalanf19@yahoo.com>
**Sent:** Monday, October 24, 2011 1:12 PM
**To:** l.collins@mua.edu
**Subject:** RE: Step 2 CK

I read my notes but I did and reviewed only 1000 timed questions from USMLEworld. I will incorporate your advice into my plan, to include knowing when to stop before getting burned out.

Thank you again,


On Mon Oct 24th, 2011 11:41 AM CDT Dr. Lucille Collins wrote:

>Fernando, It is not the amount of time that you spend preparing it is the
>quality of study.
>How many questions did you cover? You really need to see at least 10,000
>different questions. You need to cover them in timed blocks. After several
>blocks, you need to go over EVERY question and answer to figure out why you
>were correct or incorrect. This is a lot of work and will take some time.
>You cannot force yourself to sit a study for 10hours. You need to take time
>away from your exam preparations and do other things. Go out and work up a
>sweat either at a gym or on the roads (running or bicycling). Recognize
>once you are becoming fatigued that it is time to stop. LC
>
>R3 Education Inc (Medical University of the Americas) Confidentiality
>Notice. The information contained in this e-mail transmission is
>confidential information, proprietary to the sender and legally protected.
>Its purpose is intended for the sole use of the individual(s) or entity
>named in the message header. If you are not the intended recipient, you are
>hereby notified that any dissemination, copying or taking any action in
>reliance on the contents of this information is strictly prohibited. If you
>receive this message in error, please notify the sender of the errors and
>delete this message and any attachments. Go to www.mua.edu to learn more.
>
>
>-----Original Message-----
>From: Fernando Catalan [mailto:catalanf19@yahoo.com]
>Sent: Monday, October 24, 2011 12:05 PM
>To: l.collins@mua.edu
>Subject: RE: Step 2 CK
>
>Dr. Collins, the embarrassing part of all this is that I already took a 6
>week live review course with Kaplan. I sent an e-mail to Dr. Perangelo,
>explaining what I did, I feel that I basically was not able to focus enough
>to sit and study 10 hours or more a day like everyone else, and that's what
>Im trying to figure out right now how to do.
>
>Thank you for the information about the school policy and the advice, I
>will discuss it with my wife tonight,
>
>Fernando
>
>
>On Mon Oct 24th, 2011 10:32 AM CDT Dr. Lucille Collins wrote:
>
>>Fernando, Because you have both a CS and CK failure, and because your CK

1

>>score is very low, I would recommend withdrawing from the Match. You will
>>really need to take some time to prepare for the CK. I STRONGLY recommend
>a
>>comprehensive review course.
>>
>>Please be advised that MUA policy now requires the successful completion of
>>both the CK and CS exams within 12 months of the end date of your last
>>clerkhip in order to be eligible to receive the Doctor of Medicine degree.
>>Have you contacted Dr. Perangelo to discuss you exam preparations? I think
>>that we will be reluctant to approve a second step 2 CK attempt without
>your
>>providing a strong and comprehensive study plan.
>>LC
>>
>>R3 Education Inc (Medical University of the Americas) Confidentiality
>>Notice. The information contained in this e-mail transmission is
>>confidential information, proprietary to the sender and legally protected.
>>Its purpose is intended for the sole use of the individual(s) or entity
>>named in the message header. If you are not the intended recipient, you
>are
>>hereby notified that any dissemination, copying or taking any action in
>>reliance on the contents of this information is strictly prohibited. If
>you
>>receive this message in error, please notify the sender of the errors and
>>delete this message and any attachments. Go to www.mua.edu to learn more.
>>
>>
>>-----Original Message-----
>>From: Fernando Catalan [mailto:catalanf19@yahoo.com]
>>Sent: Monday, October 24, 2011 10:36 AM
>>To: l.collins@mua.edu
>>Subject: RE: Step 2 CK
>>
>>Good morning Dr. Collins, I'm sorry I didn't reply sooner. If I withdraw
>>from the match, do you know if I would be able to participate in the
>>scramble? I should have taken the exam and received the results by then.
>>
>>Could you please tell me what my deadlines are for taking the exams to be
>in
>>compliance with school policies?
>>
>>Thank you,
>>
>>Fernando
>>
>>
>>On Mon Oct 17th, 2011 8:23 AM CDT Dr. Lucille Collins wrote:
>>
>>>Fernando, Thank you for the report. You should really consider a review
>>>course. Forget the match for this round. LC
>>>
>>>R3 Education Inc (Medical University of the Americas) Confidentiality
>>>Notice. The information contained in this e-mail transmission is
>>>confidential information, proprietary to the sender and legally protected.
>>>Its purpose is intended for the sole use of the individual(s) or entity
>>>named in the message header. If you are not the intended recipient, you
>>are
>>>hereby notified that any dissemination, copying or taking any action in
>>>reliance on the contents of this information is strictly prohibited. If
>>you
>>>receive this message in error, please notify the sender of the errors and

2

```
>>>delete this message and any attachments.  Go to www.mua.edu to learn more.
>>>
>>>
>>>-----Original Message-----
>>>From: Fernando Catalan [mailto:catalanf19@yahoo.com]
>>>Sent: Sunday, October 16, 2011 8:16 PM
>>>To: l.collins@mua.edu
>>>Subject: Re: Step 2 CK
>>>
>>>Dr. Collins, please find attached my Step 2 CK report.  I will have to
>>>schedule and take the exam again.
>>>
>>>Fernando Catalan.
>>>
>>>On Thu Oct 13th, 2011 10:13 AM CDT Dr. Lucille Collins wrote:
>>>
>>>>Fernando, According to our records, you took the Step 2 CK on the 20st
>>>>of September.  Please forward the PDF of your report as soon as possible.
>>>>Thank you, LC
>>>>
>>>>
>>>>
>>>>R3 Education Inc (Medical University of the Americas) Confidentiality
>>>>Notice.  The information contained in this e-mail transmission is
>>>>confidential information, proprietary to the sender and legally
>protected.
>>>>Its purpose is intended for the sole use of the individual(s) or entity
>>>>named in the message header.  If you are not the intended recipient,
>>>>you are hereby notified that any dissemination, copying or taking any
>>>>action in reliance on the contents of this information is strictly
>>>>prohibited.  If you receive this message in error, please notify the
>>>>sender of the errors and delete this message and any attachments.  Go to
>>>www.mua.edu to learn more.
>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>
>
```

3