# EXHIBIT G

Volume 1, Pages 1-25

Exhibits: 9-17

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

FERNANDO CATALAN-AGUILAR,

    Plaintiff

v.             Docket No. 1:14-cv-12607-GAO

R3 EDUCATION, INC. d/b/a MEDICAL

UNIVERSITY OF THE AMERICAS,

    Defendant

---

DEPOSITION OF GORDON GREEN

Wednesday, July 22, 2015, 10:09 a.m.

Locke Lord LLP

111 Huntington Avenue

Boston, Massachusetts


----Reporter: David Arsenault, RPR----

daa@fabreporters.com   www.fabreporters.com

Farmer Arsenault Brock LLC

50 Congress Street, Suite 350

Boston, Massachusetts 02109

617.728.4404

10

1  Q. What is that role?
2  A. It depends on the circumstance of the
3  student.
4  Q. Does it depend whether you are dealing with
5  a professionalism issue versus an academic issue?
6  A. Yes.
7  Q. How does it differ? Strike that. How does
8  your role differ depending on which type of
9  situations this is?
10  A. Some decisions are made by policy and
11  others are made by a committee within the
12  institution.
13  Q. Have you ever met Mr. Catalan-Aguilar?
14  A. If I have, I don't recall.
15  Q. Have you ever spoken with him on the
16  telephone or in some other way?
17  A. Not to my recollection, no.
18  Q. When is the first that you recall learning
19  of Mr. Catalan-Aguilar?
20  A. I don't recall.
21  Q. Do you know if it was in reference to his
22  pending dismissal?
23  A. Can you restate that question?
24  Q. Sure. Do you know if the first time that

11

1  you learned of Mr. Catalan-Aguilar is when he was
2  being considered for dismissal from the medical
3  school?
4  A. No, it would have been before that.
5  Q. Do you know in what context you would have
6  learned of him?
7  A. I would have learned of him as he
8  approached the threshold of administrative
9  withdrawal.
10  Q. And do you know who it was within the
11  school that brought him to your attention?
12  A. No, I don't.
13  Q. Do you have any understanding of a policy
14  that was in place in 2013 that required medical
15  students to pass the USMLE Step 2 examination within
16  12 months of completion of their clinical
17  examinations?
18  A. Yes.
19  Q. Do you know when that policy was
20  implemented?
21  A. I believe the policy was implemented in
22  2010.
23  Q. And do you know who it was who authored
24  that policy?

12

1  A. That would be a policy from the board of
2  trustees.
3  Q. And when that policy was implemented in
4  2010, do you know how the student body was informed
5  of that policy?
6  A. My recollection is that an email was sent
7  out prior to the implementation. And the notice was
8  also placed on the university server.
9  Q. Do you know if students were required to
10  sign an acknowledgement of any kind of this policy
11  change?
12  A. I don't recall.
13  Q. Do you know who was charged with
14  administering this policy when it was implemented in
15  2010?
16  A. I need you to ask that question again.
17  Q. Sure. Do you know who it was within the
18  medical school that had the responsibility of making
19  sure this policy was adhered to?
20  A. Ultimately that would be my responsibility.
21  Q. And did you delegate that responsibility to
22  anybody else?
23  A. Again, I'm not quite sure what you mean by
24  delegate it.

13

1  Q. Is there anyone on your staff that you
2  oversaw that had the responsibility of paying
3  attention to when students completed their clinical
4  rotations and ensuring that they passed the Step 2
5  exam within a year of completing their clinical
6  rotations?
7  A. Yes. That's what we do not specifically
8  for looking at people who go beyond, but we track
9  all of our students.
10  Q. And who would do that tracking?
11  A. Both the clinical department and the
12  registrar's office together.
13  Q. Do you know if this policy requiring
14  students to pass the Step 2 exam within 12 months of
15  completing their clinical rotations, do you know if
16  that policy was a black-and-white policy or was
17  there some discretion within the administration to
18  allow additional time than the 12 months?
19  A. I think we tried to work with all students
20  who approached that deadline. So there was
21  definitely lenience towards the 12-month policy, as
22  was the case with Mr. Catalan-Aguilar.
23  Q. You are aware that Mr. Catalan-Aguilar was
24  still enrolled two years after he had completed the

