# EXHIBIT H



---

## *DISCLAIMER*

*This handbook is prepared for the convenience of our medical students at Medical University of the Americas. In case of any divergence from or conflict with the bylaws or policies of the University, the official bylaws and policies of the University shall prevail.*

*Medical University of the Americas is an equal educational opportunity institution in that no person shall, on the ground of race, color, sex, religion, creed, age or national origin be excluded from participation in or be otherwise subjected to discrimination by any educational program, activity or facility. This is in compliance with title VI of the Civil Rights Act of 1964.*

*Fire regulations, insurance provisions, and University policy prohibits smoking in classrooms and laboratories.*

*The information in this handbook is subject to change without prior notice as a result of activities. The University disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of the handbook.*

---

*(Revised May 26, 2009)*