# EXHIBIT I

# Academic Guidelines

This section explains regulations that affect students after admission, as well as general information. Regulations regarding admission may be found in the School Catalog. When a student registers at MUA, he or she accepts the official academic regulations. The student is expected to follow the program outline and should do sufficient planning to avoid scheduling difficulties, which may impede normal academic progress. The academic guidelines will be explained in detail during orientation, and students who have questions or who feel they do not fully understand all regulations should ask questions during orientation or subsequently with their adviser. It is the responsibility of the student to remain aware and informed of guidelines by reading notices and meeting with their adviser.