# EXHIBIT J

**From:** Melissa Moore <melissaclinical@mua.edu>
**Sent:** Monday, February 28, 2011 9:20 AM
**To:** 'Christine M. Kumar'; 'Karen Hastings'
**Cc:** catalanf19@yahoo.com
**Subject:** RE: Family Medicine Elective - 2/28/11

Hi Fernando-

In order to receive your degree May 20th, you will need to pass Step 2 CK & CS. I don't see any scores for you in the database. Have you scheduled yet?
Please let me know.
Thanks.
Melissa Moore
MUA Clinical Medicine


**From:** Christine M. Kumar [mailto:c.kumar@mua.edu]
**Sent:** Monday, February 28, 2011 9:14 AM
**To:** 'Karen Hastings'; melissaclinical@mua.edu
**Subject:** FW: Family Medicine Elective - 2/28/11

Karen: Could you just check to see if we have paperwork for the "Emergency Med" rotation that he's starting today. We have a Family Med rotation for this date.

Melissa: He also has questions about Graduation.

Thank you ☺

*Christine Kumar*

Clinical Assistant

Medical University of the Americas, LTD
27 Jackson Road, Suite 302
Devens, MA 01434
Ph: 978-862-9500
Fax: 978-862-9599




www.mua.edu


**From:** Fernando Catalan [mailto:catalanf19@yahoo.com]
**Sent:** Monday, February 28, 2011 12:27 AM

1

**To:** Christine M. Kumar
**Subject:** Re: Family Medicine Elective - 2/28/11

Dear Ms. Kumar, thank you for the email and the important reminders about rotations. I would like to clarify that I completed my Family rotation back in January 2010 at Jackson Park Hospital. on 2/28/11 I will be starting my elective rotation on Emergency Medicine.

Ms. Kumar, would you be so kind to tell me the dates that MUA has scheduled for graduation this year for those students finishing up clinicals.

Thank you.

Fernando Catalan

--- On **Fri, 2/25/11, Christine M. Kumar <c.kumar@mua.edu>** wrote:

From: Christine M. Kumar <c.kumar@mua.edu>
Subject: Family Medicine Elective - 2/28/11
To: catalanf19@yahoo.com
Date: Friday, February 25, 2011, 8:48 AM

Dear Fernando,

In one to two weeks you are scheduled to begin the following elective rotation:

Norwegian American Hospital IL          2/28/2011    Family Medicine

Are you prepared to report on time to this rotation? Do you have any unresolved difficulties regarding transportation, housing, directions, et cetera? Do you need any forms and/or other support from the MUA Clinical Department?

Once you begin your rotation there are three important steps to accomplish:

- Midway through the clerkship (the second week of a 4-week course, the third week of a 6-week course) you should schedule a brief (5 minutes) appointment with your preceptor for midpoint critique. This should confirm your strengths, your weaknesses, and your overall progress, and give you direction on what you should improve over the remainder of the rotation.
- As you approach the end of your rotation, you MUST schedule a brief (5-10 minutes) exit interview with your preceptor, to occur during the last few days at his/her convenience. At that time you should present the attached performance evaluation form (available from our office, www.mua.edu, or within

2

MUA-Courses at http://lms.mua.edu) to your preceptor and request that they complete it, sign it, and forward it to their institution's Student Clinical Coordinator as soon as possible, to be then forwarded to our office. You *must* take responsibility for this clinical evaluation, upon which your grade depends.

- At that same exit meeting you should ask for feedback regarding your performance, and recommendations for improvement and professional development. It *may* be an appropriate time to ask if your preceptor believes that they can provide you with a *strong* Letter of Recommendation for your residency application (see counseling regarding this topic in "Road to Residency"; a request form to assist you is available on www.mua.edu and within MUA-Courses under IMPORTANT CLINICAL FORMS).

You MUST respond to this email, and you MUST comply with the instructions above. Failure to do so will put your academic credit for this course at risk.

Sincerely,

*Christine Kumar*

Clinical Assistant

Medical University of the Americas, LTD

27 Jackson Road, Suite 302

Devens, MA 01434

Ph:   978-862-9500

Fax:  978-862-9599

www.mua.edu