# EXHIBIT K

Volume I
Pages 1-82

UNITED STATES DISTRICT COURT
FIRST DISTRICT OF MASSACHUSETTS

C.A. No. 1:14-cv-12607-GAO

FERNANDO CATALAN-AGUILAR,
    Plaintiff,

vs.

R3 EDUCATION, INC., d/b/a MEDICAL
UNIVERSITY OF THE AMERICAS,
    Defendant.

DEPOSITION OF TAMARA R. TILLEMAN, M.D.
Wednesday, June 11, 2015, at 10:08 a.m.
Locke Lord, LLP
111 Huntington Avenue
Boston, Massachusetts 02199

----------Jennifer A. Doherty, CSR---------------
Certified Shorthand Reporter

FARMER ARSENAULT BROCK, LLC
50 CONGRESS STREET, SUITE 350
BOSTON, MASSACHUSETTS 02109
617-728-4404

**Page 18**

1    plan. Every week I'm reviewing the academic plan of
2    the student who submitted it that week.
3        Q.  How many students at a time are you
4    overseeing in your position?
5        A.  I don't have with me the number.
6        Q.  Do you know approximately?
7        A.  I don't have with me the number.
8        Q.  Is it more than 100?
9        A.  Well, there are more than 100 students at
10   the clinical years, yes.
11       Q.  More than 200?
12       A.  I don't have with me the number.
13       Q.  So you're not able to approximate?
14       A.  No, but we're dealing with every student
15   as it comes.
16       Q.  It's in the e-mail correspondence that
17   talked about you Skyping or potentially Skyping with
18   Mr. Catalan --
19       A.  Yes.  It was at the beginning --
20       Q.  Please let me finish.  Did you, in fact,
21   Skype with him?
22       A.  I need to tell you that I don't remember.
23   I do remember that he didn't have Skype when I told
24   him that I want to Skype with him, and for several

**Page 19**

1    weeks or even months we were trying to correspond
2    with the Skype and he didn't have the application
3    itself.  And, of course, I like to do Skype.  Any
4    other thing that I can see face-to-face is better.
5        Q.  And you don't recall if you spoke with him
6    on the phone?
7        A.  No, I don't recall.
8        Q.  Once you received the academic plan from
9    Mr. Catalan that you said was acceptable, what
10   did -- did you notify him that it was acceptable?
11       A.  No.  We don't notify them.  They are
12   submitting.  If it's unacceptable, we notify them.
13   If it's acceptable, they submit documents.  Like
14   vaccination, you don't write it is acceptable.
15       Q.  So if he submitted an academic plan, he
16   didn't hear back, it would be reasonable for him to
17   assume it was acceptable?
18       A.  Yes.
19       Q.  Do you then take the academic plan and
20   send it off to someone else or does that stay with
21   you?
22       A.  No, it stays with me.
23       Q.  After you received the academic plan from
24   Mr. Catalan, what is your next recollection of

**Page 20**

1    having any type of communication with him?
2        A.  So, again, I do not have with me the
3    correspondence.  I do go back.  Once I saw the
4    academic plan, I do go back several weeks after
5    because part of the academic plan is not only
6    studying but also evaluating yourself.  So I do ask
7    for a student to evaluate him or herself and send me
8    the evaluation.
9        This is a very important step for me
10   to understand wherever the student -- what is his
11   knowledge.  Can we help him?  Is it just -- is he
12   advancing?  There is a stagnation there.  It's a
13   tool to understand where is the student.
14       Q.  So in this particular case, what did you
15   do in regards to Mr. Catalan?
16       A.  Mr. Catalan indeed sent me -- I approached
17   him.  Again, I don't have with me the documents.  In
18   any case, I got from him he's first evaluation.
19       Q.  This was a self-evaluation?
20       A.  Yes.
21       Q.  And did you have any concerns about this
22   self-evaluation?
23       A.  Yes.
24       Q.  What were your concerns?

