# EXHIBIT L

# MUA Academic Plan for USMLE Step 2 - Submit to: clinical@mua.edu   The email subject must have your name.

Please fill all the green highlighted fields and submit all 3 documents in order to approve your USMLE Step 2 registration,   see www.muacampus.org



| Student MUA Name | Student email | Student Phone Number | NBME Subject Core Failure? | If yes, which Core | Step 1 Score | Step 1 Attempts |
|---|---|---|---|---|---|---|
| Fernando Catalan Aguilar | catalanf19@yahoo.com | 210-663-8378 | Yes | Internal Med | 185 | 3 |

## Plan Step 2 CK. Make minor changes in hours as per your estimate and adjust the dates / TRACKING - Update this part weekly

| Week | Day | Date | Core/Elective Clerkship | Hospital Name | Special Off Days (Travel, etc.) | Estimated Study Hrs. (reading) | Estimated Study Hrs. (questions) | total | subject/topic ** (See Below) | No of questions * (see below) | source (Book, video lecture etc.) ** (See Below) | Physical Activity | time tracking | Q tracking | Subject Tracking | Source Tracking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| week 1 | Mon | 8-Jul | | | | 5 | 4 | 9 | Internal Med, Pulmonology | 0 | Falcon Review Online | 1 | | | | |
| | Tue | 9-Jul | | | | 5 | 4 | 9 | Internal Med, Pulmonology | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 10-Jul | | | | 5 | 4 | 9 | Internal Med, Allergy/Rheumatology | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 11-Jul | | | | 5 | 4 | 9 | Internal Med, Allergy/Rheumatology | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 12-Jul | | | | 5 | 4 | 9 | Internal Med, Hem/Oncology | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 13-Jul | | | | 5 | 4 | 9 | Internal Med, Hem/Oncology | 0 | Falcon Review Online | 1 | | | | |
| | Sun | 14-Jul | | | | | | | Internal Med, Cardiology | 0 | Falcon Review Online | | | | | |
| week 2 | Mon | 15-Jul | | | | 5 | 4 | 9 | Internal Med, Cardiology | 0 | Falcon Review Online | 1 | | | | |
| | Tue | 16-Jul | | | | 5 | 4 | 9 | Internal Med, Cardiology | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 17-Jul | | | | 5 | 4 | 9 | Psychiatry | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 18-Jul | | | | 5 | 4 | 9 | Psychiatry | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 19-Jul | | | | 5 | 4 | 9 | Psychiatry | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 20-Jul | | | | 5 | 4 | 9 | Internal Med, Dermatology | 0 | Falcon Review Online | 1 | | | | |
| NBME CK practice exam | Sun | 21-Jul | Submit the NBME Score to clinical@mua.edu | | If your score is <203 contact Dean Tilleman | | | 0 | | 0 | | | | | | |
| week 3 | Mon | 22-Jul | | | | 5 | 4 | 9 | Internal Med, Dermatology | 0 | Falcon Review Online | 1 | | | | |
| | Tue | 23-Jul | | | | 5 | 4 | 9 | Pediatrics | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 24-Jul | | | | 5 | 4 | 9 | Pediatrics | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 25-Jul | | | | 5 | 4 | 9 | Pediatrics | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 26-Jul | | | | 5 | 4 | 9 | Surgery | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 27-Jul | | | | 5 | 4 | 9 | Surgery | 0 | Falcon Review Online | 1 | | | | |
| | Sun | 28-Jul | | | | | | 0 | Surgery | 0 | Falcon Review Online | | | | | |
| week 4 | Mon | 29-Jul | | | | 5 | 4 | 9 | Surgery | 0 | Falcon Review Online | 1 | | | | |
| | Tue | 30-Jul | | | | 5 | 4 | 9 | Internal Med, Endocrine | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 31-Jul | | | | 5 | 4 | | Internal Med, Endocrine | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 1-Aug | | | | 5 | 4 | 9 | OB/GYN | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 2-Aug | | | | 5 | 4 | 9 | OB/GYN | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 3-Aug | | | | 5 | 4 | 9 | OB/GYN | 0 | Falcon Review Online | 1 | | | | |
| | Sun | 4-Aug | | | | | | 0 | OB/GYN | 0 | Falcon Review Online | | | | | |
| week 5 | Mon | 5-Aug | | | | 5 | 4 | 9 | OB/GYN | 0 | Falcon Review Online | 1 | | | | |
| | Tue | 6-Aug | | | | 5 | 4 | 9 | Internal Med, Neurology | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 7-Aug | | | | 5 | 4 | 9 | Internal Med, Neurology | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 8-Aug | | | | 5 | 4 | 9 | Internal Med, Neurology | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 9-Aug | | | | 5 | 4 | 9 | Pharmacology | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 10-Aug | | | | 5 | 4 | 9 | Pharmacology | 0 | Falcon Review Online | 1 | | | | |
| NBME CK practice exam | Sun | 11-Aug | Submit the NBME Score to clinical@mua.edu | | If your score is <220 contact Dean Tilleman | | | 0 | | 0 | | | | | | |
| week 6 | Mon | 12-Aug | | | | 5 | 4 | 9 | Pharmacology | 0 | Falcon Review Online | 1 | | | | |
| | Tue | 13-Aug | | | | 5 | 4 | 9 | Internal Med, Renal | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 14-Aug | | | | | | | Internal Med, Renal | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 15-Aug | | | | 6 | 4 | 10 | Pediatrics | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 16-Aug | | | | 6 | 4 | 10 | Pediatrics | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 17-Aug | | | | 6 | 4 | 10 | Pediatrics | 0 | Falcon Review Online | 1 | | | | |
| | Sun | 18-Aug | | | | | | 0 | Biostatistics | 0 | Falcon Review Online | | | | | |
| week 7 | Mon | 19-Aug | | | | 6 | 4 | 10 | Biostatistics | 0 | Falcon Review Online | | | | | |
| | Tue | 20-Aug | | | | 6 | 4 | 10 | Internal Med, Gastroenterology | 0 | Falcon Review Online | 1 | | | | |
| | Wed | 21-Aug | | | | 6 | 4 | 10 | Internal Med, Gastroenterology | 0 | Falcon Review Online | 1 | | | | |
| | Thu | 22-Aug | | | | 9 | 0 | 9 | Internal Med, Hepatology | 0 | Falcon Review Online | 1 | | | | |
| | Fri | 23-Aug | | | | 9 | 0 | 9 | Internal Med, Hepatology | 0 | Falcon Review Online | 1 | | | | |
| | Sat | 24-Aug | | | | 9 | 0 | 9 | Internal Med, Infectious Diseases | 0 | Falcon Review Online | 1 | | | | |
| | Sun | 25-Aug | | | | 9 | | 9 | Internal Med, Infectious Diseases | 0 | Falcon Review Online | | | | | |
| | Sat | 26-Aug | Step 2 CK Exam | | | | | | | | | | | | | |
| | | | | | Total: | 202 | 128 | 321 | | 0 | 5500 Done | 0 | | 0 | 0 | 0 |
| | | | | | | | | Must be> 300 | | Must be> 5000 | | | | | | |

