# EXHIBIT M

| | |
|---|---|
| **From:** | Fernando Catalan <catalanf19@yahoo.com> |
| **Sent:** | Saturday, August 17, 2013 11:15 AM |
| **To:** | clinical@mua.edu |
| **Subject:** | NBME practice test results Fernando Catalan Aguilar |
| **Attach:** | NBME August 16.pdf; NBME MayVsAugust Comparison.pdf |

Dear Dr. Tilleman,

Please find attached a copy of my NBME practice test results and a comparison analysis of this test and the one I took in May. I couple of things that happened were that on the first two out of the four sections of this test I run out of time with 8 and 6 questions for which I had to choose a random letter. I figured out what to do and the last two sections I finished with a minute or two to spare. I also felt a little more confident with the answers I was choosing. I am going to continue working on the Falcon Review online for right now.

Thank you again for your time,

Fernando

R3Education00352