# EXHIBIT N



# MEDICAL UNIVERSITY OF THE AMERICAS

October 17, 2013

Mr. Fernando Catalan-Aguilar
507 Cobble Drive
San Antonio, TX 78216

From:  Executive Dean

Cc:    Registrar, Associate Dean of Clinical Medicine, Assistant Registrar

Dear Mr. Catalan-Aguilar,

As you have not passed the USMLE Step II examinations within three attempts and/or 12 months of completion of your Clinical rotations, I regret to inform you that according to University policy, you may no longer continue your studies at the Medical University of the Americas.

At this time, I would like to extend to you the option to submit a voluntary withdrawal from the school on or before **November 8, 2013**. The withdrawal form is attached. Failure to submit this form in a timely fashion will result in your involuntary withdrawal and dismissal from the medical program of the Medical University of the Americas.

Sincerely,

Gordon J Green MD, FRCP(C), FAAP
Executive Dean



# Withdrawal Form

Student Name: _____

Student ID #: _____

Last semester attended: _____ 20____

Withdrawal effective date: _____

Explanation:
_____
_____
_____
_____
_____
_____
_____
_____
_____

If applicable, refund checks will be mailed to the address provided below:
_____
_____
_____
_____

\* Students who are currently enrolled in classes must also complete a Course Withdrawal Form that must be approved and signed by the Dean of Basic Sciences.

Student Signature_____ Date:_____