# EXHIBIT O



# MEDICAL UNIVERSITY OF THE AMERICAS

November 21, 2013

Mr. Fernando Catalan-Aguilar
507 Cobble Drive
San Antonio, TX 78216

From:  Executive Dean

Cc:    Registrar, Associate Dean of Clinical Medicine, Assistant Registrar

Dear Mr. Catalan-Aguilar,

I have reviewed your request. I am sorry to inform you that I am not able to accommodate further allowances for you outside of our current policies and procedures and, therefore, your status of Failure to Progress is upheld as per my letter of October 17, 2013

At this time, I would like to reiterate your option to submit a voluntary withdrawal from the school effective **November 8, 2013**. The withdrawal form is attached. Failure to submit this form within 2 business days from the date of this letter will result in your involuntary withdrawal and dismissal from the medical program of the Medical University of the Americas.

Kind regards,

Gordon J Green MD, FRCP(C), FAAP
Executive Dean

On Nevis
P.O. Box 701 • Charlestown, Nevis, West Indies • Tel. (869) 469-9177 • Fax (869) 469-9180