UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>        Plaintiff,<br><br>  v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>        Defendant. | Civil Action No. 1:14-cv-12607-GAO |

**R3 EDUCATION, INC.'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Defendant R3 Education, Inc. ("R3") makes the following pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(c).

**A.     Trial Witnesses**

R3 expects to call the following witnesses to testify at trial:

1.  Tamara Tilleman, M.D., Ph.D.
    Dean of Clinical Medicine
    Medical University of the Americas
    27 Jackson Road
    Suite 302
    Devens, Massachusetts 01434
    (978) 862-9500

2.  Gordon Green, M.D.
    Executive Dean
    Medical University of the Americas
    27 Jackson Road
    Suite 302
    Devens, Massachusetts 01434
    (978) 862-9500

**B.     Exhibits**

R3 expects to offer at trial the exhibits identified on the following table:

|     | **DESCRIPTION**                                                                                              |                                      |
| --- | ------------------------------------------------------------------------------------------------------------ | ------------------------------------ |
| 1.  | NBME Self-Assessment Score – 5/16/2013                                                                       | Deposition Ex. 1 (Tilleman)          |
| 2.  | NBME Self-Assessment Score – 8/16/2013                                                                       | Deposition Ex. 2 (Tilleman)          |
| 3.  | NBME Self-Assessment Score (1 page) – 10/2/2013                                                              | Deposition Ex. 3 (Tilleman)          |
| 4.  | USMLE World Self-Assessment Score ("Not accepted")                                                           | Deposition Ex. 4 (Tilleman)          |
| 5.  | Email chain ending 8/8/2013                                                                                  | Deposition Ex. 5 (Tilleman)          |
| 6.  | Email chain ending 10/3/2013                                                                                 | Deposition Ex. 6 (Tilleman)          |
| 7.  | NBME Self-Assessment Score (4 pages) – 10/2/2013                                                             | Deposition Ex. 7 (Tilleman)          |
| 8.  | Email dated 10/7/2013 between Plaintiff and Tamara Tilleman                                                  | Deposition Ex. 8 (Tilleman)          |
| 9.  | Memorandum to all MUA students                                                                               | Deposition Ex. 9 (Catalan-Aguilar)   |
| 10. | Email chain ending 2/28/2011 between Melissa Moore, Christine Kumar, Karen Hastings, and Plaintiff           | Deposition Ex. 10 (Catalan-Aguilar)  |
| 11. | Email chain ending 3/1/2011 between Melissa Moore, Christine Kumar, Karen Hastings and Plaintiff             | Deposition Ex. 11 (Catalan-Aguilar)  |
| 12. | Dear Clinical Student letter                                                                                 | Deposition Ex. 12 (Catalan-Aguilar)  |
| 13. | Academic Study Plan                                                                                          | Deposition Ex. 13 (Catalan-Aguilar)  |
| 14. | Email dated 9/23/2013 between Plaintiff and Amy LeCain                                                       | Deposition Ex. 14 (Catalan-Aguilar)  |
| 15. | Email chain ending 9/19/2013 between Plaintiff, Piyanet Curran, and Amy LeCain                               | Deposition Ex. 15 (Catalan-Aguilar)  |
| 16. | Email chain ending 9/26/2013 9:31 a.m. between Tamara Tilleman, Amy LeCain, Lucille Collins, and Plaintiff   | Deposition Ex. 16 (Catalan-Aguilar)  |
| 17. | Email chain ending 10/24/2011 between Plaintiff and Lucille Collins                                          | Deposition Ex. 17 (Catalan-Aguilar)  |
| 18. | Letter dated 10/17/2013 from Gordon Green to Plaintiff                                                       | Deposition Ex. 18 (Green)            |
| 19. | Letter dated 11/21/2013 from Gordon Green to Plaintiff                                                       | Deposition Ex. 19 (Green)            |
| 20. | Plaintiffs' Response to Defendant's Request for Admission                                                    | R3 Summary Judgment Ex. A            |

|  | **DESCRIPTION** |  |
|---|---|---|
| 21. | Guidelines for Academic Probation and Dismissal | R3 Summary Judgment Ex. C |
| 22. | Summer 2009 MUA Handbook, Disclaimer Page | R3 Summary Judgment Ex. H |
| 23. | Summer 2009 MUA Handbook, Academic Guidelines | R3 Summary Judgment Ex. I |
| 24. | Email dated 8/17/2013 between Tamara Tilleman and Plaintiff | R3 Summary Judgment Ex. M |
| 25. | Verified Complaint | R3 Summary Judgment Ex. P |
| 26. | Joint Statement Pursuant to Fed. R. Civ. P. 16(f) and L.R. 16.1 | R3's Summary Judgment Ex. Q |
| 27. | MUA Internal Notes – Fernando Catalan-Aguilar | R3Education01527 |
| 28. | Email chain ending 1/29/2014 between Amy LeCain and Plaintiff | R3Education00043 |
| 29. | MUA Honor Code | CA 082 – CA 086 |
| 30. | Email chain ending 10/8/2013 between Plaintiff and Amy LeCain | R3Education00030 |
| 31. | Email chain ending 10/15/13 between Plaintiff and Amy LeCain | R3Education00031 |
| 32. | Email chain ending 10/17/2013 1:16 p.m. between Amy LeCain and Plaintiff | R3Education00035 |
| 33. | Email chain ending 10/17/2013 2:28 p.m. between Amy LeCain and Plaintiff | R3Education00032 |
| 34. | Email chain ending 10/17/2013 3:02 p.m. between Amy LeCain and Plaintiff | R3Education00033 |
| 35. | Email chain ending 10/23/2013 between Plaintiff and Tamara Tilleman | R3Education00331 |
| 36. | Email chain ending 11/11/2013 between Amy LeCain and Plaintiff | R3Education00039 |
| 37. | Email chain ending 10/2/2013 between Plaintiff and Tamara Tilleman | R3Education00306 |

| | **DESCRIPTION** | |
|---|---|---|
| 38. | Email chain ending 8/21/2013 between Plaintiff and Tamara Tilleman | R3Education00447 |
| 39. | Email chain ending 9/26/2013 11:13 a.m. between Plaintiff and Tamara Tilleman | R3Education00449 |
| 40. | Email chain ending 11/21/2013 between Amy LeCain and Plaintiff | R3Education00040 |

R3 EDUCATION, INC.,

/s/ Katherine A. Guarino
Daryl J. Lapp (BBO #554980)
  daryl.lapp@lockelord.com
Katherine A. Guarino (BBO #681848)
  katherine.guarino@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
September 21, 2015   (617) 239-0100

## CERTIFICATE OF SERVICE

On September 21, 2015, I caused to be filed electronically a true copy of the foregoing document using the CM/ECF system which effected service of the same upon all counsel of record.

/s/ Katherine A. Guarino
Katherine A. Guarino

AM 54845776.2