## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>Plaintiff,<br><br>v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>Defendant. | Civil Action No. 1:14-cv-12607-GAO |

### PLAINTIFF'S OPPOSITION TO R3 EDUCATION, INC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Fernando Catalan-Aguilar, by and through his counsel of record, The Bach Law Firm, LLC files his Opposition to Motion for Summary Judgment.

In support of this Opposition, Plaintiff submits the accompanying Memorandum.

DATED this  21st day of September, 2015.

  /s/ Jason J. Bach
Jason J. Bach
THE BACH LAW FIRM, LLC
7881 W. Charleston Blvd., Suite 165
Las Vegas, NV 89117
(702) 925-8787
(702) 925-8788 (fax)
jbach@bachlawfirm.com

Melody A. Alger
ALGER LAW LLC
400 Westminster Street, Suite 401
Providence, RI 02903
(401) 277-1090
(401) 277-1094 (fax)
malger@algerlaw.com

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)

    I, Jason J. Bach, hereby certify that this documents filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 21st day of September, 2015.

                                                        /s/ Jason J. Bach\_\_\_\_
                                                        Jason J. Bach