Exhibit 1

Volume 1, Pages 1-107

Exhibits: 9-17

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

FERNANDO CATALAN-AGUILAR,

        Plaintiff

v.           Docket No. 1:14-cv-12607-GAO

R3 EDUCATION, INC. d/b/a MEDICAL

UNIVERSITY OF THE AMERICAS,

        Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF FERNANDO CATALAN-AGUILAR

Friday, June 12, 2015, 9:12 a.m.

Locke Lord LLP

111 Huntington Avenue

Boston, Massachusetts


- - - - Reporter: Kathleen Mullen Silva, RPR, CRR - - - -

kms@fabreporters.com   www.fabreporters.com

Farmer Arsenault Brock LLC

50 Congress Street, Suite 350

Boston, Massachusetts 02109

617.728.4404

2

1     APPEARANCES:

2

3          The Bach Law Firm, LLC

4          Jason J. Bach, Esq.

5          7881 W. Charleston Blvd., Suite 165

6          Las Vegas, Nevada  89117

7          702.925.8787

8          for Plaintiff

9

10         Locke Lord LLP

11         Daryl J. Lapp, Esq.

12         Katherine A. Guarino, Esq.

13         111 Huntington Avenue

14         Boston, Massachusetts 02199

15         617.239.0100

16         Daryl.lapp@lockelord.com

17         Katherine.guarino@lockelord.com

18         for Defendant

19

20

21

22

23

24

FARMER ARSENAULT BROCK LLC

3

1                          I N D E X

2

3                        EXAMINATIONS

4     FERNANDO CATALAN-AGUILAR

5              BY MR. LAPP                              4

6

7                         EXHIBITS

8     Exhibit 9        memoranda to All MUA Students    43

9     Exhibit 10       email chain ending 2/28/11       44

10    Exhibit 11       email chain ending 3/1/11        46

11    Exhibit 12       Dear Clinical Student letter     52

12    Exhibit 13       academic plan                    57

13    Exhibit 14       email, 9/23/13                   90

14    Exhibit 15       email chain ending 9/19/13       92

15    Exhibit 16       email chain ending 9/26/13       94

16    Exhibit 17       email chain ending 10/24/11      95

17

18

19

20

21    Original Exhibits retained by Daryl J. Lapp, Esq.

22

23

24

4

1                    P R O C E E D I N G S

2                         EXAMINATION

3    BY MR. LAPP:

4         Q.   Would you state your full name, please.

5         A.   My name is Fernando Catalan-Aguilar.

6         Q.   Is that a hyphenated name or is it three

7    separate names?

8         A.   It's one first name and two last names.  My

9    father's last name first and my mother's last name

10   second.

11        Q.   Okay.  Great.  Are your parents still

12   living?

13        A.   Yes.

14        Q.   Where do they live?

15        A.   California.

16        Q.   Did you grow up in California?

17        A.   Yes.

18        Q.   Where did you grow up?

19        A.   Los Angeles.

20        Q.   Did you go to high school in Los Angeles?

21        A.   Beverly Hills High School.

22        Q.   90210?

23        A.   Yes.

24        Q.   Were you on the show?

FARMER ARSENAULT BROCK LLC

5

1      A.    No.

2      Q.    Okay.  When did you graduate from high

3  school?

4      A.    1999.

5      Q.    How did you do academically in high school?

6      A.    B average.

7      Q.    Where did you go to college?

8      A.    Because I was in the military for almost

9  ten years I went to several colleges.

10      Q.    Let's start with what you did when you

11  graduated from high school.

12      A.    Okay.

13      Q.    Did you go to school or did you go into the

14  military or did you start working?

15      A.    I went to school.

16      Q.    Okay.  Where did you go to school?

17      A.    Cal State LA.

18      Q.    How long were you a student at Cal State?

19      A.    About one year.

20      Q.    What did you study there?

21      A.    Business administration.

22      Q.    Do you recall what kind of grades you got

23  at Cal State?

24      A.    I cannot recall.

FARMER ARSENAULT BROCK LLC

6

1    Q.   Did you fail any courses at Cal State?

2    A.   No.

3    Q.   What did you do after a year at Cal State?

4    A.   I moved to Hawaii.

5    Q.   Why did you move to Hawaii?

6    A.   To go to school.

7    Q.   Where did you go to school?

8    A.   University of Hawaii in Honolulu.  That's

9    what it was called.

10   Q.   Honolulu?

11   A.   Yeah.

12   Q.   How long did you attend that school?

13   A.   That was about one year.

14   Q.   Why did you transfer from Cal State to the

15   University of Hawaii?

16   A.   One of my brothers who retired from the

17   Navy was stationed there, and I wanted to be near

18   him.

19   Q.   Fair enough.  What kind of grades did you

20   get at the University of Hawaii?

21   A.   I cannot remember.

22   Q.   Okay.  Did you fail any courses there?

23   A.   No.

24   Q.   What did you study there?

FARMER ARSENAULT BROCK LLC

7

1    A.    If I remember correctly, it was also

2  business administration.

3    Q.    Okay.  What did you do after a year at the

4  University of Hawaii?

5    A.    I joined the U.S. Army.

6    Q.    What led you to join the Army?

7    A.    Hawaii's very expensive.  I couldn't work

8  and go to school at the same time, and so I had to

9  quit school.

10    Q.    Okay.

11    A.    I was able to attend school, but I wasn't

12  able to study for it, so I joined the military.

13    Q.    You say you weren't able to study because

14  you were busy working when you weren't in class?

15    A.    Yes, sir.

16    Q.    Okay.  All right.  So how long were you in

17  the Army?

18    A.    Nine years and nine months.

19    Q.    Where were you stationed?

20    A.    California, Germany, Texas.

21    Q.    Were you discharged from the Army?

22    A.    Yes.

23    Q.    Did you get an honorable discharge?

24    A.    Honorable discharge.

8

1    Q.   Very good.   What was your rank at the time

2    of discharge?

3    A.   E-5.

4    Q.   What does that mean?

5    A.   Enlisted 5.

6    Q.   What does that mean?

7    A.   It means that I did not have a degree.   So

8    when you join the military and you don't have a

9    degree, you go in as an enlisted person versus an

10   officer, who has a degree.   And I went in as an E-1,

11   and when I got out, I was E-5.

12   Q.   Does the E-5 represent that you acquired

13   certain skills or certifications that you achieved

14   progressing from E-1?

15   A.   They gave me training throughout those

16   years.   Would you like me to list some?

17   Q.   Sure.   Yeah.

18   A.   So I went to basic training.   It's also

19   called boot camp in some places.   Then I received a

20   primary leadership development course, advanced

21   individual training, and then basic non-commissioned

22   officer training.

23   Q.   I'm sorry?

24   A.   Non-commissioned --

FARMER ARSENAULT BROCK LLC

9

1    Q.    Non-commissioned officer training?

2    A.    Yes.

3    Q.    What do you have to do to go from E-4 to

4    E-5?

5    A.    You have to take -- you have to accumulate

6    points by being -- and you get points for time in

7    service.  You get points for courses, if you take

8    courses in college.  You get points for going to

9    review boards, things like that.

10   Q.    Okay.  Did you take any college courses

11   while you were in the Army?

12   A.    I did.  I could not tell you the names

13   because I can't remember them, but I took several.

14   Q.    Were these courses that you took on the

15   base or at a school near the base?

16   A.    Sometimes they were on base, sometimes

17   outside.

18   Q.    All right.

19   A.    For example, in Germany, they were on base.

20   And then while I was in California, they had to be

21   outside.

22   Q.    Okay.  Were any of those courses courses

23   that were leading toward a degree of some kind?

24   A.    No.

FARMER ARSENAULT BROCK LLC

10

1     Q.    Okay.

2     A.    In Germany the courses I took led to

3  certification as an emergency medical technician

4  with a national registration.

5     Q.    Can you tell me what the course was like to

6  get that certification as an EMT?  First aid

7  training, what else?

8     A.    Yes.  Basically all the first aid training,

9  how to extract a patient from a vehicle.  Basically

10  they were like advanced lifesaving techniques,

11  intubating, placing IV lines.

12     Q.    Do you have what's called ALS

13  certification?

14     A.    Yes.

15     Q.    And am I right that you have to have an ALS

16  certification in order to do intubation and IV

17  lines?

18     A.    Yes, sir.

19     Q.    Do you still have that today?

20     A.    Yes.  Oh, sorry.  You mean the EMT national

21  certification?

22     Q.    Yes.

23     A.    I do not.  I have the ALS, DLS, child

24  pulmonary resuscitation certifications.

FARMER ARSENAULT BROCK LLC

11

1    Q.   So you could work today as a paramedic?

2    A.   No.

3    Q.   No?

4    A.   No, I cannot.

5    Q.   Or as any kind of EMT?

6    A.   No.

7    Q.   What would you have to do to be employable

8    as an EMT?

9    A.   It's been a while since I haven't had that

10   certification.  So I would have to go to school

11   again for that and be certified again.

12   Q.   Okay.

13   A.   There's an examination that you have to

14   pass in order to be certified.

15   Q.   Very good.

16        Any reason to think you couldn't prepare

17   for and pass that examination if you decided that

18   was something you wanted to do?

19   A.   No.  I could do it, but it would -- now it

20   would take a long time.  From what I've seen, it

21   would take at least six months of training, and now

22   it's even more expensive than I was in the military.

23   Q.   How much does it cost to get certified?

24   A.   I don't know exactly.

FARMER ARSENAULT BROCK LLC

1    Q.   Can you give me any kind of ballpark

2    estimate?  I mean, is it $1,000, $5,000?

3    A.   Roughly guessing, maybe $15,000, $20,000.

4    It's...

5    Q.   Appreciating that you're sort of guessing

6    here, but whatever the cost is, that would be the

7    cost associated with taking preparation courses?

8    A.   Yes, for recertification -- for

9    certification because my certification has been

10   expired for a very long time.  So I would have to

11   start from the beginning.

12   Q.   Where would you take those courses, if you

13   decided to pursue it?

14   A.   I would take them in Texas.

15   Q.   Are those the kind of courses that are

16   offered by certain national organizations, by

17   community colleges?  Who offers those courses?

18   A.   I'm not sure exactly.

19   Q.   Okay.  Fair enough.  So when did you leave

20   the Army?

21   A.   February 16, 19 -- I'm sorry, 2002.

22   Q.   What did you do after leaving the Army?

23   A.   I went to Trinity University in San

24   Antonio, Texas.

13

1       Q.    How long were you at Trinity University?

2       A.    If I remember correctly, I graduated from

3   there in 2005.

4       Q.    Okay.  What degree did you get?

5       A.    Bachelor of science in biology.

6       Q.    Do you recall what your GPA was at Trinity?

7       A.    No.

8       Q.    Can you give me a sense roughly of what

9   your grades were like?

10      A.    Roughly would say I had a 3.1 GPA.

11      Q.    Did you have a separately calculated GPA

12  for your major?

13      A.    I don't understand.

14      Q.    So at some schools -- and maybe not at

15  Trinity, if you were a biology major, they might let

16  you know that your overall academic GPA for all your

17  courses is 3.1 and your GPA, just looking at the

18  courses within your major, your degree program,

19  that's a different number.  Do you have any sense of

20  what your GPA was in biology?

21      A.    No, I can't remember.

22      Q.    Okay.  Did you receive any kind of academic

23  honors while you were at Trinity?

24      A.    No.

FARMER ARSENAULT BROCK LLC

14

1      Q.    Did you fail any courses while you were at

2   Trinity?

3      A.    No.   I withdrew from one, calculus 2, but I

4   retook it.

5      Q.    Did you withdraw because it wasn't going

6   well?

7      A.    Yes.

8      Q.    And when you retook it, were you successful

9   in passing the course?

10      A.    Yes.

11      Q.    Were you working while you were at Trinity?

12      A.    Yes.

13      Q.    Where were you working?

14      A.    Brooks Air Force Base, now it's called

15   Brooks City Base, San Antonio, Texas.

16      Q.    Were you working full-time, part-time?

17      A.    Part-time.

18      Q.    How many hours a week roughly?

19      A.    I can't remember.

20      Q.    What were you doing?

21      A.    I can't remember my title, but it was

22   admin.   I was a clerk.   I can't remember exactly

23   what the title was.

24      Q.    Did your job involve any kind of medical

FARMER ARSENAULT BROCK LLC

15

1  service or medicine in any way?

2      A.   No.

3      Q.   What did you do after you graduated from

4  Trinity?

5      A.   So after I graduated from Trinity I applied

6  to medical school.  I went to Saba Medical

7  University for one semester.

8      Q.   When was that semester?

9      A.   2005, if I remember correctly.

10      Q.   Did you graduate from Trinity in the spring

11  of 2005?

