# Exhibit 2

Case 1:14-cv-12607-GAO   Document 33-2   Filed 09/22/15   Page 2 of 4



EXHIBIT
Catalan-Aguilar
12
6/12/15  KmS

### Dear Clinical Student,

Congratulations for making it through the first two rotations. The purpose of this document is to explain the processes of:

- MUA approval of your USMLE Step II CK and CS registration
- Elective rotation scheduling and
- Academic break approval.

This is your roadmap from now (post 2 cores) to starting your Step 2 registration and Elective Rotations.



**Core Clinical Rotations = 42 weeks**
Surgery (12 wks) …Anatomy
Internal Med (12 wks) …Fluid/Electrolytes
OB/GYN (6 wks) ….Hormones
Pediatrics (6 wks) …Immunization
Psychiatry (6 wks) ….DSM V

**Core Grades + Scores:**
40% Core NBME Exams
40% Evaluations by Preceptor
10% Patient Logs
10% Core Cases Reflections

Per the University Policy, student is eligible to sit for USMLE Step 2:
- > 40 weeks of rotations and 4/5 core rotations (including IM + Surgery), and
- After submitting 3 Forms:
  a) Master Academic Plan for Step 2
  b) Career/elective plan form
  c) Academic break form (Leave of Absence)
All forms can be found on-line: https://www.muacampus.org/

Submit All 3 documents to: clinical@mua.edu
Time for processing and approval 2-4 weeks !!
Approved by Dr. Tamara Tilleman, Clinical Dean,
SKYPE: DeanTilleman

**Academic Break 6 - 8 weeks**

**USMLE Step 2 Exams CS/CK**

**Elective Clinical Rotations = 30 weeks**
Primary Care (4-6 wks)
Med SubSpec (4-6 wks)
Sub Intern (4 wks)
Other Electives

**Electives Scores:**
Evaluations by Preceptor
(Make sure to collect the form)

**May be taken in either order**
**Note: Scheduling issue with CS**

**Report score** to  clinical@mua.edu

The Clinical Affairs mission is to provide you the finest academic education while supporting your journey to become a practicing physician. The Clinical Affairs staff will personally work with each student to ensure maximal benefit from elective clinical rotations and best timing when it comes to Step 2. We will help tailor your elective rotations toward your future residency and to be prepared for the interviews/residency programs.

The second "step" of the U.S. licensing examination is actually two tests, one of clinical skills (CS), and one of clinical knowledge (CK). These are scheduled and completed separately, but both must be successfully passed to graduate from the Medical University of the Americas, to achieve ECFMG

1

CA 136

certification, and to participate in the residency match. Once you apply online, ECFMG contacts us for approval.

Per the University Policy, you will be eligible to sit for USMLE Step 2:
- Completion of 4/5 core rotations (including IM and Surgery).
- > 40 weeks of rotations.
- After submitting 3 Forms:
    a) Master Academic Plan for Step 2
    b) Career/elective plan form
    c) Academic break request (Leave of Absence)

All 3 forms can be found on https://www.muacampus.org/Gateway/Gateway.html

Please be advised that it may take 2-4 weeks to process the applications and that all of the above three will be processed and approved at the same time by the Clinical Deans therefore please submitted all 3 documents <u>together</u>.

## A. Step 2 Academic Plan

Deans Tilleman and Anadkat have created a template to help you organize your planning process to pass USMLE step 2. Please review the document carefully and understand the 2 sheets designed:
(http://www.muacampus.org/) Step 2 Academic Plan.

Save a copy of the document, add your name, fill the missing data (2 sheets) and submit all 3 documents as an attachment via email to: clinical@mua.edu . The email subject must include: YOUR NAME + Step 2 documents (example: John Smith Step 2 documents). Please note that incomplete form will be rejected.

The Clinical Dean Dr. Tilleman will approve your USMLE Step 2 registration after receiving and reviewing your plan and the other documents. Processing time is 2-4 weeks.

- <u>You will need to monitor</u> your academic progress during your study period by following your Academic Plan and by taking several NBME self-assessment tests. The NBME scores along with your tracking sheet should be sent to usmle@mua.edu.
(Please note, your first submission of the plan with the 2 other forms is to clinical@mua.edu. ONLY after you have <u>NBME self-assessment score</u> you will forward score s and your tracked plan to usmle@mua.edu)

** If you scored less than < 220, you should not sit for Step 2 and must contact the Clinical Affairs Department for further instructions.

## B. Academic Break/ Leave of Absence Form

For the Step 2 study/academic break you will need complete the following form:
(http://www.muacampus.org/) Request for Academic Break Form

## C. Career Planning Form

The Clinical Affairs will help you choose the best electives for you by tailoring them to your future residency, the location and finding places that are IMG friendly and may even have some of our alumni practicing medicine there.

2

You will need to fill out the following form and submit it to the clinical department. The Clinical Dean will review it and contact you as necessary to discuss the best opportunities.

Elective courses give you an opportunity to strengthen your knowledge and understanding in specific areas of medicine, and to explore personal interests and possible career paths. From an immediate practical standpoint, they allow you to investigate hospitals and cities where you might want to apply for residency, and give you an opportunity to impress faculty with your initiative and professionalism, possibly leading to letters of recommendation and even offers of a pre-match residency position. _Selection committee/residency programs are more likely to choose you if they know you._

Prior to beginning any elective clerkships students MUST complete the career planning form where you will list the residencies that you are interested in, the State/Province that you would like to have your residency program and specific Hospitals of interest

### Career Planning and Elective Rotation Form

You are required to successfully complete thirty (30) weeks of elective clinical clerkships for graduation. Each elective will be four (4) to six (6) weeks in length; experiences shorter or longer than this require specific approval from a MUA Clinical Dean. Included in this phase of your training are two required *"Selectives"*, as described below.

- You must complete at least four (4) weeks of a primary care experience (Family Medicine, or Ambulatory Pediatrics or Adult Medicine), we suggest 6 weeks if planning to get into FM Residency.

- You must complete at least four (4) weeks of a medicine subspecialty (Cardiology, Gastroenterology, Nephrology, For detail elective information, please see student hand book

- You are _strongly_ urged to consider a Sub-internship in your specialty of interest. This has been shown to help applicants' success with Matching into a residency position.

From a practical standpoint, you must complete all clerkships by the time of commencement in May of the spring you are seeking a residency. You are responsible for selecting and arranging your elective experiences, with the assistance, guidance and approval of the MUA clinical department. Begin thinking of your options and preferences _early_ in your clinical years. Consider three primary guidelines:

a) Fields that you might be interested in for a future residency;

b) Elective location. Seriously consider doing electives in cities and at hospitals where you might want to apply for residency. And,

c) Areas of medicine where you feel you might need further knowledge and/or exposure, particularly in order to perform well on board exams;

**Wising you the very best,**

*Tamara R Tilleman, MD, PhD, MPA*
Tamara R. Tilleman MD, PhD, MPA
Dean of Clinical Medicine Medical SKYPE:  DeanTilleman