### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CATALAN-AGUILAR<br><br>   Plaintiff,<br><br> v.<br><br>R3 EDUCATION, INC. dba MEDICAL UNIVERSITY OF THE AMERICAS,<br><br>   Defendant. | Civil Action No. 1:14-cv-12607-GAO |

### NOTICE OF ADDITIONAL APPEARANCE OF ELIZABETH H. KELLY

Pursuant to Local Rule 83.5.2, please enter the appearance of Elizabeth H. Kelly of Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as counsel for the Defendant, R3 Education, Inc., in the above-captioned action.

                Respectfully submitted,

Date: September 28, 2015      /s/ Elizabeth H. Kelly
                  Elizabeth H. Kelly (BBO # 672277)
                  LOCKE LORD LLP
                  111 Huntington Avenue
                  Boston, MA  02199-7613
                  (617) 239-0100
                  (617) 227-4420 (fax)
                  Liz.kelly@lockelord.com

                  *Attorney for R3 Education, Inc.*

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)

      I, Elizabeth H. Kelly, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this 28th day of September 2015.

                                                             /*s*/ Elizabeth H. Kelly
                                                             Elizabeth H. Kelly