14

1  clinical examinations but without passing the Step 2
2  exam?
3      A. I would have to check his enrollment
4  status, but I know he hadn't been dismissed or
5  withdrawn.
6      Q. But you are aware that he was still
7  enrolled in the program well after the 12 months had
8  expired?
9      A. Yes.
10     Q. Are you also aware of the fact that
11 Mr. Catalan-Aguilar had regular contact in 2013 with
12 Dr. Tillman about taking his Step 2 examination
13 again?
14     A. I was not specifically aware at the time,
15 but that has been brought to my attention, yes.
16     Q. Do you believe that the medical school
17 adhered to this policy of requiring students to
18 complete or to pass the Step 2 exam within 12 months
19 of completing their clinical rotations in the case
20 of Mr. Catalan-Aguilar?
21     A. Sorry, can you ask that question again?
22     Q. Sure. Do you believe that the medical
23 school adhered to this policy of requiring medical
24 students to pass the Step 2 exam within 12 months of

15

1  completion of the clinicals in the case of
2  Mr. Catalan-Aguilar?
3      A. I believe we went beyond the 12 months with
4  your client. I'm not sure if that answers your
5  question or not.
6      Q. Well, do you believe that the medical
7  school adhered to their own policy in this case?
8      A. Well, I mean, if it was strict adherence it
9  would have been withdrawal at the 12 months. So we
10 provided extra time for him.
11     Q. Are you of the understanding that
12 Mr. Catalan-Aguilar in 2013 was not permitted to
13 take the Step 2 examination?
14     A. Was not permitted to? I don't think he had
15 shown that he was prepared.
16     Q. But do you have an understanding that the
17 medical school had to provide authorization for him
18 to take the Step 2 examination?
19     A. I understand that, yes.
20     Q. And do you understand that that
21 authorization was not provided to him?
22     A. I understand that he had not shown adequate
23 preparation for writing the exam. And yes, it was
24 not provided.

16

1      Q. Just to expand upon your answer there, can
2  you tell me, if you know, why that authorization was
3  not provided?
4      A. Well, I believe the clinical dean was
5  working with him to hopefully prepare him to pass
6  the exam, and he was not showing any progress with
7  regards to standardized exams that have good
8  correlation with success on the Step 2 exam.
9      Q. And when you are referring to the clinical
10 dean, what is the name?
11     A. Dr. Tillman.
12     Q. Do you recall if Dr. Tillman recommended
13 Mr. Catalan-Aguilar's dismissal to you?
14     A. I do not recall that, no.
15     Q. Do you recall any conversations with
16 Dr. Tillman involving Mr. Catalan-Aguilar before he
17 was actually dismissed?
18     A. Yes.
19     Q. What are the conversations that you recall?
20     A. I should be specific. I don't recall any
21 specific conversations. But I certainly know that
22 at least one took place.
23     Q. Do you recall when that one conversation
24 was?

17

1      A. No, I don't. We go through all students
2  who are having difficulty. So his name would have
3  come up and we would have discussed his situation,
4  but I don't recall when that would be.
5      Q. Do you know, since this policy was
6  implemented in 2010 requiring all medical students
7  to pass a Step 2 exam within 12 months of completing
8  their clinical rotations, do you recall
9  approximately how many students have been dismissed
10 or have been withdrawn as a result of this policy?
11     A. I don't recall.
12     Q. Are you able to approximate?
13     A. Not at this time.
14         MR. BACH: Daryl, do you have the
15 October 17 letter?
16         MR. LAPP: We do. The witness has it.
17         MR. BACH: Can we mark this as Exhibit
18 Number 1?
19         MR. LAPP: The others we marked
20 sequentially. Could I talk you into --
21         MR. BACH: That's fine.
22         MR. LAPP: This will be Exhibit Number
23 18.
24         (Marked, Exhibit 18, Letter, 10/17/13.)