**Page 21**

1        A.  So I need to tell you that this is an
2    examination.  It's National Board of Medical
3    Education -- Examinees, and this exam is questions
4    that appeared in previous years in the external
5    exam.
6        Q.  Say that again?
7        A.  This exam is using questions that are not
8    used anymore in the external exam, so students have
9    the ability to read and to do questions that may be
10   a year ago were in the real exam.  So it's a good
11   test, and I'm just saying a word why I'm using it
12   because it has correlation passing the exam.
13       So I got from Mr. Catalan the first
14   evaluation, and in the first evaluation I need to
15   say that he did not send with the evaluation how did
16   he take it, because it needs to be timed.
17       So there is a certain table of time
18   that I never got from him, which is how long did it
19   take?  Was it with open sources or was it more than
20   it should have been?  Is it the second time or third
21   time or fourth time he is using the same form?
22       So this information I didn't have,
23   but we're dealing with adults.  Let's assume we do
24   close and close and close and on time and I got a

**22**

1  very low -- the student sent a very low performance
2  which is very much below expectations.
3      Q.  When you say "low performance," what do
4  you mean by that?
5      A.  The National Board of Medical Examinees or
6  the NBME has a scale up to 800, and the student got
7  80 on the first exam.
8      Q.  80?
9      A.  80 out of 800, which is 10 percent of the
10 knowledge, and this was quite unusual.
11     Q.  What was a passing score?
12     A.  The passing score depends on the time that
13 he took it.  Right now it's 209 that converted --
14 and please excuse me if it's not completely
15 correct -- to 250 or 260.
16     Q.  Out of 800?
17     A.  Yes.  I'm sorry.  Please excuse me.  It's
18 550 out of 800.  Let me see for a second.  Okay.
19 I'm sorry.  It converted to -- okay.  For the sake
20 it depends on every test, so I cannot give you the
21 exact one.  Every test has its own table, but this
22 should convert into over 209 when 80 is converted to
23 140.
24     Q.  Eighty is converted to 140?

**23**

1      A.  Yes.
2      Q.  I've noticed on looking at some of these
3  exams that there's some scores that were in the 200s
4  and some scores in the 500s.  Do you know why there
5  is a difference?
6      A.  No.  The NBMEs uses another scale and the
7  scale is specific per exam, so it's not a generalize
8  scale.  The scale goes between zero to 800 on the
9  NBME, and the scale of the USMLE is different, but
10 the passing score is 207 -- I'm sorry.  The passing
11 score is 207 and the average right now in the USMLE
12 is 238.  So 238 is the average.
13         So if you convert the first exam, the
14 80 out of 800, I think we need to keep on the
15 percentage, 80 out of 800, because, you know, any
16 conversion will not do us good here.  It's 80, which
17 is 10 percent of the maximum, which is 800.  So on
18 the scale of NBME, it's 80 that he performed.  Eight
19 hundred is the maximum that you can get.
20     Q.  You mentioned that the 80 would be
21 converted to 160?
22     A.  140.
23     Q.  And do you know what it would be converted
24 to?

**24**

1      A.  They're attaching for each one of the
2  exams a table that says this is what it is converted
3  to.
4      Q.  So if it's 80 out of 800, what's the 140
5  out of how much?
6      A.  140 out of 300.  Don't go there.  It is
7  very complicated.  I'm sorry.
8      Q.  I understand.  It seems complicated.  I'm
9  trying to get a basic understanding as to how this
10 works.  I mean, are you able to explain -- I
11 understand 80 out of 800, but I don't understand how
12 that would be converted to 140 out of 300?
13     A.  It's not a linear conversion.  It's not
14 linear.
15     Q.  What type of conversion is it?
16     A.  Nobody knows what kind of conversion.
17 That's why we keep using that number, and that
18 number -- but it's an indication which this is
19 what's important.  It's an indication.  Because if
20 you look at the table, when we get the result, we
21 get below expectation, average, and above.  So this
22 is what we have here is low performance, borderline
23 performance and high performance, which the most
24 important thing is it's not about the number here.

**25**

1      Q.  Can I see the document that you're
2  referencing on them?
3      A.  Yes.
4          MR. LAPP:  Sure.
5      Q.  So you're referencing the test date of May
6  16, 2013.  This is before Mr. Catalan had sent you
7  his academic plan; is that correct?
8      A.  Yes, but he took already and he was
9  studying already.  He was in the study period for
10 half a year when he performed this one.
11     Q.  And there is a number of low performances.
12 In fact, everything appears to be low performance
13 except for one section, correct?
14     A.  Correct.
15     Q.  He received an assessment score of 80 on
16 this one?
17     A.  Yes.
18     Q.  Are you aware whether Mr. Catalan, after
19 that practice exam, completed a review course of any
20 kind?
21     A.  Yes, as far as I remember.  And, again, I
22 do not have the document with me.  As far as I
23 remember, when he submitted this very low
24 performance and he was studying already, I told him,

**42**

United States Medical Licensing Examination. This is the organization.