Select total questions you will do from each question bank:

| Question Banks | Number of Question | |
|---|---|---|
| Exam Master | Done | 2500 |
| Kaplan Qbank | | 2100 |
| USMLE Consult | | 2300 |
| USMLERx | | 100 |
| USMLEWorld | Done | 2232 |
| NBME Tests | Done | 768 |
| Total Number of Questions | | 4500 |

Select total hours you will do for each discipline:

| Discipline | Amount of review Hours required | Study Source(s) *** | Schedule (which week of "plan & track sheet" you will study this) |
|---|---|---|---|
| internal medicine | 40 | Falcon Review Online | Scheduled at various times |
| obstetrics and gynecology | 40 | Falcon Review Online | Scheduled at various times |
| pediatrics | 40 | Falcon Review Online | Scheduled at various times |
| preventive medicine | 40 | Falcon Review Online | Scheduled at various times |
| psychiatry | 40 | Falcon Review Online | Scheduled at various times |
| surgery | 40 | Falcon Review Online | Scheduled at various times |
| Other | 10 | Falcon Review Online | Scheduled at various times |
| Total Hours | 250 | | |

Plan Step 2 CS.

| Week | Day | Date | Core/Elective Clerkship | Hospital Name | Special Off Days (Travel, etc.) | Estimated Hrs. Available for Step 2 (reading) | Estimated Hrs. Available for | total | subject/topic | No of questions | source (Book, video lecture etc.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| week 1 | Mon | 28-Aug | | Passed Exam | | 5 | 4 | 9 | | | |
| | Tue | 29-Aug | | Passed Exam | | 5 | 4 | 9 | | | |
| | Wed | 30-Aug | | Passed Exam | | 5 | 4 | 9 | | | |
| | Thu | 31-Aug | | Passed Exam | | 5 | 4 | 9 | | | |
| | Fri | 1-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Sat | 2-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Sun | 3-Sep | | Passed Exam | | | | | | | |
| week 2 | Mon | 4-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Tue | 5-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Wed | 6-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Thu | 7-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Fri | 8-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Sat | 9-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Sun | 10-Sep | | Passed Exam | | | | 0 | | | |
| week 3 | Mon | 11-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Tue | 12-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Wed | 13-Sep | | Passed Exam | | 5 | 4 | 9 | | | |
| | Thu | 14-Sep | | Passed Exam | | 5 | 4 | 9 | | 0 | |
| | Fri | 15-Sep | | Passed Exam | | 5 | 4 | 9 | | 0 | |
| | Sat | 16-Sep | Step 2 CS | Passed Exam | | 5 | 4 | 9 | | 0 | |