12      A.   It was sometime in June.  June, yes.

13      Q.   Did you start then at medical school sort

14  of that following -- the next fall semester?

15      A.   Yes, I think so.

16      Q.   You sort of effectively went straight from

17  college to medical school?

18      A.   Yes.

19      Q.   I take it you left Saba after one semester?

20      A.   Yes.

21      Q.   Why did you do that?

22      A.   There were a couple of reasons.  One, I

23  withdrew from one of the courses because I wasn't

24  doing well.  And there was an incident -- it didn't

FARMER ARSENAULT BROCK LLC

16

1    involve me, but my wife was with some people, and

2    the woman that she was with, she got into an

3    argument with someone at one of the hotels, and

4    because my wife was with them, they said that --

5    they called me, and I was -- because I was her

6    sponsor, the dean called me and said that this was a

7    reflection on me, and that was part of my -- that

8    was part of the reason I left.

9         Q.   Who was the dean who you spoke to?

10        A.   If I remember correctly, his name was

11   Dr. Frederick.

12        Q.   Okay.  What was the course that you

13   withdrew from?

14        A.   It was biochemistry.

15        Q.   How did you do in the other courses that

16   you did not withdraw from?

17        A.   I did well.  I mean, you only -- you pass

18   them or you fail them.

19        Q.   Was your withdrawal from Saba voluntary?

20        A.   No.

21        Q.   Did the dean tell you that he expected you

22   to withdraw?

23        A.   Yes.

24        Q.   Okay.  What did he say to you?

FARMER ARSENAULT BROCK LLC

17

1     A.   I can't remember exactly.  It was a long

2  time ago.  I never -- when I moved to -- right after

3  that school, I went to Medical University of the

4  Americas, MUA.  They told me that if I started with

5  them from -- repeat any courses that I had taken at

6  Saba, they would just erase everything, and I would

7  start from zero.

8     Q.   And did that happen?

9     A.   As far as I know, yes.

10    Q.   Okay.  When you applied to medical school

11 first, did you just apply to Saba or did you apply

12 to other schools as well?

13    A.   Saba.

14    Q.   Only Saba?

15    A.   Only Saba.

16    Q.   When you withdrew from Saba and went to

17 MUA, did you apply to any other schools or just MUA?

18    A.   No, just MUA.  Saba recommended that I go

19 to MUA.

20    Q.   Did you actually have to apply to MUA or

21 did they just transfer your enrollment from one

22 institution to another?

23    A.   I had to apply.

24    Q.   Okay.  Did you take the MCAT, the M-C-A-T

18

1    examination before applying to medical school?

2        A.    Yes.

3        Q.    Did you take it once or more than once?

4        A.    Once.

5        Q.    Do you recall what score you got on it?

6        A.    I believe it was 23.

7        Q.    Okay.  Do you have any idea what percentile

8    that represents; where that falls on the national

9    scale?

10       A.    No.  I've heard people say that to get into

11   a medical school here in the United States you have

12   to score in the 30s.

13       Q.    Yup.  Okay.

14             When did you start your studies at MUA?

15       A.    In May of 2006.

16       Q.    Okay.  And am I right that the first part

17   of your program at MUA was two years of basic

18   sciences?

19       A.    Yes, sir.

20       Q.    And you completed that in May of 2008?

21       A.    Yes, sir.

22       Q.    Okay.  Very good.  What have you done to

23   prepare for the deposition today?

24       A.    I've only reviewed the answers I've given

1    to the defendant's request for admission to

2    plaintiff.

3        Q.   Did you review any other documents to

4    prepare for the deposition?

5        A.   No.  This is basically it.

6        Q.   Okay.  You have something else in front of

7    you.  Is that just a -- what is that document?

8        A.   These are the answers to the defendant's

9    requests for admission to plaintiff.  They're just

10   -- you know, I just have them on a separate piece of

11   paper.

12       Q.   Is that a document that you prepared in

13   order to help you and your attorney complete the

14   responses to requests for admissions?

15       A.   I prepared that and I gave it to him.

16            MR. BACH:  This is probably attorney/

17   client privilege.

18            MR. LAPP:  Yeah, I'm not going to -- I

19   just wanted to confirm that's what it was.

20       Q.   You prepared that at your attorney's

21   request?

22       A.   Yes.

23       Q.   In order that he could help prepare the

24   responses to request for admissions?

20

1      A.   Yes, sir.

2      Q.   All right.  Very good.

3           So just to go back and reorient

4   ourselves to the basic timeline here, you started

5   MUA in May of 2006.  You have two years of basic

6   sciences which concluded in May of 2008.  You then

7   need to pass the USMLE Step 1 exam in order to go

8   into the clinical part of the program; is that

9   right?

10     A.   Yes, sir.

11     Q.   Am I right that you passed the USMLE Step 1

12  in 2009?

13     A.   Yes.

14     Q.   In fact, I think it was -- was it August of

15  2009?

16     A.   Yes.

17     Q.   All right.  Then you begin your clinical

18  rotations, yes?

19     A.   Yes.

20     Q.   And you finish your clinical rotations in

21  October of 2011; is that right?

22     A.   Yes, sir.

23     Q.   All right.  Between the time you finished

24  your basic sciences program in May of 2008 and the

1    time you passed the USMLE Step 1 in August of 2009,

2    were you working during that time or just studying

3    for the exam?  What were you doing?

4         A.   If I remember correctly, I had a part-time

5    job.

6         Q.   Where was that?

7         A.   I was -- it was for a landscaping company.

8    I can't remember the name, but it's in San Antonio,

9    Texas.

10        Q.   When did you get married?

11        A.   February 24, 2001.

12        Q.   What's your wife's name?

13        A.   Rocio, R-o-c-i-o, Catalan.

14        Q.   Are you still married?

15        A.   Yes.

16        Q.   Do you have children?

17        A.   No.

18        Q.   When you were on the island and taking your

19   two years of basic science courses, was your wife

20   living with you on the island?

21        A.   Yes.

22        Q.   After the two years of basic sciences,

23   while you were studying for the USMLE exam and you

24   were doing this part-time landscaping job in San

22

1    Antonio, is that where you were keeping your main

2    home, in San Antonio?

3        A.   Yes.

4        Q.   Where do you live today?

5        A.   You want the address?

6        Q.   Just the town.

7        A.   I live in San Antonio, Texas.

8        Q.   With your wife?

9        A.   Yes, sir.

10       Q.   Are you enrolled in medical school today?

11       A.   Yes.

12       Q.   Where are you enrolled?

13       A.   It's called Caribbean Medical University.

14       Q.   Where's it located?

15       A.   The campus is on the island of Curaçao.

16       Q.   When did you enroll at the Caribbean

17   Medical University?

18       A.   February 2014.

19       Q.   When you applied to the Caribbean Medical

20   University, did you apply anywhere else?

21       A.   No.

22       Q.   Did you have to take the MCAT exam again?

23       A.   No.

24       Q.   When you enrolled at the Caribbean Medical

23

1  University, did you have to start over at the

2  beginning of their program, or did they give you

3  credit for some of the work you had done at MUA?

4      A.   They gave me credit for two semesters of

5  clinical training.

6      Q.   So how much credit -- did they credit your

7  entire basic sciences program from MUA?

8      A.   Yes.

9      Q.   So with the basic sciences taken care of

10  and the two semesters of clinical taken care of, how

11  much did you have in the way of remaining

12  requirements to get a degree at Caribbean Medical

13  University?

14      A.   Three semesters.

15      Q.   Of clinical rotations?

16      A.   Of clinical rotations.  It's a total of 36

17  weeks.

18      Q.   The three semesters equals 36 weeks?

19      A.   Yes.

20      Q.   Okay.  And at MUA your clinical program was

21  72 weeks of rotations; is that right?

22      A.   Yes.

23      Q.   Okay.  What were the rotations that you

24  needed to -- or what are the rotations that you

1    needed to complete at Caribbean Medical University?

2         A.    They told me that I could choose the

3    rotations that I wanted to do, as long as they

4    amounted to 36 weeks.

5         Q.    So they didn't look at your record at MUA

6    and say, for example, "We're satisfied with how you

7    did in OB/GYN, you don't have to repeat that one,

8    but we want you to repeat the surgical rotation,"

9    something like that?

10        A.    That's correct.

11        Q.    As long as you did 36 more weeks of

12   clinical rotations, they didn't care what the

13   rotations were in?

14        A.    Yes.

15        Q.    How many of the 36 weeks have you

16   completed?

17        A.    I just completed them.  I finished them.

18        Q.    When did you finish?

19        A.    March of 2015.

20        Q.    Have you received grades for your clinical

21   rotations or have they just been pass/fail?

22        A.    Grades.

23        Q.    Do you have a GPA at Caribbean Medical

24   University?

25

1    A.    I do, but I cannot remember exactly what it

2    is.

3    Q.    Okay.  Can you just give me your best sense

4    of what your grades have been like?

5    A.    Mostly As.  I believe I have one B in one

6    of the rotations.

7    Q.    Where have you actually done the rotations?

8    A.    All of them in Chicago.

9    Q.    All at the same institution?

10    A.    No, different hospitals.

11    Q.    Which hospitals?

12    A.    Okay.  Let's see.  Norwegian American

13    Hospital.  Maybe I should clarify it.  The

14    physicians that I did my rotations with are

15    associated with the hospitals that I'm mentioning,

16    but they have separate clinics, a clinic outside of

17    the hospital.  So, as I said, Norwegian American

18    Hospital, St. Anthony's Hospital, Mercy Hospital,

19    LaGrange Hospital -- I can't remember the exact

20    name -- Saint Mary's Hospital.  I think that's it.

21    Q.    Okay.  Does Caribbean Medical University

22    have clinical affiliation agreements with hospitals

23    in cities outside Chicago?

24    A.    Yes.

1    Q.   Any particular reason why you did all of

2  yours in Chicago?

3    A.   Just so that I wouldn't have to travel too

4  much and spend more money.

5    Q.   Are you responsible for your own living

6  expenses while you're doing these rotations?

7    A.   Yes.

8    Q.   Do you get paid while you're doing the

9  rotations?

10    A.   I don't get paid.

11    Q.   Do you have at Caribbean Medical University

12  an academic advisor or a clinical advisor?

13    A.   Yes.

14    Q.   Who is that?

15    A.   His name is Dr. Sunny, S-u-n-n-y, Handa,

16  H-a-n-d-a.

17    Q.   And where does he work?

18    A.   He's in Chicago.

19    Q.   Does he work at a medical institution or at

20  an office of the Caribbean Medical University, if

21  you know?

22    A.   He's the dean of clinical sciences, and his

23  office is at the NBC Tower.

24    Q.   Is it fair to say that you keep in touch

1  with -- or that during the time you've been doing

2  these clinical rotations you've kept in touch with

3  Dr. Handa about the rotations you've been doing, how

4  they're going, that sort of thing?

5      A.   Yes.

6      Q.   What additional requirements are there, if

7  any, for you to get a degree from the Caribbean

8  Medical University beyond completing these clinical

9  rotations?

10     A.   I have to take the USMLE Step 2 CK exam.

11     Q.   You had passed the Step 1 exam while you

12  were a student at MUA, yes?

13     A.   Yes.

14     Q.   And you had passed the Step 2 CS exam while

15  you were a student at MUA?

16     A.   Yes.

17     Q.   And you don't have to repeat either one of

18  those?

19     A.   No.

20     Q.   Once you've passed them, you've passed

21  them?

22     A.   No.   There is a time limit.   If I don't

23  take all the exams within I believe it's six years,

24  then I have to take them again.

28

1     Q.    So if you passed your USMLE Step 1 exam in

2   August of '09, you would need to pass your Step 2 CK

3   exam by the end of August of this year?

4     A.    This year.

5     Q.    Or else you'd have to start over with your

6   USMLE exams, is that what you understand?

7     A.    That's how I understand it.

8     Q.    Is that something Dr. Handa has told you or

9   you've learned some other way?

10     A.    That I've learned by going to the USMLE

11   website.

12     Q.    Okay.  Very good.  Have you at any point

13   since leaving MUA attempted the USMLE Step 2 CK

14   exam?

15     A.    No.

16     Q.    Have you at any point asked the Caribbean

17   Medical University -- let me withdraw that terrible

18   start to a question.

19           In order to sit for the USMLE Step 2 CK

20   exam, does the Caribbean Medical University need to

21   certify you to sit for the exam?

22     A.    Yes.

23     Q.    Have you asked the university to certify

24   you to sit for the exam?

FARMER ARSENAULT BROCK LLC

29

1    A.    They have requirements.  I have to take an

2  exam, a National Board of Medical Examiners exam,

3  NBME exam, which is taken at a testing center.  It's

4  not something you take at home.  I have to take that

5  exam, and if I do well, then they will certify me to

6  take the Step 2 CK exam.