There is a website. The student is going to the website. He's registering. He's paying for the exam or not paying, depends on the stage, and he is contacting the school, and he's saying, Please certify me, because the ECFMG does not want to certify anyone who says he's a medical student and takes the exam, because you may have hundreds of them and nobody is a medical student, a real medical student.

It's like a match. The student is going in. The university is going in. We're approving. After that, the student can choose a date, take a date, and decide to take a certain Prometric center in a certain day.

Q. So the student, would he contact you and request for that certification?

A. Usually we send to the clinical department, me or anybody else in the clinical department, and I think that he asked a question -- this is late September -- when can he be certified. And, again, I do not have the e-mail, but as far as I remember, we're telling them that once you show

**43**

that you advanced and you can take the exam, we'll certify you.

Q. Why is the school involved in making the decision when the student is ready to take the exam?

A. This is the way that the school has in his culture policy and so forth, because you need to remember, the exams are there and we only certify. We only graduate a student who passes these exams, but in the back there is also the fact that the exams are important for getting interviews and matching.

So a student who already failed with 140 and wants to take the exam, he's showing that he cannot do even 160, and we're talking about a student that is not advancing, which means he will not be able not to graduate, but also this is not a good signal to any program director. We want to see that when he's ready, he's taking the exam.

Q. Does it affect the school reputation when a student fails an exam?

A. Not that I know of.

Q. So when Mr. Catalan contacted you in September 2013, asking when he can be certified, my

**44**

understanding is that you said, When you can show some advancement?

A. When you will have -- yes.

Q. Did at any point in September 2013, did you tell Mr. Catalan, You'd better show some advancement here pretty quickly because your time is almost up?

A. Not that I remember. But, you know, the student has the information. He's over two years from his last clinical rotation.

Q. Two years or one year?

A. Over two years. The last one was -- we're talking about 2013, and his last rotation was October 2011.

Q. So --

A. In September, we're talking about the two years. So the student knows he's not in good standing, none whatsoever, and he's subject to dismissal any moment. He knows this is there.

Q. So when you said that -- my understanding was that you said that this -- the student must pass the Step II CK examination within one year of his last -- the clinical rotation?

A. Correct.

**45**

Q. And yet Mr. Catalan is almost two years --

A. Correct.

Q. -- passed that? Do you know, did you ever tell Mr. Catalan that he needed to hurry things along because he's already passed the time limit?

A. I need to -- I don't remember. I do remember this is it. You know, this is a failure to progress. So the student knows, the university knows, and everybody knows. It is like -- and it is in the policy, so the student is very well aware that there are 12 months from his last rotation that he needs to pass all the examinations and graduate.

Q. Do you know why Mr. Catalan received more time than the 12 months?

A. No. It was before -- I don't know. It was before me.

Q. So after that time -- I believe you said in late September; is that correct?

A. Yes.

Q. After that correspondence in late September, when was the next time that you had any contact with Mr. Catalan?

A. So I think about two weeks after that.

46

1  The student is submitting a third NBME third exam.
2      Q.  Self-assessment?
3      A.  Yes.  When he's submitting the
4  self-assessment, several things happened.  The first
5  thing, I'm opening it, and I'm seeing this is a
6  leap, a jump from no knowledge to very high
7  knowledge.  And since the student did not submit
8  with it the table that they have that includes which
9  form is it -- I don't know which form is it.
10     Q.  What do you mean "form"?
11     A.  Each one of those exams are different
12 forms.  Form No. 2, 3, 4, 6, and 7.
13     Q.  That would be relevant because you want to
14 see if this is a different form than --
15     A.  Exactly.  This is the first thing.  The
16 second thing, I don't know if it's timed.  So those
17 are the big things.  And I'm writing back to Mr.
18 Catalan.  And, again, I don't have with me the
19 papers that that seemed like a huge jump, and it is
20 a concern because if you had no knowledge until two
21 weeks ago and you started to study, you're able to
22 get a very high score is questionable.
23         And as far as I remember, he's
24 writing me back that, yes, he did this exam in the