| ** Sources- Books USMLE Step 2 - CK | This is not a recommendation, just a book list. |
|---|---|
| Blueprints | Blueprints Cardiology, 2nd edition |
| | Blueprints Emergency Medicine, 2nd edition |
| | Blueprints Family Medicine, 2nd edition |
| | Blueprints Family Medicine, 3rd edition |
| | Blueprints Medicine, 5th edition |
| | Blueprints Neurology, 3rd edition |
| | Blueprints Obstetrics & Gynecology, 5th edition |
| | Blueprints Pediatrics, 5th edition |
| | Blueprints Psychiatry, 5th edition |
| | Blueprints Q&A for Step 2, 1st edition |
| | Blueprints Radiology, 2nd edition |
| | Blueprints Surgery, 5th edition |
| Blueprints Clinical Cases | Blueprints Clinical Cases Emergency Medicine, 2nd edition |
| | Blueprints Clinical Cases Family Medicine, 2nd edition |
| | Blueprints Clinical Cases Medicine, 2nd edition |
| | Blueprints Clinical Cases Neurology, 2nd edition |
| | Blueprints Clinical Cases Obstetrics & Gynecology, 2nd edition |
| | Blueprints Clinical Cases Pediatrics, 2nd edition |
| | Blueprints Clinical Cases Psychiatry, 2nd edition |
| | Blueprints Clinical Cases Surgery, 2nd edition |
| Board Review Series | Board Review Series Pediatrics, 1st edition |
| Boards and Wards | Boards and Wards, 3rd edition |

| | |
|---|---|
| | Boards and Wards, 4th edition |
| | Boards and Wards for the USMLE Steps 2 & 3, 5th edition |
| Case Files | Case Files Emergency Medicine, 2nd edition |
| | Case Files Emergency Medicine, 3rd edition |
| | Case Files Family Medicine, 2nd edition |
| | Case Files Family Medicine, 3rd edition |
| | Case Files Internal Medicine, 3rd edition |
| | Case Files Internal Medicine, 4th edition |
| | Case Files Neurology, 1st edition |
| | Case Files Neurology, 2nd edition |
| | Case Files Obstetrics & Gynecology, 3rd edition |
| | Case Files Obstetrics & Gynecology, 4th edition |
| | Case Files Pediatrics, 3rd edition |
| | Case Files Pediatrics, 4th edition |
| | Case Files Psychiatry, 3rd edition |
| | Case Files Psychiatry, 4th edition |
| | Case Files Surgery, 2nd edition |
| | Case Files Surgery, 3rd edition |
| | Case Files Surgery, 4th edition |
| Cecil's | Andreoli and Carpenter's Cecil Essentials of Medicine, 8th edition |
| COMLEX | COMLEX Review: Clinical Anatomy and Osteopathic Manipulative Medicine, 1st edition |
| | First Aid for the COMLEX, 2nd edition |
| | OMT Review, 3rd edition |
| Crush | Crush Step 2: The Ultimate USMLE Step 2 Review, 3rd edition |
| | Crush Step 2: The Ultimate USMLE Step 2 Review, 4th edition |
| Deja Review | Deja Review Emergency Medicine, 1st edition |
| | Deja Review Emergency Medicine, 2nd edition |
| | Deja Review Family Medicine, 2nd edition |
| | Deja Review Internal Medicine, 1st edition |
| | Deja Review Internal Medicine, 2nd edition |
| | Deja Review Obstetrics and Gynecology, 2nd edition |
| | Deja Review Pediatrics, 2nd edition |
| | Deja Review Psychiatry, 1st edition |
| | Deja Review Psychiatry, 2nd edition |
| | Deja Review Surgery, 2nd edition |
| | Deja Review USMLE Step 2, 1st edition |
| | Deja Review USMLE Step 2, 2nd edition |
| First Aid | First Aid Cases for the USMLE Step 2 CK, 1st edition |
| | First Aid Cases for the USMLE Step 2 CK, 2nd edition |
| | First Aid for the USMLE Step 2 CK Clinical Knowledge, 6th edition |
| | First Aid for the USMLE Step 2 CK Clinical Knowledge, 7th edition |
| | First Aid for the USMLE Step 2 CK Clinical Knowledge, 8th edition |
| | First Aid Q&A for the USMLE Step 2 CK, 2nd edition |
| First Aid Clerkship | First Aid for the Emergency Medicine Clerkship, 2nd edition |
| | First Aid for the Medicine Clerkship, 3rd edition |
| | First Aid for the Obstetrics & Gynecology Clerkship, 2nd edition |
| | First Aid for the Pediatrics Clerkship, 2nd edition |