7    Q.    Have you taken any of these NBME testing

8  center exams to this point?

9    A.    No.

10    Q.    Are these NBME testing center exams

11  different from the NBME self-assessments that you

12  took while you were enrolled at MUA?

13    A.    Dr. Handa said that they are different, but

14  I haven't taken one so I don't know how different

15  they are.

16    Q.    Okay.  Am I correct that the NBME self-

17  assessments that you took while you were enrolled at

18  MUA, you took at home on your computer rather than

19  at a testing center?

20    A.    Yes.

21    Q.    Have you taken any NBME self exams on-line

22  since leaving MUA?

23    A.    No.

24    Q.    Have you had any communications with

30

1    Dr. Handa about whether he thinks you're ready to

2    take an NBME testing center exam?

3        A.   No.

4        Q.   Have you at any point since leaving MUA

5    taken any USMLE World assessment exams?

6        A.   No.

7        Q.   Or any self assessment exams from any other

8    provider of such exams?

9        A.   No.

10       Q.   Is there a reason why you've not yet taken

11   the NBME testing center exam that you know is a

12   prerequisite to being certified to take the actual

13   Step 2 CK?

14       A.   I have been repeating the rotations, the

15   clinical rotations.  That's what I've been doing,

16   and I had to work a little bit also.  So I wanted to

17   finish all the rotations and then start preparing

18   for it.

19       Q.   So are you preparing now?

20       A.   I am preparing for it now and working at

21   the same time.

22       Q.   How are you preparing?

23       A.   I am reviewing the National Board of -- I'm

24   sorry.

1          It's called Master of the Boards book,

2    also watching videos associated with that book.

3    Once I'm done with that, I'm going to be doing the

4    USMLE World questions.

5          Q.    Okay.  Do you have a particular date in

6    mind at which you plan to take this NBME testing

7    center exam?

8          A.    I haven't scheduled it.  I don't have a

9    date yet.

10         Q.    Do they offer them all the time?  I mean,

11   are they -- do they offer them every week or every

12   couple weeks or constantly?

13         A.    I'm not sure how often they are available,

14   but I would have to notify Dr. Handa when I want to

15   take it, and then they will start the paperwork,

16   which would take about a month.  And then I look for

17   dates available of when I can take it.  I don't know

18   how often -- how far in advance I have to schedule

19   it.

20         Q.    We're talking about the NBME testing center

21   exam?

22         A.    Yes, sir.

23         Q.    So it's almost the middle of June --

24         A.    Yes.

FARMER ARSENAULT BROCK LLC

1      Q.    -- it's going to take you at least a month

2   before you can sit for the NBME testing center exam.

3   Then you're going to have to get the results back

4   from that, and those results are going to have to be

5   good enough for Dr. Handa to certify you to take the

6   Step 2 CK exam and you've got to get that done by

7   the end of August.   Is that right?

8      A.    That's correct.

9      Q.    Do you think this is doable?

10     A.    Probably not.   I might have to repeat all

11  the exams, just like I had to repeat all the

12  rotations that I lost.

13     Q.    Okay.   Have you had any communications with

14  Dr. Handa about whether you're in a viable position

15  at this point to get through the USMLE licensing

16  process?

17     A.    No.   No conversations.

18     Q.    Are you working currently?

19     A.    Yes.

20     Q.    Where do you work?

21     A.    I work for Goldman & Associates.   It's an

22  insurance defense law firm, and I am a medical/legal

23  assistant.

24     Q.    Where's the firm that you work for?

33

1    A.    In San Antonio, Texas.

2    Q.    How much do you make in that job?

3    A.    They pay me $20 an hour.

4    Q.    Do you work full-time?

5    A.    No.

6    Q.    Do you work as they have work for you to do

7    on particular cases?

8    A.    I told them I could work maximum three days

9    so that I can study for my exams.

10   Q.    When you first went to medical school in

11   2006, what was your goal for a career?

12   A.    To get a medical doctor's degree.

13   Q.    And do what with it?

14   A.    Work as a medical doctor.

15   Q.    In any particular area of practice?

16   A.    Initially I wanted to do thoracic surgery,

17   but I'm getting too old.  So I decided to practice

18   in family medicine.  Now that's my goal, to practice

19   as a family medicine physician.

20   Q.    Okay.  Are there any doctors in your

21   family?

22   A.    No.

23   Q.    When did you begin to focus on family

24   medicine as the goal?

FARMER ARSENAULT BROCK LLC

34

1      A.   I believe it was in the middle of clinical

2  rotations with MUA.

3      Q.   Okay.  Am I right that for a person such as

4  yourself who want to be physicians in the United

5  States, you need to graduate from medical school,

6  you need to pass all of the USMLE examinations, and

7  then you need to go into a residency program of some

8  kind?

9      A.   I have to pass up to USMLE Step 2 CK and

10  then I can apply to residency.

11      Q.   Am I correct you have to go through a

12  residency program in order to become a licensed

13  physician?

14      A.   Yes.

15      Q.   And in order to get a residency you have to

16  go through what's known as the Match program?

17      A.   Yes.

18      Q.   Am I correct that in order to be matched, a

19  hospital or other facility that hosts a residency

20  program would have to look at your credentials and

21  decide to offer you a place?

22      A.   Yes.

23      Q.   And in looking at your credentials, one of

24  the things that any institution would have available

1   to it and would look at would be your record of

2   USMLE examinations?

3       A.   Yes.

4       Q.   The ones that you took and failed and the

5   ones that you took and passed?

6       A.   Yes.

7       Q.   Including the number of times you took them

8   and the scores that you got?

9       A.   Yes.

10       Q.   Have you had any conversation with

11   Dr. Handa about whether your track record of USMLE

12   examinations to this point --

13       A.   No.

14            MR. BACH:   He's not finished.

15            MR. LAPP:   Okay.

16       A.   Sorry.

17       Q.   I'm going to guess now the answer to the

18   rest of my question.   Let me just finish it.

19            Have you had any conversations with

20   Dr. Handa about whether your track record on the

21   USMLE examinations that you've taken is going to

22   make it difficult for you to ever match in the

23   residency program?

24       A.   No.

1      Q.   Have you had any conversations with any

2    person at the Caribbean Medical University, any

3    other dean, any faculty members, about the question

4    whether your track record of USMLE examinations as

5    it stands today is going to make it difficult for

6    you to ever match in the residency program?

7      A.   Yes.

8      Q.   Who have you talked to about that?

9      A.   I spoke with Dr. Lucille Collins.  She

10   mentioned that because I had to take the exam -- the

11   USMLE Step 1 twice before I passed it, it would make

12   it difficult to get into a residency program, but I

13   don't think they believe that, and I don't think any

14   of the deans at the school believe that.

15     Q.   Let's slow down for just a minute.  Who's

16   Lucille Collins?

17     A.   She's an assistant to the dean of clinical

18   sciences.

19     Q.   At MUA?

20     A.   Yes, sir.

21     Q.   But you do not think the deans at MUA

22   believe what she believes?

23     A.   I don't think she believed it either.

24     Q.   You do not think that -- let me see if I

1   get this right.  Dr. Collins told you at some point

2   while you were enrolled at MUA that because you had

3   to take the USMLE Step 2 CS exam twice in order to

4   pass it, that alone would make it difficult for you

5   to ever match in the residency program; is that what

6   she told you?

7        A.   I believe that conversation happened right

8   after taking the USMLE Step 1 exam.

9        Q.   Okay.

10       A.   Yes.

11       Q.   So let me see if I can rephrase this.  You

12  had to take the USMLE exam three times in order to

13  pass it, Step 1?

14       A.   Yes.  I passed it the third time, yes.

15       Q.   Am I correct that Dr. Collins at some point

16  during that process said the fact that you've had to

17  take the USMLE Step 1 exam multiple times in order

18  to pass it, that alone is going to make it difficult

19  for you to ever match; is that fair?

20       A.   She did say that.

21       Q.   And did anyone at MUA subsequently tell you

22  that the fact that you failed the USMLE Step 2 CS

23  the first time, meaning that you had to take that

24  exam two times to pass, was going to make it

38

1    additionally difficult for you to ever match?

2        A.    Not that I can recall.

3        Q.    Okay.  Getting away now from MUA and going

4    to the Caribbean Medical University, have you had

5    any discussions with anyone at the Caribbean Medical

6    University about whether the fact that you had

7    multiple failures of USMLE exams is going to make it

8    difficult for you to ever match?

9        A.    No.

10       Q.    Do you believe that if you pass the USMLE

11   Step 2 CK exam between now and the end of August

12   that you're going to be able to match for a

13   residency?

14       A.    I believe so.  I believe so.

15       Q.    Why do you think that?

16       A.    From what I understand, when you go for

17   interviews or when they look at your record, they

18   don't only look at your scores.  They also look at

19   your overall performance.  If they see the comments

20   made by my preceptors in my rotations, they will see

21   that I'm the type of person that can be very

22   successful in a family medicine environment.

23       Q.    The preceptors are the people who evaluate

24   your clinical rotation performance?

39

1    A.    Yes.

2    Q.    When they do those evaluations at the end

3    of each rotation, do you get to see what the

4    evaluation says?

5    A.    Yes.

6    Q.    Do you have copies of those from the

7    rotations you've done at the Caribbean Medical

8    University?

9    A.    Yes.

10   Q.    Do you have copies of the preceptors'

11   comments from the rotations you did at MUA?

12   A.    Yes.

13   Q.    Do you happen to know of any person who has

14   failed the USMLE Step 1 exam and failed the USMLE

15   Step 2 CS exam and still matched?

16   A.    I cannot say.  They really don't tell you

17   whether they failed or not.  No one tells you -- no

18   one tells you anything about their failures.  They

19   only talk about their successes.

20   Q.    That's what I do.

21         When you enrolled at MUA, did you get a

22   student handbook?

23   A.    Yes.

24   Q.    When you began the clinical portion of your

FARMER ARSENAULT BROCK LLC

1   program at MUA, did you get a clinical sciences

2   handbook?

3       A.   That I cannot remember.

4       Q.   Okay.  During your time at MUA, apart from

5   the handbooks, did the university issue other

6   policies from time to time?

7       A.   The only thing I can think of was an

8   interview with Dr. Collins at the end of my basic

9   sciences.  She speaks with everyone who's

10  graduating.

11      Q.   So you met with her in or about May of

12  2008?

13      A.   Yes.

14      Q.   What did you talk about with her?

15      A.   Yes.  This is where she told us that -- she

16  recommended that we take the USMLE Step 1 exam

17  within three months.  She also said if you don't

18  take it, you would be placed at the end of the list

19  for clinical rotations.

20      Q.   Did she say anything in this conversation

21  of May 2008 about the fact that you would need to

22  pass the USMLE Step 2 exams in order to eventually

23  graduate from MUA?

24      A.   No, not that I can recall.

1      Q.    As a student at MUA, was there a University

2    website that you would access for information about

3    school policies, programs, schedules, that sort of

4    thing?

5      A.    Yes.

6      Q.    Was the student handbook available through

7    that website?

8      A.    You mean for the basic sciences handbook?

9      Q.    Yes.

10     A.    I think so.  I'm not a hundred percent

11   sure.

12     Q.    Okay.  Was the academic calendar for the

13   year available through that website?

14     A.    Yes.

15     Q.    Was there information about other school

16   policies available to you on that website?

17     A.    I can't remember.  They have two locations

18   where you can find information.  Once you're

19   enrolled -- I can't remember the name, but they have

20   two places where you would need a password in order

21   to get in there and look up information.

22     Q.    Okay.  Did you go to that site from time to

23   time?

24     A.    Yes.

42

1      Q.    What kind of things would you go to the

2   site for?

3      A.    The dean would place announcements there.

4      Q.    What kind of announcements?

5      A.    Just general school announcements.

6      Q.    Had you been instructed to check the

7   website from time to time for new announcements and

8   new information?

9      A.    Not really instructed.  They would just say

10  announcements will be posted on this website, but

11  not as an instruction of what needed to be done.

12     Q.    Okay.  But fair to say you were aware that

13  from time to time new material would be placed on

14  the website about University policies?

15     A.    Yes.

16     Q.    From time to time did you also get emails

17  from the school administrators either announcing new

18  policies or telling you to go look at the website to

19  look at policies?

20     A.    Yes.

21     Q.    Let me show you a document which we're

22  going to mark as the next exhibit.

23          MR. LAPP:  Do you want to start at 1 or

24  do you want to go to 9?

FARMER ARSENAULT BROCK LLC

1          MR. BACH:   It's up to you.

2          MR. LAPP:   Let's call this Exhibit No.

3  9.