47

1  past, which means that I cannot use this exam as a
2  real self-assessment.  So for me, we're back to
3  square one and we're back with a 10 to 15 percent
4  knowledge.
5      Q.  Is that the assessment from October?
6      A.  Yes.  This is the third one.
7      Q.  That one is October 2013?
8      A.  Yes.
9      Q.  Can I mark that as an exhibit?
10     A.  Sure.
11         (Exhibit No. 3 marked for
12 identification.)
13     Q.  So the one on Exhibit No. 3, the
14 self-assessment we're just speaking about, Mr.
15 Catalan had an assessment score of a 580 compared to
16 an assessment score 130 back in August; is that
17 correct?
18     A.  Correct.
19     Q.  Is this on the same scale as --
20     A.  I don't know which form was it, but
21 it's -- again, it doesn't mean the scale.  What it
22 means, do you see a progress?  Do you see that the
23 student is moving to high performance, which I
24 cannot at all determine by this exam because it was

48

1  taken in the past.
2      Q.  So when you learned this exam had been
3  taken in the past, did you make any suggestions to
4  Mr. Catalan as to what he might want to do next?
5      A.  So the first thing that we need to
6  understand that in order for me to see whether or
7  not he's advancing, which I'm not expecting an
8  advancement in two weeks, you cannot have a leap, a
9  jump in two weeks from zero knowledge in medicine,
10 zero knowledge -- non-existing knowledge in surgery
11 to extremely high performance in both of them.
12     Q.  When you say that he made this leap in two
13 weeks, was there a self-assessment that was done two
14 weeks before the October 22 assessment?
15     A.  No.  What I'm saying is on September he's
16 going to do and knew -- we spoke about the strategy
17 that's not working on September.  On late September
18 he's saying, I'm changing my strategy, trying to do
19 this and that.  So for two weeks as of this e-mail,
20 to see a leap, a jump, is something that's quite
21 surprising or -- and, indeed, it's not something we
22 can even -- you know, it's not something that I can
23 contribute towards his self-assessment, towards his
24 study, towards the evaluating the student whether or

49

1  not he advanced.
2      Q.  But would you agree with me there wasn't
3  an assessment at least given to you between August
4  16, 2013 and October 2nd of 2013?
5      A.  Correct.
6      Q.  So we don't necessary -- would you agree
7  we don't necessarily know what progress he was
8  making from October 16 to -- from August 16 to
9  October 2nd of 2013?  Is that fair?
10     A.  Well, you can say anything that you want
11 between those, you know, periods because we have an
12 assessment from May to August that he advanced 5
13 percent.  So I would say if you're advancing 5 to 10
14 percent, that's good, but we didn't see this.  We
15 didn't see anything.
16         So I cannot -- I can only say about
17 what I see.  This is unacceptable.  This is a little
18 bit surprising.  This is what I wrote the student
19 that there is a concern here because a leap, a jump
20 from here to here is not something that is -- I was
21 expecting or anybody was expecting.
22     Q.  Did you ask Mr. Catalan to take another
23 self-assessment after you learned that he had taken
24 the October 2 assessment in the past?

### 50

1    A.  He should submit another NBME.  It's
2  according to academic plan.  He submitted an
3  academic plan.  He knows he needs to submit three
4  NBMEs.  By now, we saw only one, because May is the
5  baseline, and we're looking only on NBMEs not other
6  exams.  This is -- the reason is that the only
7  correlation in the literature is between USMLE Step
8  II and the NBMEs.  So he can take other exam, other
9  Q-banks, question banks, and submit them, but it
10 makes -- I cannot evaluate them.
11    Q.  What you're saying is that there's the
12 NBME self-assessments, but there are other entities
13 out there that also have a self-assessment that
14 students can take?
15    A.  They can take, but it's not the NBME.  The
16 NBME is perceived as the most advanced question bank
17 that has a correlation -- a positive correlation of
18 .77, by the way, between passing, which is a very
19 high correlation -- between passing the exams and
20 passion Step II CK.
21    Q.  And the medical school wouldn't certify a
22 student to take the USMLE unless an NBME passing
23 self-assessment is provided; is that correct?
24    A.  So I need to say again.  It's a matter --