| | |
|---|---|
| | First Aid for the Psychiatry Clerkship, 2nd edition |
| | First Aid for the Surgery Clerkship, 2nd edition |
| High-Yield | High-Yield Internal Medicine, 3rd edition |
| | High-Yield Obstetrics & Gynecology, 2nd edition |
| | High-Yield Psychiatry, 2nd edition |
| Kaplan | Master the Boards Internal Medicine, 1st edition |
| | Master the Boards USMLE Step 2 CK, 1st edition |
| | Master the Boards USMLE Step 2 CK, 2nd edition |
| | USMLE Master the Boards Step 3, 1st edition |
| | USMLE Step 2 CK QBook, 4th edition |
| | USMLE Step 2 CK QBook, 5th edition |
| Kaplan Lecture Notes | USMLE Step 2 CK Lecture Notes: Internal Medicine, 2008-2009 edition |
| | USMLE Step 2 CK Lecture Notes: Obstetrics and Gynecology, 2008-2009 edition |
| | USMLE Step 2 CK Lecture Notes: Pediatrics, 2008-2009 edition |
| | USMLE Step 2 CK Lecture Notes: Psychiatry and Epidemiology & Ethics, 2008-2009 edition |
| | USMLE Step 2 CK Lecture Notes: Qbook, 2008-2009 edition |
| | USMLE Step 2 CK Lecture Notes: Surgery, 2008-2009 edition |
| Lange Outline Review | Lange Outline Review USMLE Step 2, 5th edition |
| Lange Q&A | Lange Q&A Internal Medicine, 4th edition |
| | Lange Q&A Internal Medicine, 5th edition |
| | Lange Q&A Obstetrics & Gynecology, 9th edition |
| | Lange Q&A Pediatrics, 7th edition |
| | Lange Q&A Psychiatry, 10th edition |
| | Lange Q&A Psychiatry, 9th edition |
| | Lange Q&A Surgery, 5th edition |
| | Lange Q&A USMLE Step 2 CK, 6th edition |
| Made Ridiculously Simple | USMLE Step 2 Made Ridiculously Simple, 2008 edition |
| | USMLE Step 2 Made Ridiculously Simple, 2011 edition |
| Flashcards | Kaplan Medical USMLE Diagnostic Test Flashcards |
| | Kaplan Medical USMLE Examination Flashcards |
| | Kaplan Medical USMLE Pharmacology and Treatment Flashcards |
| | Kaplan Medical USMLE Physical Findings Flashcards |

Date eligible to take Step 2 is based upon completion 40 weeks including 4/5 cores

**Clinical Dean Guidelines:**

Step 2 CK Preparation Recommendations:

**1. Timing**
a. Take exam no later than August 15 of year prior to Match.
b. Take a study break of 6-12 weeks to prepare

**2. Strategy**
a. Start with a timed NBME self-assessment to determine your baseline. Apportion study time to specialties and subjects based on this performance.
b. Progress from a combination of subject review and working questions (at least 50/d) initially to primarily question-working (at least 200/d). Use questions as a means of identifying specific items needing focused review.
c. Always work questions in timed mode. As exam nears, attempt to speed up your pace so that you finish early consistently. This will help compensate for the fact that exam questions tend to be longer than practice questions.
d. Use 2 or more question banks. Do not rework questions after finishing a bank. You should be able to complete 5000 questions over the course of your preparations.
e. Repeat an NBME after 4-6 weeks (but at least 2 weeks prior to your exam date) to measure progress. If you are not seeing substantial improvement, call to discuss your study methods. Consider whether a review course may be a wise investment.

**3. Resources: see attachment for suggestions**

**4. Work efficiently**
a. Work no more than 10 hours/d. Take short breaks as needed to remain focused and productive. You may benefit from taking an hour or longer mid-day break for exercise, a nap, or some relaxation to help you recharge for a more productive afternoon study.
b. Get adequate sleep and eat a healthy diet. Do not over-rely on energy drinks to maintain your focus.

**5. Taking the exam**
a. Do not take the exam if NBME's within the prior month have not produced passing scores within an acceptable range.
b. Enroll and set an exam date early enough so that you can get a convenient time and place.                                c. Do not sit too early.
Better to defer Match if needed.

Committed study period 4-6weeks, and 9 hours plus a day.
   Committed study period >6weeks*
                    a.    any failures NBME Cores or Step 1
                    b.    Step 1 score <210

Monitor with self-assessment exams (SSE example NBME)
Take a review course if not progressing (per the SSE).