4          (Marked, Exhibit 9, memoranda to All MUA

5  Students.)

6          THE WITNESS:   Do I hold on to this?

7     Q.   Just take a look at it.  Take as much time

8  as you would like to have a look at that.

9     A.   (Witness reviewing document.)   Okay.

10    Q.   So this is a two-page document that we have

11 marked as Exhibit 9, which is a memorandum that says

12 at the top "To:  All MUA Students; From:  Board of

13 Trustees; Regarding:  Addition of USMLE Step 2

14 Clinical Knowledge and USMLE Step 2 Clinical Skills

15 as Graduation Requirement."  Have you seen this

16 document before today?

17    A.   I don't think so.  It doesn't look

18 familiar.

19    Q.   The document says in the second paragraph,

20 among other things, "Going forward, the university

21 will similarly require passing scores on the USMLE

22 Step 2 Clinical Knowledge and Step 2 Clinical Skills

23 as a requirement for graduation."  Do you recall

24 when you first knew that the university required

FARMER ARSENAULT BROCK LLC

44

1    passing scores on the USMLE Step 2 exams as a

2    requirement for graduation?

3        A.   I know someone mentioned it to me, and I

4    have dates.  I'm going to look into my responses.

5    I'm going to look at the responses I gave to the

6    defendant's request for admission to plaintiff.

7        Q.   That would be fine.

8        A.   (Witness reviewing document.)

9                (Marked, Exhibit 10, email chain ending

10   2/28/11.)

11       A.   Okay.  So it looks like in February 28,

12   2011, I received an email from Melissa Moore, one of

13   the clinical medicine staff at MUA.

14       Q.   In fact, let me show you what we've just

15   had marked as Exhibit 10.

16       A.   Okay.

17       Q.   Which is that email.

18       A.   Okay.

19       Q.   Take a look at that for just a moment, if

20   you would.

21       A.   Yes.  In here she mentioned that I would

22   need to pass the Step 2 CK and CS, but if you would

23   please note that there are no time limits or number

24   of attempts mentioned.

FARMER ARSENAULT BROCK LLC

45

1      Q.    Okay.  Just to sort of finish off the

2    record here, in Exhibit 10 we have a February 28,

3    2011 email from Melissa Moore to Christine -- it's

4    addressed to Christine Kumar and Karen Hastings with

5    a cc to catalanf19@yahoo.com.  Did I get that right?

6      A.    Yes.

7      Q.    Am I right that catalanf19@yahoo.com is

8    your email or was at the time?

9      A.    Yes.

10      Q.    And although it's addressed to Christine

11    and Karen with a cc to you, the email reads, "Hi,

12    Fernando."  She's writing to you?

13      A.    Yes.

14      Q.    She says, "In order to receive your degree,

15    May 20, you will have to pass Step 2 CK and CS.  I

16    don't see any scores for you in the database.  Have

17    you scheduled yet?  Please let me know."  We can

18    agree, can we not, that at least by February 28,

19    2011 you understood that you would need to pass the

20    Step 2 CK and Step 2 CS exams in order to graduate;

21    is that fair?

22      A.    Yes.  If I may add something to this.  As I

23    see, Ms. Moore did not suggest I had no knowledge of

24    any requirements in her comment.  This was a direct

1   response to my question to Ms. Christine Kumar in

2   the email I sent her February 27, the day before,

3   where I asked Ms. Kumar, "Would you be so kind to

4   tell me the dates that MUA has scheduled for

5   graduation this year for those students finishing up

6   clinicals."  That question was then forwarded to

7   Melissa Moore.

8       Q.   Okay.

9       A.   That's why she mentioned the requirement

10  for Step 2 CK and CS.

11      Q.   And who is Melissa Moore, what was her job,

12  if you know?

13      A.   Just from what I understand, she was just

14  one of the clinical assistants, one of the

15  assistants to dean of clinicals.

16              MR. LAPP:  Let's mark that as the next

17  exhibit.

18              (Marked, Exhibit 11, email chain ending

19  3/1/11.)

20      Q.   Showing you now what is Exhibit 11, which

21  appears to be a series of e-mails, including in the

22  middle of the first page the February 28 email from

23  Melissa Moore to you that we just looked at as

24  Exhibit 10, am I right that directly above that we

FARMER ARSENAULT BROCK LLC

1    have your March 1, 2011 response to Melissa Moore?

2         A.   Yes.

3         Q.   And you write to her on March 1, 2011, "Hi,

4    Ms. Moore, I have not taken Step 2 yet.  I'm

5    scheduled for CS on April 13 and haven't scheduled

6    CK yet because I'm planning to take a review

7    course."

8         A.   Yes.

9         Q.   Did I read that right?

10        A.   Yes.

11        Q.   And nowhere in this email do you say that

12   this is the first time you've understood that you

13   need to take the Step 2 exams and pass them in order

14   to graduate from MUA; is that fair?

15        A.   Could you rephrase the question.  Sorry.

16        Q.   Nowhere -- on February 28, as we have just

17   established looking at Exhibit 10, Melissa Moore

18   tells you in order to receive your degree, you need

19   to pass the Step 2 CK and CS exams.  The next day,

20   March 1, you write back to her and say, "Hi.  I have

21   not taken Step 2 yet.  I'm scheduled for CS on April

22   13 and haven't scheduled CK yet because I'm planning

23   to take a review course."  Nowhere in this response

24   you send back to her the next day do you say, "I'm

48

1   surprised.  No one's ever told me I need to pass the

2   Step 2 exams in order to graduate."  That's not in

3   your email.

4       A.   It's not in there.

5       Q.   Is it your testimony now that on February

6   28 and -- on February 28, 2001, that's the first

7   time you understood that you needed to pass the Step

8   2 exams in order to graduate?

9       A.   Yes.  I believe that's when I first -- when

10  I first was told that to graduate I needed to take

11  those exams.

12      Q.   Is it also fair to say that even if this

13  was the first time you knew you needed to pass the

14  Step 2 exams in order to graduate, you certainly

15  knew you had to pass the Step 2 exams in order to

16  match?

17      A.   I'm not a hundred percent sure.  It's -- I

18  knew I had to take the exams.  I'm not a hundred

19  percent sure -- I can't remember if I already knew

20  that this was a requirement for the match.  I'm not

21  sure.

22      Q.   Is it fair to say that you knew that

23  passing the USMLE exams, including Step 2, was a

24  requirement for you to be a doctor?

FARMER ARSENAULT BROCK LLC

49

1      A.   I can't remember exactly on that date.  I

2  just knew that I had to take the exams, because

3  everybody else was taking them.  I'm not sure...

4      Q.   You went to medical school in 2006.

5      A.   Yes.

6      Q.   Dreaming of a career as a thoracic surgeon,

7  wanting to practice in the United States as a

8  licensed medical doctor, yes?

9      A.   Yes.

10      Q.   By March of 2011, it's almost five years

11  after you started medical school.  Are you telling

12  me at no point during that five-year period did you

13  come to understand that you had to pass all of the

14  USMLE exams, including the Step 2 exams, in order to

15  become a licensed physician in the United States?

16      A.   I just knew they had to be taken, but I

17  didn't know at what point in the whole process they

18  became important.

19      Q.   Putting aside the issue of timing, did you

20  understand while you were a student in medical

21  school at MUA that in order to become a licensed

22  physician in the United States you had to graduate

23  from medical school, pass all the USMLE licensing

24  exams and complete a residency?

50

1     A.   I knew that by the end I would have had to

2   take all those exams.  Just like, for example, the

3   Step 3 exam, you don't have to take it until you are

4   in the middle of residency.  It's not a requirement

5   for you to get there.  As we have learned now, MUA

6   didn't have a policy to pass the Step 2 CS or CK in

7   order to graduate from the school.  So that's why

8   these requirements are up in the air.  I mean, you

9   don't really know when you have to have them.

10     Q.   All right.

11     A.   I just know you have to take them, but you

12   don't know when.

13     Q.   All right.  You knew while you were in

14   medical school that there were such a thing called

15   licensing examinations, yes?

16     A.   Yes.

17     Q.   And you knew that they were administered --

18   if you wanted to practice in the United States,

19   those licensing examinations were administered by

20   the USMLE?

21     A.   Yes.

22     Q.   In fact, USMLE stands for U.S. Medical

23   Licensing Examination, right?

24     A.   Mm-hmm.

FARMER ARSENAULT BROCK LLC

51

1      Q.    It's all about licensing?

2      A.    Yes.

3      Q.    I've been shorthanding this saying you have

4   to pass Step 1 and 2.   In fact, there's three steps

5   of the USMLE licensing process?

6      A.    Yes.

7      Q.    You take Step 1 at the end of your basic

8   sciences?

9      A.    Yes.

10     Q.    You take Step 2 CS and CK in relation to

11  your clinical program?

12     A.    Yes.

13     Q.    And there's actually a U.S. Medical Step 3

14  which you do either once you're in or once you've

15  completed your residency?

16     A.    You can take it before if you want to, but

17  it's not a requirement until after.

18     Q.    Okay.   But in order to get licensed in the

19  United States, you have to get all the way through

20  Step 3?

21     A.    That's correct.

22     Q.    So regardless of whether it was a

23  graduation requirement, you knew that in order to

24  become a practicing physician in the United States

FARMER ARSENAULT BROCK LLC

52

1    at some point you were going to have to pass the

2    Step 2 exams?

3        A.   That's correct.

4        Q.   Among other things?

5        A.   Yes.

6              MR. LAPP:   Okay.   Let's mark this as the

7    next exhibit.

8              (Marked, Exhibit 12, Dear Clinical

9    Student letter.)

10       A.   (Witness reviewing document.)  I've seen

11   these before.

12       Q.   When did you first see this document?

13       A.   I can't remember the date.  This is

14   something that Dr. Tilleman put together just like

15   the mass marketing plan thing.

16       Q.   Yeah, we'll get to that.

17       A.   When she took over as the dean, she started

18   putting these things together and that's -- she sent

19   it sometime after that.

20       Q.   Dr. Tilleman at some point became the

21   clinical dean of MUA?

22       A.   Yes.

23       Q.   Do you recall when that was?

24       A.   Let me see.  So according to my

FARMER ARSENAULT BROCK LLC

53

1    communication records, it looks like I first spoke

2    with her around May of 2013.

3        Q.   Okay.  Do your records indicate how it was

4    that you first communicated with her?  Was it on the

5    phone?  Was it email?  Was it when you sent into her

6    that NBME self assessment score in May of 2013?

7        A.   I can't remember the mode.

8        Q.   Okay.  All right.

9            Is it fair to say that at some point

10   after Dr. Tilleman became the clinical dean she

11   shared with you the document we've marked as Exhibit

12   12?

13       A.   Yes.

14       Q.   And that document appears to be addressed,

15   "Dear Clinical Student, Congratulations for making

16   it through the first two rotations.  The purpose of

17   this document is to explain the processes of:  MUA

18   approval of your USMLE Step II CK and CS

19   registration, elective rotation scheduling and

20   academic break approval.  This is your roadmap from

21   now (post 2 cores) to starting your Step 2

22   registration and elective rotations."  Did I read

23   that right?

24       A.   Yes.

1    Q.   Did you understand this to be, as it

2    suggests on its face, a roadmap, a tool for you to

3    use to help get from essentially the beginning of

4    your clinical rotations after the first couple of

5    core rotations through the USMLE exams?

6    A.   Yes.

7    Q.   And did you ever have a conversation with

8    Dr. Tilleman in which you reviewed this document?

9    A.   No.

10   Q.   Did you ever attend a meeting at which she

11   presented this document?

12   A.   No.

13   Q.   When she sent it to you, did you read it?

14   A.   Yes.

15   Q.   Did you think you understood it?

16   A.   It was a bit complicated, but I felt it

17   didn't really apply to me since I had already

18   completed all my clinical rotations back in October

19   of 2011, and this was from, let's say, May 2013.

20   Q.   Okay.   Did you read the part at the bottom

21   of page 1 where it says, "The second 'step' of the

22   U.S. licensing examination is actually two tests,

23   one of clinical skills and one of clinical

24   knowledge.   These are scheduled completely

FARMER ARSENAULT BROCK LLC

1   separately, but both must be successively passed to

2   graduate from the Medical University of the

3   Americas, to achieve ECFMG certification, and to

4   participate in the residency match."  Did you read

5   that part when you got this document?

6        A.   It's been a while, but I probably did,

7   because I read the whole -- the entire document.

8        Q.   All right.  And if you got this in the

9   spring of 2013, this information at the bottom of

10  the first page about graduation requirements, that's

11  information you already knew at that point?

12       A.   Yes.

13       Q.   All right.  Did you turn -- turn to the

14  second page.  There's a heading about a third of the

15  way down the page that says, "Step 2 Academic Plan."