### 51

1  it's not a policy.  It's a matter of what you see in
2  the student.  If this student performed very low in
3  Step I and if this student took him three and a half
4  years from matriculation to enter the clinical years
5  and if the student already failed with extremely low
6  non-existing knowledge in clinical sciences, I need
7  to see before I'm certifying him that the student
8  has the knowledge that the student is ready to take
9  the exam; that the student is doing an advancement;
10 that the student is studying until now.  I don't see
11 any evidence of this.
12    Q.  So you're saying there is no
13 hard-and-fast, black-and-white type of policy, but
14 it is more at your discretion whether to certify a
15 student?
16    A.  Not exactly, because it's up to the
17 clinical dean to certify the student.  So it's
18 not -- the policy said that the clinical dean is the
19 one who certifying it.
20    Q.  So you're the one that's doing the
21 certification?
22    A.  Yes.  This is the way I'm certifying all
23 the other students.  This is how I'm evaluating the
24 other students.

### 52

1    Q.  So tell me all of the criterias you
2  consider when you're evaluating a student to
3  determine if you're going to certify them?
4    A.  So the student has to have a certain
5  number of -- this is part of the policy.  The
6  student needs to finish the majority of base of
7  clinical core rotations, and to have 40 weeks --
8  first of all, I'm not so sure he needs to have his
9  plan submitted and then can certify him.  Then the
10 clinical dean can certify him.
11    Q.  So after this October 2, 2013
12 self-assessment, was there another self-assessment
13 that was provided after that date?
14    A.  It's not a self-assessment but something
15 was provided.
16    Q.  And what was that?
17    A.  We're not perceiving.  This is a UWorld,
18 another question bank.  If I remember -- if I recall
19 well it is UWorld.  It's not written here, but it is
20 another assessment that I can't even evaluate if
21 it's not accepted.
22    Q.  Can I see that?
23    A.  Yes.
24    Q.  And we're going to mark this exhibit No.

### 53

1  4.  There's a big "X" on this document.  Do you know
2  who put that "X"?
3    A.  I put it.
4    Q.  It says "not accepted" at the top?
5    A.  Yes.
6    Q.  When did you do that?
7    A.  I didn't accept it when he submitted it.
8    Q.  So when you received it, you put the big
9  "X" through it?
10    A.  I didn't put the "X."
11        MR. LAPP:  I think what happened is
12 she printed that out for the deposition and noted
13 that she hadn't accepted it when she printed that
14 out.  That would live on her electronic system, I
15 think.
16        THE WITNESS:  You're right.
17    Q.  This says that this assessment scale is
18 calculated by USMLE World, LLC.  Do you know who
19 that is?
20    A.  Excuse me?
21    Q.  Do you know who USMLE World is?
22    A.  This is another question bank, but I'm not
23 looking at this question bank because this does not
24 have a correlation with passing Step II CK.

**Page 54**

    MR. LAPP: Exactly who is USMLE World?

    THE WITNESS: It's another provider of question banks.

Q. And you said this is not an indicator of how well a student would do on USMLE?

A. This is not an indicator by my experience and by the literature for correlation because the literature has an article that will publish that is correlating NBME with Step II passing.

Q. Have you ever seen literature that says that this USMLE World assessment does not correlate to the actual exam?

A. This is -- if I may say, this is not the question. The question is, Do I have a ruler that I can measure the student by? We're not measuring by this question bank, so I cannot tell you whether or not it correlates or didn't correlate because you cannot say anything about it. Because from my knowledge from previously students from previous years, the only thing that I'm looking for is a correlation with NBME. So it's like -- maybe it's a new kid in town. Maybe it will be something good, but universities did a lot of research correlating

**Page 55**

the NBME with the USMLE.

Q. So you don't know what USMLE World assessment correlates to how well a student would do on the USMLE Step II?

A. I'm not working at UWorld.

Q. That's not my question. You don't know whether or not it would correlate how well a student would do under USMLE Step II, do you?

A. I do not know and I do not use this test. It is a self -- let me say a word. There's many question banks that the student can use, and usually there is a sequence in the question bank. So you're escalating from the last -- the easiest one to the hardest one. So in the end of the scale is the NBME, and anything this on the way, whether it's Kaplan, UWorld, the student can use it when I will not use it because it has never been published as a correlation, and I do not have an experience to say that, yes, this is a passing score, or, no, it is not a passing score.

Q. Is there a written policy that says that you will only except NBME self-assessments?

A. No, this is in the academic plan. The student is writing in the academic plan when he is

**Page 56**

taking the NBME and when he is submitting NBME, and I make sure that it is well scattered in the academic plan, which means it is measuring the baseline, it is measuring the advancement, and it is measuring that he's read it.