16       A.   Yes.

17       Q.   "Deans Tilleman and Anadkat,"

18  A-n-a-d-k-a-t, "have created a template to help you

19  organize your planning process to pass USMLE Step 2.

20  Please review the document carefully and understand

21  the two sheets designed."  Did you read that part

22  when you got this memorandum?

23       A.   Yes.

24       Q.   Did you review the template that the deans

56

1  had created to help students organize their planning

2  process to pass the USMLE Step 2?

3      A.   If you could give me one second.  I'm going

4  to look at my dates in my responses.

5      Q.   Sure.

6      A.   (Witness reviewing document.)  What I'm

7  trying to find is when I sent them an academic plan,

8  because they had asked for one.

9      Q.   Yup.

10      A.   And then I received an email from her

11  saying that they received my academic plan, but she

12  wanted it in a different format.

13      Q.   Right.  Let me show you that email, which

14  we marked yesterday.  And I'm going to help you with

15  both parts of this.  Let me show you what we marked

16  yesterday as Exhibit 5 and just take a second to

17  look at that.

18      A.   Yes.  Sometime before this date, I had sent

19  them an academic plan because they had requested

20  one.

21      Q.   Okay.  Just to sort of set the record here,

22  in Exhibit 5, which we marked yesterday in the

23  middle of the first page, there's a July 22 email

24  from clinical at MUA is the email address, but it's

FARMER ARSENAULT BROCK LLC

57

1    from Dr. Tilleman.  Can we agree on that?

2        A.   Yes.

3        Q.   And she writes to you, "In order to approve

4    your Step 2 CK we need to see your Step 2 CK

5    academic plan attached and not in the format you

6    sent us along with your NBMEs."  Did I read that

7    right?

8        A.   Yes.

9        Q.   When she says "your NBME," you knew that

10   meant an NBME self assessment?

11       A.   Yes.

12       Q.   Okay.  And then a couple of weeks later on

13   August 8 you write back to her, "Dear Dr. Tilleman,

14   here's a copy of my last NBME practice test which I

15   took in May, and also attached is my master academic

16   study plan Step 2 CK."  Did I get that right?

17       A.   Yes.  And this refers to the master

18   academic plan in the format that she wanted.

19       Q.   Is that this?

20       A.   Yes.

21       Q.   Okay.

22            MR. LAPP:  Let's mark this, which we

23   only have one copy of.

24            (Marked, Exhibit 13, academic plan.)

FARMER ARSENAULT BROCK LLC

58

1    Q.   Let me show you Exhibit 13.  Is this the

2    form of academic plan that Dr. Tilleman wanted you

3    to complete?

4    A.   Yes.  This looks like this is it.  I

5    remember it wouldn't fit on the screen of my

6    computer.

7    Q.   Okay.  Did you understand when -- well,

8    first let me ask you, when you got the memorandum

9    that we've marked as Exhibit 12 -- we're going to

10   jump back and forth a little bit here -- as we

11   talked about a couple of minutes ago, on page 2 it

12   says Deans Tilleman and Anadkat have developed this

13   template for people to use to prepare for their Step

14   2 exams to plan.  Go to the website, look at the

15   plan, fill out the plan, right?

16   A.   Yes.

17   Q.   When you got Exhibit 12, did you go to the

18   website and look at the plan -- the template for the

19   plan which we've marked as Exhibit 13?

20   A.   Do you have a date of when this was sent?

21   Q.   I do not.

22   A.   Exhibit 12.

23   Q.   I do not.

24   A.   Because usually -- I mean, if they had

FARMER ARSENAULT BROCK LLC

59

1   requested this -- my academic plan in this format, I

2   would have sent it in this format.

3       Q.   Okay.

4       A.   If they didn't request it and they only

5   asked me for an academic plan, then that's probably

6   why I sent them the format that I put together.

7       Q.   Okay.  Fair enough.  Certainly by July 22,

8   when Dean Tilleman was writing to you saying in

9   order to approve you for Step 2 CK, we need you to

10  do your Step 2 CK academic plan attached, at least

11  by that date in July, you knew you needed to give

12  her something in this form that is Exhibit 13?

13      A.   Yes.

14           MR. BACH:   Just to be clear, I think you

15  said June first and then July.

16           MR. LAPP:   Yeah, I meant to say July.

17      Q.   So we can agree that by July 22, 2013 she

18  wanted to see an academic plan that was in the form

19  of Exhibit 13?

20      A.   Yes.  And I sent it to her two weeks later.

21      Q.   Correct, on August 8, 2013?

22      A.   Yes.

23      Q.   And when you reviewed the plan and

24  completed it and sent it back to her, you understood

1    that the plan involved figuring out how much time

2    you're going to study for different subjects that

3    are on the exam?

4         A.    Yes.

5         Q.    And budgeting a certain amount of time to

6    study for each section?

7         A.    Yes.

8         Q.    And thinking about when it is you're going

9    to take the NBME self assessments?

10        A.    Yes.

11        Q.    And you understood that part of the plan,

12   or that the plan involved, after doing a certain

13   amount of preparation, then taking an NBME self

14   assessment and submitting the score to Dean

15   Tilleman?

16        A.    Yes.

17        Q.    And the plan said, looking now at sort of

18   the top third of the first page of Exhibit 13, it

19   specifically noted if your score is less than 203

20   you should contact Dean Tilleman, right?

21        A.    Yes.

22        Q.    So you understood -- fair to say you

23   understood that in addition to implementing this

24   plan, it was expected that you would take the NBME

FARMER ARSENAULT BROCK LLC

1  self assessment and that if you didn't do well on

2  the NBME self assessment you'd need to get in touch

3  with Dean Tilleman and talk about how to do

4  something about that?

5      A.   Yes.

6      Q.   Fair?  Then it was expected that you would,

7  after having taken a first self assessment, you

8  would continue to work on your plan, spend more time

9  studying the specific subjects, and then take a

10  second NBME self assessment, yes?

11      A.   Yes.

12      Q.   And there too, as it's stated on the form,

13  if you scored below a certain number -- in this

14  case, 220, the expectation again was that you would

15  need to talk to Dean Tilleman and figure out what to

16  do, yes?

17      A.   Yes.

18      Q.   Did you understand that she would need to

19  see two scores that were equivalent of passing

20  scores on the USMLE -- let me -- this is going to

21  get to be a tortured sentence.  Let me just throw it

22  away.  Let's start over.

23           Did you understand that in order for her

24  to certify you to take the actual USMLE Step 2 she

FARMER ARSENAULT BROCK LLC

1   would need to see as part of your plan adequate

2   performance on two NBME self assessments?

3       A.   I'm not sure about the number 2.  After I

4   submitted this plan to her, I didn't hear anything

5   from her regarding the plan.  I only continued to

6   submit to her the NBME self assessment scores.

7       Q.   Yup.

8       A.   But we never discussed the plan again.  It

9   was...

10      Q.   Okay.  Is it fair to say that you

11  understood that she was going to be looking at

12  performance on the NBME self assessment to decide if

13  and when you would be ready to be certified to take

14  the USMLE exam?

15           MR. BACH:   Object as to the time and

16  scope as to when her expectations were that an NBME

17  would be submitted.

18           MR. LAPP:   Fair enough.

19      Q.   Is it fair to say that when you submitted

20  your plan in the form that she had requested and you

21  submitted that to her in August of 2013, is it fair

22  to say that when you submitted the plan, you

23  understood that she would be using NBME self

24  assessment scores to determine if and when you were

63

1   ready to be certified to take the actual USMLE?

2       A.   Yes.   I would like to add something to

3   that.   According to the NBME self assessment

4   services -- and I quote, "The material presented in

5   this self assessment is provided by the National

6   Board of Medical Examiners for educational purposes

7   only.   The self assessments are not intended to

8   predict performance on the United States Medical

9   Licensing Examination or the NBME subject

10  examinations.   Rather the self assessments are

11  intended to be used as a tool to determine a

12  participant's relative areas of strengths and

13  weaknesses in general topic areas."

14              So as I understand it, these assessments

15  are not the equivalent of how you're going to score

16  in the real USMLE Step 2 CK exam.

17      Q.   Fair enough.   It's a tool -- you understood

18  that the NBME self assessment was a tool for

19  assessing your level of knowledge in the subject

20  areas that are part of the USMLE exam?

21      A.   Yes.

22      Q.   And you understood in August of 2013 that

23  it was a tool that Dr. Tilleman used to assess

24  whether or when you would be ready to sit for the

64

1   USMLE Step 2?

2       A.   Even though it's not supposed to be used

3   for that, yes.

4       Q.   Well, we can agree that according to USMLE,

5   the score that you get on the NBME is not a

6   predictor of the score you're going to get on the

7   USMLE, right?

8       A.   That's correct.

9       Q.   But we can also agree, can we not, that the

10  NBME is a tool that one can use to assess one's

11  knowledge of subjects that are part of the USMLE

12  exam?

13      A.   I don't think I can agree, because the

14  information presented in the NBME, this is all the

15  information out of date.  It's information -- the

16  questions are of different lengths, different

17  formats.  I don't know if you understand that the

18  NBME self assessments are put together from all the

19  exams, all questions from the past.  So...

20      Q.   Right.  So the USMLE examines your

21  knowledge in the specific areas of clinical practice

22  that have been the subject of your rotations, yes?

23      A.   Yes.

24      Q.   So the USMLE Step 2 and CS and CK exams are

1  examining your knowledge on the clinical aspects of

2  OB-GYN, general practice, internal medicine, surgery

3  and so forth, yes?

4      A.   Yes, but it also assesses how well the

5  school prepared me for these exams.

6      Q.   Sure.  There's an element of the USMLE that

7  measures how well you know your basic sciences?

8      A.   Meaning how the school is preparing their

9  students, because if the school is not preparing

10  people well, if their curriculum is not structured

11  properly, then you're going to have a lot of

12  students failing these exams.

13      Q.   Right.

14      A.   And this is what happened.  The school had

15  a pass rate of 62 percent.  They had advertised 93

16  percent on the website.  But in reality it was --

17  the students -- there was only a 62 percent pass

18  rate in the USMLE step exams.

19      Q.   Okay.  So getting back to my question, the

20  USMLE exams, Step 2 CK and CS examined your

21  knowledge of the clinical aspects of the subjects

22  that were your clinical rotations, surgery, OB-GYN,

23  internal medicine and so on, right?

24      A.   Knowledge and preparation.

66

1    Q.   Similarly, can we agree the NBME self

2  assessment examination questions are about those

3  same subject areas?

4    A.   They are about the same subject areas.

5    Q.   And the questions that are on the NBME self

6  assessment exams are questions that were used, at

7  least in some cases, on prior USMLE exams?

8    A.   Yes.

9    Q.   Okay.  Do you understand that all of the

10  questions on the NBME self assessment are questions

11  that were designed for use on the USMLE exam?

12    A.   In the past, yes.

13    Q.   Can we also agree that there is no part of

14  the academic plan that Dr. Tilleman gave you, the

15  template for the academic plan that Dr. Tilleman

16  gave you that contemplates using the USMLE World as

17  an assessment tool?

18    A.   Okay.  It's not listed in this plan, but in

19  an email with Dr. Collins, a previous assistant to

20  the dean of clinicals, she told me that I needed to

21  complete at least 10,000 questions in order for them

22  to approve me.  A question bank only contains

23  between 1,000 questions to 2,500 questions.  The

24  only way I could have accomplished those 10,000

FARMER ARSENAULT BROCK LLC

1  questions was by signing up for different question

2  banks such as USMLE World, Kaplan's Question Bank,

3  USMLE RX, Master the Boards.  So this is something

4  that has been used.  It has been used by the deans

5  of MUA as a tool including USMLE World?

6      Q.   USMLE World, Kaplan and these other

7  question banks that are available are one of the

8  tools that you can use to prepare for the

9  examination?

10      A.   Yes, sir.

11      Q.   Did Dr. Tilleman ever tell you that she

12  uses the USMLE World not as a tool for preparing for

13  an exam, but as a tool for assessing a student's

14  readiness to sit for the USMLE?

15      A.   Yes.

16      Q.   When did she tell you that?

17      A.   After I submitted my NBME self assessment

18  score in October 2, 2013, we had a phone

19  conversation.  By email I communicated with her that

20  I did not trust a score that I received on that NBME

21  exam because it was too high, and this exam I had

22  already taken in the past.

23      Q.   Right.

24      A.   I suggested to her that I should take

1   another NBME -- another self assessment exam from

2   USMLE World, and she said -- and she agreed.

3       Q.   She did that in a phone call with you?

4       A.   Yes, sir.

5       Q.   Did she agree that it was a tool for you to

6   use to prepare for another NBME self assessment

7   attempt?

8       A.   It was a tool for her to see whether that

9   score that I received on my previous NBME self

10  assessment was valid or not.