Q. So --

A. The academic plan is exactly for this. It's kind -- this is the plan. The student has the NBME insight there. He's changing the dates. I'm watching that those are the correct dates according to his plan, that he is not taking -- let's say taking it while he's in rotation, which is not the case here. So I need to make sure he's taking on the right time and that after that I can certify him.

Q. And when you received the USMLE World self-assessment on Mr. Catalan, did you do any type of research on USMLE World to see this is a viable assessment?

A. No.

Q. Why not?

A. Because I don't need to.

Q. Because it's not NBME?

A. Exactly, because it's not something that's

**Page 57**

contributing to my knowledge about how this student advanced.

Q. So when you received what we're marking as Exhibit No. 4, did you have any type of communication with Mr. Catalan?

A. I don't recall.

Q. What is the next correspondence that you recall having with Mr. Catalan?

A. I think that he sent me an e-mail that he is subject to dismissal, and this -- I think this is the next correspondence between us, but, again, I do not have with me the information.

Q. You recall Mr. Catalan sent you an e-mail saying you received an e-mail from Doctor Green stating that he was subject to dismissal. Is that accurate?

A. I don't recall exactly the word. I do remember that it dealt with he's subject to dismissal, not advancing. He's over 12 months and so forth.

Q. Did you have any type of communication with the medical school concerning that, Mr. Catalan's dismissal?

A. I'm not dealing with the dismissal. I'm

62

1   Q.  -- that Mr. Catalan --
2   A.  No.
3   Q.  Do you know when it was -- that it was
4   submitted to the registrar that Mr. Catalan had
5   been -- it had been more than 12 months since he had
6   completed his clinicals?
7   A.  I do not recall and -- I do not recall.  I
8   don't recall.
9   Q.  Is that something that you would have
10  submitted?
11  A.  I'm submitting any student that crosses my
12  desk that he's over 12 months or fails three
13  times.
14  Q.  With respect to Mr. Catalan, are you the
15  one that submitted it to the registrar to indicate
16  that Mr. Catalan was subject to dismissal?
17  A.  I don't remember, but any student who is
18  not in good standing will be submitted to review his
19  status.
20  Q.  But you don't know if that was you who did
21  that?
22  A.  I can't tell you yes or no, but I'm
23  telling you for sure, as clinical dean, if he was
24  over 12 months or did not pass after of the third

63

1   attempt, he will be submitted by me.
2   Q.  Were you frustrated when you received this
3   self-assessment that was not an NBME?
4   A.  No.  I'm not -- I'll tell you what I was.
5   I wasn't frustrated.  My job is to make sure that,
6   you know, the students are getting a good education,
7   he's ready, he can take the exam, and he can
8   graduate.  And, you know, it was surprising to get
9   10 percent, 80 out of 800.  It was surprising three
10  months after that to see no advancement, 15 out of
11  that.  It was surprising to see a jump from nowhere
12  to everywhere after two weeks.  This was surprising.
13  This is the only thing.  And the UWorld -- again,
14  it's not in my scope.  It's not in my scope.  It's
15  not something that a student will be evaluated by
16  me.
17      Can you see an advancement?  I don't
18  know in what scale to look at it.  I don't have a
19  USMLE UWorld No. 1, 2, or 3.  I don't know how to
20  digest it.  I was not frustrated.  I was surprised
21  to see a student with this performance.
22  Q.  When you received this -- what did you
23  call it?  The UWorld assessment --
24  A.  Yes.

64

1   Q.  -- which is Exhibit 4, the USMLE World?
2   When you received that, do you know if you then
3   recommended Mr. Catalan for dismissal or you don't
4   recall?
5   A.  I don't recall.
6   Q.  So if Mr. Catalan is aware that he has
7   only three opportunities to pass that USMLE Step II
8   CK exam and he's requesting certification, why not
9   put it on him and allow him to take the exam since
10  he's aware that he has only the three opportunities
11  to take the exam?
12  A.  He didn't show any advance.  I cannot
13  certify someone with no knowledge.  He has 15
14  percent of the knowledge.  You cannot certify.  You
15  need to understand.  The aim is, again, to pass the
16  exam and to graduate and have an M.D. degree, but
17  beyond this saying we also help the student to match
18  and going to another test and getting their 160.
19  This is a closure of all the doors.
20  Q.  What's the harm of allowing him to take
21  the exam?
22  A.  It's not a matter of harm.  The harm is is
23  that a student needs to take the exam when he's
24  ready.  He wasn't ready.