11      Q.   Let's --

12      A.   The email is dated October 2.

13      Q.   Let me pull that out.

14          MR. BACH:  Can we take a quick break

15  when you get a chance?

16          MR. LAPP:  Yeah.  Let me just ask one

17  more question about Exhibit 12 and then we'll take a

18  quick break.

19      Q.   Can we also agree that -- well, I'm not

20  sure -- forgive me if I already got the answer to

21  this question.  I just can't remember it exactly.

22  Can we agree that on Exhibit 13 itself -- let's put

23  aside what you talked to Dr. Tilleman about and

24  we'll come back to that -- can we agree on Exhibit

1    13, the template, there's no indication that

2    Dr. Tilleman uses the USMLE World as a tool for

3    assessing whether a student is ready to sit for the

4    USMLE Step 2 exam?

5        A.   I disagree.  At the bottom of this document

6    I have USMLE World, done 2,232 questions.  So she

7    uses this as a tool.

8        Q.   Well, okay.  I see.  She uses it as a tool

9    for something, and we can't tell from this document

10   whether she uses it -- whether she thinks of it as a

11   tool preparing for the exam or a tool assessing your

12   readiness for the USMLE?

13       A.   I can't say what she thinks, but I put

14   together this plan, and she agreed to it.  So I

15   guess she does approve it.

16       Q.   Okay.

17            MR. LAPP:  Let's take a break.

18            (A recess was taken.)

19       Q.   Shortly before we took a break, you told us

20   that in October of 2013 you had sent in an NBME self

21   assessment to Dr. Tilleman, the score of which you

22   didn't trust because you had taken that particular

23   self assessment before; is that fair?

24       A.   Yes.

FARMER ARSENAULT BROCK LLC

1    Q.    So yesterday we marked as Exhibit 6 this

2    exchange of emails.   Just take a look at that.

3    A.    Yes.   I recognize it.

4    Q.    And is the email that you were referring to

5    beginning at the bottom of this first page of

6    Exhibit 6, October 2, "Dear Dr. Tilleman, Please

7    find attached a copy of my NBME practice test

8    result," this is the one you're referring to that

9    had the high score that you didn't trust?

10    A.    Yes.

11    Q.    And you recognized it because you had taken

12    that particular version of the self assessment

13    before that might have skewed the result?

14    A.    Yes.

15    Q.    Would it be fair to say that you knew

16    Dr. Tilleman would have reason to question the value

17    of that result?

18    A.    I had been studying for three months before

19    I took this exam.   So before October 2, 2013 I had

20    taken one NBME exam three months before that.   I

21    studied, reviewed books and watched videos, did

22    questions.   And then I took this exam.   I was

23    expecting my score to be high because of three

24    months of studying is a lot.   But I didn't know what

1   she would think of it.  I knew I had to be sure

2   before I took the real exam.  That's why I mentioned

3   that I had taken this exam before.

4       Q.   Okay.  And on October 3, she writes back to

5   you, still looking at Exhibit 6, noting her concern

6   that the test is compromised?

7       A.   Yes.

8       Q.   All right.  Is it your testimony that after

9   you got this email from her on October 3, you had a

10  phone conversation with her?

11      A.   I can't remember exactly when or what time

12  we had the phone call.  You know, if you're able to

13  subpoena her phone records, you would know exactly.

14  But this might have been what prompted the phone

15  call between her and I.

16      Q.   Okay.  Is it your testimony that you --

17  that at some point after submitting this NBME self

18  assessment score in early October but before

19  submitting the USMLE World score, at some point in

20  between there, you had a conversation with her on

21  the phone?

22      A.   Yes.

23      Q.   And tell me, as best you can recall, what

24  you said to her and she said to you during that

1   conversation.

2       A.    Basically I repeated what I had said on

3   that email, that I didn't trust the score because I

4   have taken that exam before, and I suggested to her

5   that perhaps I should take a USMLE World practice

6   exam, and she agreed.

7       Q.    Is that the --

8       A.    That's basically it.

9       Q.    Do you recall whether she asked you in this

10  phone conversation whether in addition to having

11  taken this particular NBME self assessment before,

12  did she ask you whether you had taken it timed or

13  untimed?

14      A.    She did not ask.

15      Q.    Did she ask you whether you had taken it

16  with any reference materials available to you while

17  you were taking the examination?

18      A.    She did not ask me that.

19      Q.    Did you take that last NBME self assessment

20  timed or untimed?

21      A.    No.  Can you rephrase the question.

22      Q.    Maybe my understanding is wrong.  My

23  understanding is when you take these exams, these

24  self assessment exams on line, you can take them in

73

1    a timed format, which would sort of replicate the

2    testing conditions of the actual USMLE where you

3    have a certain amount of time to complete the

4    examination, or you can take it in an untimed

5    format; is that right?

6        A.   That's correct.

7        Q.   So this NBME self assessment exam, the

8    score of which you sent in on October 2, did you

9    take that in a timed format or an untimed format?

10       A.   The way I took the exam is the way you will

11    usually take the USMLE -- the real exam.  So you

12    have one hour to complete each block, and you get to

13    take fifteen minutes -- no, no, you can take breaks

14    in between.  So the way I took that exam was I did

15    -- I would do one block, take a short break, like

16    five minutes, and then go on to the next block until

17    I finished the four blocks.  That's how I did it.

18       Q.   Okay.  And when you took the examination,

19    did you have any materials available to you when you

20    took the exam?

21       A.   No.

22       Q.   Okay.  Am I right in understanding that

23    when you send in your -- that when you send in your

24    NBME self assessments to your medical school,

1    there's a way that you can do that that shows on a

2    form whether you took it timed or untimed?

3         A.   I'm not sure.  They give you the results in

4    a PDF format, and you just send it in.  You just

5    make a copy of it and send it.  I'm not sure if it

6    shows or not.  I don't know.

7         Q.   Did you send to Tilleman whatever it was

8    you got from NBME?

9         A.   Yes.

10        Q.   When you spoke to Dr. Tilleman on the

11   phone, you talked about the fact that you didn't

12   trust the score of the NBME self assessment and that

13   you were planning to take a USMLE World?

14        A.   Yes.

15        Q.   She indicated that she understood that you

16   were going to do that as the next step?

17        A.   Yes.

18        Q.   Did you ask her whether she would accept

19   the results of a USMLE World exercise as a basis on

20   which she would certify you to take the USMLE?

21        A.   I did ask her that question.  I assumed she

22   would, since she agreed for me to take the exam.

23        Q.   Fair enough.  You then took the USMLE

24   World, yes?

75

1    A.    Yes.

2    Q.    And you sent her the results of that on --

3    A.    I believe it was the 7th of October.

4    Q.    Let's look at Exhibit 8.

5    A.    Yes.

6    Q.    When you sent her the results of the USMLE

7    World, you indicated that you noticed that the

8    length of the questions was shorter than the real

9    exam and the questions were less difficult than the

10   NBME exam, yes?

11   A.    Yes.

12   Q.    So you recognized that there was a

13   difference between the USMLE World and the NBME?

14   A.    Yes.

15   Q.    Okay.

16   A.    Just to point out, the questions in the

17   NBME exam are also shorter, and they are -- they are

18   also shorter than the real Medical CK exam.

19   Q.    I thought we agreed that the questions on

20   the NBME are questions that were used on previous

21   USMLEs?

22   A.    The content, and like I said, those

23   questions were used in the past, but USMLE has been

24   changing the format, the length of the questions.

76

1  Now the questions are even longer, sometimes like

2  half a page long.

3       Q.   So in your view, the NBME is actually --

4  has easier questions than the USMLE?

5       A.   They're shorter in length.

6       Q.   Does that make them easier to understand

7  and work through?

8       A.   You can go through them faster.

9       Q.   All right.  And you can go through the --

10  and the USMLE questions are even easier than the

11  NBME questions?

12       A.   It's possible, yes.

13       Q.   Okay.  How many NBME self assessments have

14  you taken?

15       A.   I took -- I don't know the exact -- I can't

16  remember the exact number, but I've taken all of

17  them.  I mean, they only have six, so it's not that

18  much.

19       Q.   Okay.  The documents that we have in this

20  case indicate that you sent to Dean Tilleman the

21  results of an NBME that you took in May 2013 on

22  which you got a score of 80 out of 800.  Do you

23  remember that?

24       A.   Yes.

FARMER ARSENAULT BROCK LLC

1     Q.    And you sent in August of 2013 to dean

2  Tilleman an NBME self assessment in which you got a

3  score of 160 out of 800.  Do you remember that?

4     A.    Yes.

5     Q.    We just talked about the fact that you sent

6  her in October of 2013 this much higher score that

7  you didn't trust, right?

8     A.    Yes.

9     Q.    Did you send to MUA any other NBME self

10  assessment exam results other than the ones that I

11  just listed from May, August and October 2013?

12     A.    By May I had already completed three exams.

13  I don't know why they didn't have a record of it,

14  but these are -- by May I had done three exams for

15  Dr. Perlangelo.

16     Q.    Yeah.

17     A.    She was the dean before Dr. Tilleman.

18     Q.    Did you -- when did you take the first

19  three NBME self assessments?

20     A.    I can't remember the dates, but --

21     Q.    Let's see if we can place them relative to

22  your clinical rotations.  You finished your clinical

23  rotations in October of 2011.  Did you take any NBME

24  self assessments before you finished your clinical

78

1   rotations?

2        A.   I can't remember exactly.  When I was doing

3   my clinical rotations, it was a very hectic time.

4   So I can remember -- I can't remember if I took any,

5   because I was also -- some of the requirements, when

6   you take the core clinical science rotations, they

7   also make you take some exams at the end of the

8   rotations.  I was taking those.  I can't remember

9   when I took those NBME exams.

10       Q.   Let's try it this way:  You took the Step 2

11  CS exam for the first time in April of 2011, right?

12       A.   I'm not sure.  Yes, I think so.

13       Q.   And you failed that attempt in April of

14  2011, right?

15       A.   Yes.

16       Q.   Do you recall whether you took any NBME

17  self assessments before your first attempt at the

18  Step 2 CS exam in April of 2011?

19       A.   I don't -- I can't remember.  There are no

20  -- just for -- to be clear, there are no NBME self

21  assessments for CS.

22       Q.   Ah, okay.  I didn't know that.

23       A.   This is just a clinical --

24       Q.   For CK.  I guess that makes sense.  I guess

1    that makes perfect sense now that I think about it.

2    Okay.

3                You took the Step 2 CK exam for the

4    first time in September of 2011, right?

5         A.   Yes.

6         Q.   And you failed it on that first attempt,

7    right?

8         A.   Yes.

9         Q.   Do you recall whether you took any NBME

10   self assessments before your first attempt at the

11   Step 2 CK?

12        A.   I think I did.  I must have because -- just

13   to help me see what my weaknesses are.

14        Q.   Do you recall how many NBME self

15   assessments you took before you took the first Step

16   2 CK exam?

17        A.   I can't remember.

18        Q.   Do you recall whether -- I think you've

19   testified that you took three NBME self assessments

20   before the May 2013 one that you sent to

21   Dr. Tilleman.  Do you recall your scores on any of

22   those first three NBME self assessments?

23        A.   I can't remember, but they were not

24   passing, not passing scores.

FARMER ARSENAULT BROCK LLC

1    Q.   Do you have still -- do you have records of

2  what those NBME self assessments were?

3    A.   Yes, I think -- I can get copies of that.

4    Q.   Okay.  That would be great.

5         Do you recall whether you provided those

6  NBME self assessments scores to Dr. Perlangelo?

7    A.   I don't recall if I gave her the same type

8  of documents that I gave Dr. Tilleman, but I do

9  remember giving her the number -- the score number.

10   Q.   Okay.  Do you recall having any

11  conversation with her about what those scores

12  indicated?

13   A.   I can't remember the details, but we did

14  speak about them.

15   Q.   Okay.  So in some notes that we have from

16  your file at the school, there is a suggestion that

17  you had a conversation with Dr. Perlangelo in

18  February of 2012.

19   A.   Okay.

20   Q.   So let's just place this.  You finished

21  your clinical rotations in October of '11.

22   A.   Yes.

23   Q.   This is now February of 2012, about three

24  months later.

1    A.   Okay.

2    Q.   There's a suggestion in the notes that you

3 had a conversation with Dr. Perlangelo about your CK

4 prep in which you talked about the fact that you'd

5 been making slow progress due to personal

6 distractions but now you felt more confident, you'd

7 taken a live Kaplan course, you simply feel you need

8 more repetition and you're going to repeat the NBME

9 in six weeks.  Does that refresh your recollection

10 at all?  Does that sound right?