65

1   Q.  That's based on the NBME self-assessment
2   from May -- August 2013; is that right?
3   A.  That is based on his first Step II
4   performance.  Very low performance.  One for the six
5   that correlates exactly with the baseline that is
6   submitted half a year after he studied.  So he
7   studied from -- he took it on November 2011, so the
8   student is studying already two years for this exam
9   and he didn't advance in anything.  So what you are
10  going to certify him?  On what?
11  Q.  Do you agree that Mr. Catalan -- I don't
12  know.  You agree that Mr. Catalan failed the Step I
13  exam twice and then ultimately passed it, correct?
14  Is that correct?
15  A.  Yes, he passed it after the third attempt
16  with the passing score that was just a passing
17  score, which is currently not the passing score at
18  all.
19  Q.  But he passed it?
20  A.  He passed over a year after he -- over a
21  year which by itself should have been a dismissal,
22  and so he got already over a year there.
23  Q.  And then he failed the Step II CS exam
24  once before he passed it?

**Page 66**

1   A.  Yes.
2       MR. BACH:  Can we go off the record?
3       MR. LAPP:  Yes.
4       (Discussion off the record.)
5       (Recess taken.)
6       (Exhibit No. 4 marked for
7   identification.)
8   Q.  Did you correspond with Mr. Catalan at all
9   after he learned that he was subject to dismissal?
10  A.  I don't remember. I do remember that he
11  sent me an e-mail stating that he is talking about
12  Doctor Green. Again, I don't have the documents so
13  just my recall, that his -- that he's submitted a
14  letter to the dismissal and he's waiting to hear
15  something like this. I don't recall.
16  Q.  Did you know before Mr. Catalan contacted
17  you that he was subject to dismissal?
18  A.  Yes.
19  Q.  Do you recall having a phone conversation
20  with Mr. Catalan about his dismissal?
21  A.  I don't recall.
22  Q.  If Mr. Catalan were to testify that he
23  spoke to you after he received his notice of
24  dismissal from Doctor Green and you seemed surprised

**Page 67**

1   that he was being dismissed, were you surprised that
2   Mr. Catalan was being dismissed in October 2013?
3   A.  I don't recall the phone call, so no. No.
4   Neither/nor. But it's like -- I don't recall the
5   phone. I cannot tell you.
6       (Exhibit No. 5 marked for
7   identification.)
8   Q.  Take a look at what's been marked Exhibit
9   5 and let me know after you had an opportunity to
10  review it.
11  A.  Yes. What is the question?
12      MR. LAPP:  Just wait for him.
13  They'll come. Just wait.
14  Q.  Take a look at it and make sure that
15  you're familiar with it. Take a moment or however
16  long you need.
17  A.  (Complies.)
18  Q.  Do you recognize the document that's been
19  marked Exhibit 5?
20  A.  Yes.
21  Q.  What is it?
22  A.  Correspondences between me and Mr.
23  Catalan.
24  Q.  And these are correspondences by e-mail

**Page 68**

1   ranging in dates from May 16th of 2013 to August 8
2   of 2013; is that correct?
3   A.  Yes.
4   Q.  And the final e-mail on August 8, 2013, is
5   this where Mr. Catalan sent you his academic study
6   plan that you ultimately accepted?
7   A.  Yes, but this is not the final
8   correspondence. This is between me and Mr.
9   Catalan.
10  Q.  Talking about Exhibit 5?
11  A.  Sure. Uh-huh.
12  Q.  So just to clarify your answer. Yes, that
13  is the e-mail where Mr. Catalan sent you his
14  academic study plan you ultimately accepted?
15  A.  Yes.
16      (Exhibit No. 6 marked for
17  identification.)
18  Q.  I'll ask you same thing. Take a look at
19  Exhibit 6 and let me know when you have had an
20  opportunity to review that.
21  A.  (Complies.)
22  Q.  Do you recognize this e-mail?
23  A.  Yes.
24  Q.  And there appears to be an e-mail from Mr.