11    A.   It sounds like we did speak about that.

12    Q.   Okay.  Then we have an indication that in

13 October of 2012 you spoke to somebody at the school

14 and talked about the fact that you moved back to

15 Texas, you were using the Kaplan materials, UWQ.  Is

16 that USMLE World Q?

17    A.   Question banks.

18    Q.   Question banks.  And did a first NBME two

19 days ago with a score of 135 in October of 2012.

20 Does that sound right to you?

21    A.   I can't remember the details, but if it's

22 part of my email, then I did send it.

23    Q.   Yeah.  I'm making representations to you

24 based on a record that you haven't seen --

FARMER ARSENAULT BROCK LLC

1       A.    Okay.

2       Q.    These are notes that are made in a database

3   that is maintained -- as the deans have

4   communications with you, they make a note in the

5   database.

6       A.    Oh, okay.

7       Q.    So I'm reading to you what's here.  I don't

8   know if it's true or not.  I'm just asking whether

9   it refreshes your recollection.  So this is a long

10  way of saying there's a suggestion here that in

11  October of 2012 you took your first NBME and you got

12  a score of 135.

13      A.    Okay.

14      Q.    Can we agree that if that's right, 135

15  would be a very low score?

16      A.    Yes.

17      Q.    Not a passing score?

18      A.    Yes.

19      Q.    And then there's a further suggestion that

20  on October 30, you had repeated the NBME and this

21  time got a 137, not much better.  Does that sound

22  right?

23      A.    That's correct.

24      Q.    All right.  And then there's a further

83

1    indication that in February of 2013, after having

2    done more Kaplan videos, more books, more UWorld

3    questions, you got a score of 140.

4        A.   Yes.

5        Q.   Essentially no improvement.  135, 137, 140,

6    no improvement.  None of them passing scores?

7        A.   That's correct.

8        Q.   In fact, none of them close to being close

9    to passing scores, right?

10       A.   Right.

11       Q.   Then in May of 2013 you take the NBME again

12   and you get an 80, which is even worse, right?

13       A.   Yes.

14       Q.   And then in August of 2013 you take your

15   fifth NBME self assessment and you get a 160, still

16   far from a passing score, right?

17       A.   Yes.  Sorry.  Does it say -- did she write

18   there what the distractions were that I mentioned to

19   begin with?

20       Q.   Yeah.  We have it in the record and we

21   talked about it yesterday with Dean Tilleman, that

22   you had a brother who passed away.  Yes?

23       A.   Yes.

24       Q.   And you had a nephew who had brain cancer

FARMER ARSENAULT BROCK LLC

84

1    and passed away?

2        A.   Yes.

3        Q.   I'm sorry for both those losses.  When did

4    your brother pass away?

5        A.   I think -- sorry.

6        Q.   Yeah, take your time.

7        A.   What was the date on that?  I can't

8    remember exactly.  But it was about -- I'm sorry.

9        Q.   Take your time.  We'll take a break if you

10   want to.

11             We have in -- let me see if I can help

12   you out here.  In Exhibit 5, which is the email

13   exchange we looked at before in August of 2013, you

14   wrote and it goes back further, you wrote to

15   Dr. Tilleman in May of 2013 that your older brother

16   died last August, and your younger brother's

17   eight-year-old son died a couple of days ago.  So it

18   would look like your brother passed away in August

19   of 2012 and your nephew died in May of 2013.

20       A.   Yes.  That sounds correct.

21       Q.   What caused your brother's death?

22       A.   I'm sorry?

23       Q.   I'm sorry.  I know it's hard.

24       A.   Sorry.  So he was -- I don't know exactly

FARMER ARSENAULT BROCK LLC

1    -- I never saw the records, but he was an alcoholic,

2    and he did have liver problems, but the medical

3    examiner said that he had been -- he had been

4    bleeding inside the head.  I don't know if he fell

5    or he was attacked.  He was in Guatemala when this

6    happened.

7        Q.   Fair to say his death was sort of sudden

8    and unexpected?

9        A.   It was sudden.

10       Q.   And your nephew, when did you learn that he

11   had brain cancer?

12       A.   Probably about six months or so before he

13   died.

14       Q.   Were you close to your brother?

15       A.   Yes.

16       Q.   And your nephew?

17       A.   (Witness nodding head.)

18       Q.   The record should say yes.

19       A.   Yes.  Sorry.

20            Another thing that was going on during

21   that time -- maybe water will help.

22       Q.   Yeah.  If you want to take a break, you let

23   me know, we'll take a break.

24       A.   So my wife and I were -- had been trying to

86

1    have children, and we tried in vitro fertilization,

2    but then -- I'm sorry -- she was getting sick from

3    the injections and stuff so we stopped.  So we

4    basically decided that -- I'm just trying to get the

5    words out.

6        Q.   Take your time.

7        A.   We decided that she was not going to have

8    -- we were not going to have any children, and

9    that's it.

10       Q.   When did you come to that realization?

11       A.    It was about May -- let me see -- because

12   we left Chicago right after -- after that, we left

13   Chicago.  I'm going to say around May.  It was

14   around that time also.

15       Q.   May of 2013?

16       A.   2013.

17       Q.   Part of the note of the conversation you

18   had with somebody in February '13 talks about your

19   personal issues causing distraction and mild

20   depression having hampered your prior efforts.  Have

21   you ever been diagnosed with depression?

22       A.   No.

23       Q.   Maybe just feeling depressed at that time?

24       A.   I don't really know if it was depression,

87

1  but I remember during that time it was hard -- it

2  was not hard, but it was -- everything was going

3  slow.  Everything I did was slow.

4      Q.  Have you ever been treated for any kind of

5  mental health issues?

6      A.  No.

7      Q.  So by October of 2013, when you -- well, by

8  August of 2013, when you submitted the 160 score on

9  your NBME self assessment to Dr. Tilleman, we now

10  know that that had been your fifth NBME self

11  assessment.  Yes?

12      A.  Yes.

13      Q.  All of them with scores not close to

14  passing?

15      A.  Yes.

16      Q.  I think you told us there's only six NBME

17  self assessment exams that you can take.

18      A.  Yes.

19      Q.  So you knew by that time you were getting

20  down to your last chances?

21      A.  Yes.  I mean -- you mean by August or

22  October?

23      Q.  Let's say by October.  You knew you were

24  getting down to your last chances to demonstrate

FARMER ARSENAULT BROCK LLC

88

1  through the NBME at least that you had mastered the

2  knowledge that you needed to be ready to take the

3  USMLE?

4      A.   Yes.  So by that time I had taken at least

5  five exams for MUA, but I had -- as we discussed

6  earlier before I took my -- I did my first attempt

7  at CK.  I must have taken NBMEs before as a practice

8  for that exam.

9      Q.   Right.  So, in fact, by the time we get to

10 October of 2013.  All right?  It's over 7 years from

11 the time you started medical school, yes?

12     A.   Yes.

13     Q.   You've done all your basic sciences

14 curriculum, yes?

15     A.   Yes.

16     Q.   You've done all of your clinical rotations?

17     A.   Yes.

18     Q.   You've taken any number of Kaplan -- you've

19 taken more than one Kaplan review course?

20     A.   I took one Kaplan review course.

21     Q.   Had you also taken a Falcon review program

22 of some kind?

23     A.   When I took that exam, I had just finished

24 taking a Falcon video review.

FARMER ARSENAULT BROCK LLC

1      Q.   All right.  And you had done any number of
2    question banks?
3      A.   Yes.
4      Q.   You'd, in addition to taking five NBME self
5    assessments, you'd actually taken the USMLE Step 2
6    exam itself by that time?
7      A.   Yes.
8      Q.   You had worked extremely hard to prepare
9    yourself to acquire the knowledge and be in a
10   position to demonstrate that knowledge?
11     A.   Yes.
12     Q.   And by August of 2013 it was still the case
13   that your best score on the NBME was a 160?
14     A.   Mm-hmm.
15     Q.   By August, right?
16     A.   Yes.
17     Q.   Now, is it also true that by September of
18   2013 you knew you were in danger of being withdrawn
19   from MUA?
20     A.   I disagree.
21     Q.   Did you come to learn in September of 2013
22   that your enrollment status at MUA was in some
23   question?
24     A.   Yes.

FARMER ARSENAULT BROCK LLC

90

1    Q.   And is it fair to say that during that time

2  you had taken out some student loans for your

3  medical education?

4    A.   Pretty much my whole education was student

5  loans.

6    Q.   Right.  Am I right that your loans could

7  remain in a deferred status, you wouldn't have to

8  repay your loans as long as you were still enrolled

9  in medical school?

10   A.   Yes.

11   Q.   And you came to find out in September that

12  your enrollment might be in jeopardy?

13   A.   Yes.

14   Q.   And you were concerned that if you no

15  longer were considered to be enrolled at MUA you

16  were going to have to start repaying your student

17  loans?

18   A.   Yes.

19   Q.   All right.

20        MR. LAPP:  Let's mark this as the next

21  exhibit.

22        (Marked, Exhibit 14, email, 9/23/13.)

23   Q.   Do you recognize this document?

24   A.   Yes.

1       Q.    This is an email from you to Amy LeCain,

2   dated September 23, 2013, right?

3       A.    Yes.  And she's the registrar.

4       Q.    That was my next question.  Thank you.

5             And you write in this letter to the

6   registrar, "I was wondering if you could tell me the

7   reason my record was placed under review.  I have

8   been trying to get my enrollment with the school

9   certified since last Tuesday so that I can apply for

10  forbearance of one of my student loans but it has

11  been denied."  Did I read that right?

12      A.    Yes.

13      Q.    "Ms. Curran, from finance, told me that my

14  record is under review and that until it is

15  resolved, no document regarding loans can be issued

16  at this time."  Right?

17      A.    Yes.

18      Q.    Fair to say that by September 23, 2013, you

19  knew your record at the school was under review, and

20  that if that review did not come out favorably for

21  you, you were going to be considered unenrolled with

22  the result that you would have to start repaying

23  your student loans?

24      A.    I disagree.

92

1     Q.   What's wrong about that?

2     A.   I don't know if you have copies of those

3    emails, but on September 18 that's when I first

4    contacted Ms. Curran, the financial aid officer,

5    requesting certification of my enrollment, and she

6    told me that I had not been enrolled in -- according

7    to her financial forms, since October 11, 20' -- I'm

8    sorry, October 2011 when I completed my clinical

9    rotations.

10             Yes.  Before that I had spoken with

11    Ms. LeCain.  When I started studying for my exams, I

12    spoke with Ms. LeCain and she said I am considered a

13    full-time student as long as I'm studying, even if

14    I'm not taking clinical rotations.

15             MR. LAPP:  So let's just go ahead and

16    mark that.

17             (Marked, Exhibit 15, email chain ending

18    9/19/13.)

19    Q.   Is that the email exchange you were just

20    referring to?

21    A.   Yes.

22    Q.   And then following that exchange, we have

23    the email that we marked as Exhibit 14 in which you

24    asked Ms. LeCain why your record was under review,

FARMER ARSENAULT BROCK LLC

93

1    right?

2        A.    So Exhibit 15 is from March 5 of 2012, and

3    this Exhibit 14, the exchange with -- yeah, Exhibit

4    14 is September 23, 2013.

5        Q.    Well, Exhibit 15, there's both -- there's

6    an email to you from Ms. LeCain, the registrar, in

7    March of 2012 that says as long as you're not on

8    financial or medical leave and you're studying for

9    the USMLE exams, you're considered a full-time

10   enrolled student?

11       A.    Yes.

12       Q.    And then you forwarded that to Ms. Curran

13   in September of 2013 as part of your effort to clear

14   up your enrollment status?

15       A.    Yes.

16       Q.    So that was September 19 of 2013 in Exhibit

17   15.  Four days after that, you send the email to

18   Ms. LeCain expressing concern that your record has

19   been placed under review, and noting that you've

20   been trying to get your enrollment certified, yes?

21       A.    Yes.

22       Q.    And then on --

23            MR. LAPP:  Let's mark this as the next

24   exhibit.

FARMER ARSENAULT BROCK LLC

94

1          (Marked, Exhibit 16, email chain ending
2     9/26/13.)
3          A.    So I started asking all these questions
4     because Ms. Curran had told me that I had been
5     disenrolled in 2011, which I had never heard of
6     before.
7          Q.    Okay.  So just have a look at the next
8     exhibit.
9          A.    (Witness reviewing document.)
10         Q.    We see in Exhibit 16, in addition to
11    writing to the registrar's office, you're writing to
12    Dean Tilleman about the fact that you're trying to
13    get your enrollment with the school certified and
14    that a committee of the school's management had met
15    and determined that you are no longer considered
16    enrolled.  You wrote that to Dr. Tilleman?
17         A.    That's correct.
18         Q.    Okay.  So --
19         A.    My first learning of my disenrollment was
20    -- all of this happened within five days.
21         Q.    Right.
22         A.    Ms. Curran told me I had been disenrolled
23    in 2011 and then a couple -- three days later my
24    record was under review.  Two days later this

95

1    committee had met and determined that my enrollment

2    could not be certified.