**Page 69**

1   Catalan to you on October 2, 2013, and your response
2   on October 3, 2013; is that correct?
3   A.  Uh-huh. Correct.
4   Q.  You had mentioned that you didn't consider
5   the October 2nd NBME assessment because Mr. Catalan
6   had taken that in the past; is that correct?
7   A.  Yes. What is missing is the answer that
8   he sent that he's admitting that he took it and he
9   saw it in the past.
10  Q.  I believe he says in his e-mail here --
11  October 2nd here that, My records show that I've
12  taken this version of the exam in 2012?
13  A.  Yes.
14  Q.  So is that what you're referring to?
15  A.  Yes.
16  Q.  Is that --
17  A.  I think that I answered after that as
18  well, but I took it -- I think there was another
19  e-mail after that, but...
20  Q.  Do you know if you have that e-mail?
21  A.  No, but I'm sure that after that -- I'm
22  not sure, but I think that after that there was
23  another e-mail from him that he's saying that he
24  took it.

**78**

1  Q. Is there anything, a certain scale, that
2  has to be achieved to pass?
3  A. What's the passing rate of USMLE, it's not
4  our decision. The USMLE is producing a number and
5  they're saying this is the passing rate. And when
6  they're doing it, we take the standard as the
7  passing rate.
8  Q. And do you know if the passing rate that
9  they determine is based on the scale number? For
10 example, do you have to achieve a 75 percent scale
11 in order to pass?
12 A. I don't know, but I cannot speculate on
13 this one, but it is -- I cannot speculate on this
14 one. It is -- I cannot tell you. It's over 75
15 percent, but I cannot tell you what number it is.
16 Q. For example, if you look at your e-mail on
17 the Step I on September 30th of '08 scored a 149,
18 scale of 58, that was a failing exam?
19 A. Correct.
20 Q. Then Step I on May 6, 2009, 164, that is a
21 65 scale. That was a failed exam too, correct?
22 A. Yes.
23 Q. Step I, 185, that was a 75 scale. That
24 one passed?

**79**

1  A. Correct.
2  Q. And then the Step II CS, April 13, 2011,
3  there is a score of zero?
4  A. Zero. Zero it means it's failed. That is
5  the way we are coding.
6  Q. We don't know what the exact score --
7  A. There is no number. There is no number.
8  Q. And then if we skip down to the bottom one
9  of February 23, 2012, there is a 100?
10 A. This is a pass.
11 Q. So you either get a zero or --
12 A. Yeah. You don't have there any -- it's
13 not a numeric. It's a pass or fail.
14 Q. I understand.
15     MR. BACH: All right. I don't have
16 any further questions.
17     MR. LAPP: Okay.
18     (Whereupon, the deposition was
19 concluded at 12:03 p.m.)
20
21
22
23
24

**80**

1      I, Tamara R. Tilleman, do hereby certify
2  that I have read the foregoing transcript of my
3  testimony, (with the exception of corrections listed
4  on the errata sheet, if any) and further certify
5  that said transcript is a true and accurate record
6  of said testimony.
7      DATED AT                    ,
8  this      day of           , 2015.
9
10
11
12
13
14
15
16 SIGNED UNDER THE PAINS AND
17    PENALTIES OF PERJURY.
18
19
20
21
22
23
24

**81**

1           CERTIFICATE
2  COMMONWEALTH OF MASSACHUSETTS
   Worcester, ss.
3
        I, Jennifer A. Doherty, Certified
4  Shorthand Reporter and Notary Public duly
   commissioned and qualified in and for the
5  Commonwealth of Massachusetts, do hereby certify
   that there came before me on the 11th day of June,
6  2015, the person hereinbefore named, who was by me
   duly sworn to testify to the truth and nothing but
7  the truth of their knowledge touching and concerning
   the matters in controversy in this cause; that they
8  were thereupon examined upon their oath, and their
   examination reduced to typewriting under my
9  direction and that the deposition is a true record
   of the testimony given by the deponent.
10      I further certify that I am neither
   attorney nor counsel for, nor related to or employed
11 by, any of the parties to the action in which this
   deposition is taken, and further that I am not a
12 relative or employee or financially interested in
   this action.
13
        IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY
14 HAND AND SEAL THIS 15TH DAY OF JUNE, 2015.
15
16
17
            Notary Public
18          My Commission Expires:
            November 4, 2016
19          CSR No. 1398F95
20
21
22
23
24