3        Q.   And you knew at this time, in the fall of

4    2013, that you were already beyond the twelve-month

5    period from the end of your clinical rotations in

6    which you were supposed to have passed both the Step

7    2 exams.  Is that right?

8        A.   Yes.

9        Q.   And let's mark this as the next exhibit.

10               (Marked, Exhibit 17, email chain ending

11   10/24/11.)

12       Q.   I'm going to try to save you a little bit

13   of time here.  You can read the whole thing and take

14   as much time as you want.  I'm going to suggest to

15   you this is an exchange of emails in October of 2011

16   between you and Dr. Collins, who we've talked about

17   before.  What I want to direct your attention to is

18   the language at the top of the second page, sort of

19   the first full paragraph, if you will, where it

20   says, "Please be advised that MUA policy now

21   requires the successful completion of both the CK

22   and CS exams within 12 months of the end date of

23   your last clerkship in order to be eligible to

24   receive the Doctor of Medicine degree."  Did I read

FARMER ARSENAULT BROCK LLC

96

1  that right?

2      A.   Yes.

3      Q.   Can we agree that at least as of October

4  2011, you understood that in order to graduate from

5  MUA you had to not only pass both the Step 2 exams,

6  you had to do it within 12 months of your clinical

7  rotations?

8      A.   Yes.

9      Q.   Do you recall when you first learned that,

10 that there was a twelve-month window in which you

11 were supposed to complete your Step 2 exams?

12     A.   I believe this was the first time,

13 especially if you listen to the language.  It says,

14 "Please be advised that MUA policy now requires

15 successful completion of both the CK and CS exams

16 within 12 months."  By her saying "now," that means

17 something recent, something that she's notifying me

18 of today.

19     Q.   Okay.  So in late September of 2013 you've

20 come to find out that your enrollment status is in

21 jeopardy.  In fact, you're not currently considered

22 being enrolled and you found out that some

23 management committee of the school has reviewed your

24 status --

1     A.   Yes.

2     Q.   -- and determined to consider you no longer

3  an enrolled student?

4     A.   Yes.

5     Q.   You're very concerned that if you're not

6  able to turn that around somehow, you're going to

7  have to start paying your student loans?

8     A.   Yes.

9     Q.   And you're also aware at that point that

10  you're well beyond the twelve-month period in which

11  the school says you're supposed to have completed

12  both the Step 2 exams, fair?

13     A.   Yes.

14     Q.   And then within days of Exhibit 16, the

15  September 26 email with Dr. Tilleman, within days,

16  you sent her an NBME self assessment score from an

17  exam that you've taken before which has a score

18  significantly higher than any self assessment you've

19  ever achieved in the past?

20     A.   Yes.  But as I said -- as we talked about

21  before, I had been studying for that exam since

22  August 2013.  And this was now October.

23     Q.   Right.  So --

24     A.   Plus --

98

1      Q.   So even though the five NBME self
2  assessments that you had taken before in 2012 and
3  2013 -- you took one in October 2012 on which you
4  got a 135, November 2012 you got a 137, February
5  2013 you got a 140, May 2013 you get an 80, August
6  13 you get a 160, you're studying for this exam
7  throughout that time, you're taking review courses,
8  you're taking practice banks of questions.  You're
9  doing all of those things and throughout that period
10 of time you never get above a 160, which is far from
11 passing.  But it's your testimony that in the period
12 between August 2013 and October 2013 you somehow
13 mastered all of the knowledge that was necessary to
14 get a 580 on the exam?
15     A.   That's the reason I mentioned to her that I
16 had already taken that exam and not to trust -- I
17 didn't trust the score, and she didn't trust the
18 score.
19     Q.   Yeah.
20     A.   That's why I suggested that I take another
21 exam.
22          MR. LAPP:  All right.  I think I'm done.
23 Let's take a five-minute break.  Let me look at my
24 notes.  I think I'm done, but let me make sure.

FARMER ARSENAULT BROCK LLC

99

1    Thank you.

2              (A recess was taken.)

3        Q.   You were told in October -- you got a

4    letter from Dean Green that you had been withdrawn

5    from the school?

6        A.   Yes.

7        Q.   You appealed that withdrawal, did you not?

8        A.   Sort of.  I asked the registrar,

9    Ms. Amy LeCain if she could give me the guidelines

10   on how to appeal that decision, and she said that

11   there were none.  They didn't have anything that I

12   could use to appeal, no guidelines:  So she said,

13   "Just write me an email with your reasons and I will

14   forward them to Dr. Green."

15       Q.   Did you prepare an email with the reasons

16   why you thought the withdrawal was improper?

17       A.   I did.

18       Q.   Do you recall -- I actually have that.  Do

19   you recall what you said in that email?

20       A.   I don't have it in front of me, but in

21   essence I explained to him that the deans had been

22   instructing me to take practice exams to do tons of

23   questions.

24              I also told him about the last two

FARMER ARSENAULT BROCK LLC

100

1   practice exams that I took.  I also mentioned the

2   personal family issues that I was having.  And I

3   mentioned that all I needed was permission to take

4   the exam.  And that was the only thing left.  I

5   think that was it.

6       Q.   Okay.  Is it fair to say that in your email

7   to the dean in which you were trying to appeal his

8   decision or get him to reconsider his decision, you

9   made the argument to him that you had shared with

10  Dean Tilleman the results of the USMLE World exam

11  and the last NBME self assessment, and that on the

12  basis of those scores you should have been certified

13  to take the Step 2 CK exam?  Did you make that

14  argument?

15      A.   No, I don't think so.  I mentioned that I

16  -- that I gave -- I mentioned that those scores were

17  submitted, and that they were passing scores.

18      Q.   Okay.  So you made the argument to Dean

19  Green -- I'm paraphrasing a document that we don't

20  have in front of us.  So you tell me if I'm wrong.

21  Is it fair to say that you made the argument to Dean

22  Green, "Look, you've withdrawn me from school

23  because I haven't passed the Step 2 CK exam within

24  the time you say I should have.  I believe that if

FARMER ARSENAULT BROCK LLC

101

1    certified by the school, I believe I could take and

2    pass that exam.  I got a passing score on this last

3    NBME assessment and I got a passing score on my

4    Medical World."  Is that the gist of it or have I

5    mischaracterized it?

6       A.   Just a little bit.

7       Q.   All right.  How would you refine that?

8       A.   Obviously the twelve-month time limit had

9    passed.

10       Q.   Yeah.

11       A.   And my argument, or my statement was more

12    in terms of I have been receiving instruction from

13    the deans.  They have been telling me exactly what

14    to do to improve my scores, and I have followed

15    their instructions.  Now I should be allowed to take

16    the exam since I've been doing everything they have

17    told me.  That was it.

18       Q.   Okay.  Fair enough.

19       MR. LAPP:  I think that's all I have.

20       A.   I want to make one last comment.  When I

21    spoke with Dr. Collins about my Step 1 exam and she

22    said, "You are putting yourself in a very difficult

23    situation.  You are not going to be able to get into

24    residency because of your repeated failures on Step

FARMER ARSENAULT BROCK LLC

102

1   1," I mentioned that they -- none of them believed

2   that that was true because for the following two

3   years they continued to collect my tuition for

4   thousands and thousands of dollars, and they

5   continued to give me instruction on what to do.

6       Q.   Well, you had been warned by Dr. Collins

7   that in light of your problems passing the USMLE

8   Step 1 exam, in her view it would be difficult for

9   you to get a match to ultimately be accepted for a

10  residency program in her assessment, yes?

11      A.   Yes.

12      Q.   You were an adult.  How old were you?

13      A.   I can't remember, but how many years ago

14  was it?  I'm old.

15      Q.   This was in --

16      A.   Let's say 40.

17      Q.   Right.  You'd lived in the world.  You'd

18  been in the Army.  You've got a wife.  You've had

19  multiple jobs.  Any reason that we should think you

20  weren't capable of making your own decisions at that

21  point as to whether you were going to continue in

22  medical school or not?

23      A.   Well, the experts on medical school and

24  acceptance into residency -- I had never been

FARMER ARSENAULT BROCK LLC

1   through something like that.  They're the ones that

2   know whether someone gets accepted or not.

3       Q.   And the people who know told you you should

4   have serious doubts whether you will ever get

5   accepted for residency?  The people who knew that

6   warned you about that?

7       A.   But they continued to take my tuition for

8   two years after that.

9       Q.   Well, did anyone compel you to continue to

10  go to medical school?

11      A.   I don't understand your...

12      Q.   Well, you had been warned by the people who

13  know about how difficult it is to match, you'd been

14  warned by the people who know, "Look, in light of

15  what's happened here with USMLE Step 1, it's going

16  to be awfully difficult for you to match some day

17  and you ought to know that before you continue on."

18  That's effectively what they told you.  They gave

19  you the warning, right?

20      A.   Yes.

21      Q.   And you decided to proceed because you

22  believe in your heart that you can be a doctor?

23      A.   It would have been unethical for them to

24  continue teaching me if they thought I wasn't going

104

1    to be able to enter residency.  It would be like

2    just taking money for no reason knowing that I

3    wouldn't be able to get in there.

4         Q.   It would have been unethical for them not

5    to warn you so that you could make an informed

6    decision, right?

7         A.   Okay.

8         Q.   And it's also true, is it not, that people

9    obtain medical degrees with no intention of

10   practicing as actual treating physicians, right?

11        A.   I don't know that.

12        Q.   You aren't aware that some people obtain

13   medical degrees because they want to be research

14   scientists with M.D.s or have other careers with

15   M.D.s?  It's useful for them even though they are

16   not practicing physicians?  That's not something

17   you're aware of?

18        A.   I thought everyone who went to medical

19   school wanted to be a practicing physical.  That's

20   my understanding.

21        Q.   Okay.  All set.

22             MR. BACH:  We're not going to add

23   anything else.  We are all set too.

24             (12:05 p.m.)

FARMER ARSENAULT BROCK LLC

105

CERTIFICATE OF COURT REPORTER

1

2          I, Kathleen Mullen Silva, Registered

3   Professional Reporter, do certify that the

4   deposition of FERNANDO CATALAN-AGUILAR, in the

5   matter of Fernando Catalan-Aguilar v. R3 Education,

6   Inc. d/b/a Medical University of the Americas, on

7   June 12, 2015, was stenographically recorded by me;

8   that the witness provided satisfactory evidence of

9   identification, as prescribed by Executive Order 455

10  (03-13) issued by the Governor of the Commonwealth

11  of Massachusetts, before being sworn by me, a Notary

12  Public in and for the Commonwealth of Massachusetts;

13  that the transcript produced by me is a true and

14  accurate record of the proceedings to the best of my

15  ability; that I am neither counsel for, related to,

16  nor employed by any of the parties to the above

17  action; and further that I am not a relative or

18  employee of any attorney or counsel employed by the

19  parties thereto, nor financially or otherwise

20  interested in the outcome of the action.

21  Transcript review was requested of the reporter.

22

23  _____  June 23, 2015

24  Kathleen Mullen Silva, RPR, CRR

106

WITNESS:  FERNANDO CATALAN-AGUILAR
CASE:  Fernando Catalan-Aguilar v. R3 Education, Inc. d/b/a
Medical University of the Americas

SIGNATURE PAGE/ERRATA SHEET

PAGE      LINE      CHANGE OR CORRECTION AND REASON

_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____

        I have read the transcript of my deposition taken
June 12, 2015.  Except for any corrections or changes noted
above I hereby subscribe to the transcript as an accurate record
of the statements made by me.

        Signed under the pains and penalties of perjury.


_____DATE_____
Deponent, FERNANDO CATALAN-AGUILAR

Sent via UPS to counsel/witness on June 23, 2015

FERNANDO CATALAN-AGUILAR

SIGNATURE PAGE/ERRATA SHEET INFORMATION

For deposition taken on:  June 12, 2015

Fernando Catalan-Aguilar v. R3 Education, Inc.

d/b/a Medical University of the Americas

## SIGNATURE INFORMATION FOR COUNSEL

The original signature page/errata sheet has been sent to
Jason J. Bach, Esq. to obtain signature from the deponent.
When complete, please send original to Daryl J. Lapp, Esq.
A copy of any errata should be sent to each party of record
present at the deposition.

## WITNESS INSTRUCTIONS

After reading the transcript of your deposition, please note
any change or correction and the reason on the errata/signature
page.  DO NOT make any notations on the transcript itself.
If necessary, continue the format on a separate page.

**PLEASE SIGN AND DATE** the errata/signature page (before a notary
if requested) and return it to your counsel.