UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FERNANDO CATALAN-AGUILAR

    Plaintiff,

  v.

R3 EDUCATION, INC. dba MEDICAL
UNIVERSITY OF THE AMERICAS,

    Defendant.

Civil Action No. 1:14-cv-12607-GAO

**FERNANDO CATALAN-AGUILAR'S RULE 26(A)(3)
PRETRIAL DISLCOSURES**

Plaintiff, Fernando Catalan-Aguilar makes the following pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(c).

**A.  Trial Witnesses**

Plaintiff expects to call the following witnesses to testify at trial:

1.  Fernando Catalan-Aguilar
    c/o Alger Law LLC
    400 Westminster Street, Suite 401
    Providence, RI 02903
    and
    The Bach Law Firm, LLC
    7881 W. Charleston Blvd., Suite 165
    Las Vegas, NV 89117

2.  Tamara R. Tilleman M.D., Ph.D., MPA
    Dean of Clinical Medicine Medical
    Medical University of the Americas
    27 Jackson Road
    Suite 302
    Devens, Massachusetts 01434
    (978) 862-9500

3.      Gordon Green, M.D.
Executive Dean
Medical University of the Americas
27 Jackson Road
Suite 302
Devens, Massachusetts 01434
(978) 862-9500

4.      Amy LeCain
School Registrar
Medical University of the Americas
27 Jackson Road
Suite 302
Devens, Massachusetts 01434
(978) 862-9500

5.      Piyanet Curran
Financial Aid Officer
Medical University of the Americas
27 Jackson Road
Suite 302
Devens, Massachusetts 01434
(978) 862-9500

6.      Lucille Collins, Ph.D.
Assistant Dean
Medical University of the Americas
27 Jackson Road
Suite 302
Devens, Massachusetts 01434
(978) 862-9500

7.      Linda H. Perangelo, M.D.
Associate Dean of Clinical Medicine
Medical University of the Americas
27 Jackson Road
Suite 302
Devens, Massachusetts 01434
(978) 862-9500

B.  **Exhibits**

Plaintiff expects to offer at trial the exhibits identified on the following table:

| 1. | # | DOCUMENTS. |
|---|---|---|
| 2. | CA 001-071 | MUA's CLINICAL HANDBOOK |
| 3. | CA 072-073 | MUA's Student Contract |
| 4. | CA 074-134 | Medical University of the Americas Student Handbook |
| 5. | CA 135 | Medical University of the Americas Supplement to the Student Handbook |
| 6. | CA 136-138 | Welcome letter from Tamara R. Tilleman re: passing 18 weeks rotations |
| 7. | CA 139 | National Board of Medical Examiners, NBME Comprehensive Clinical Science Self-Assessment (CCSSA) Performance Profile |
| 8. | CA 140 | Simulated Exam from the USMLE World question bank |
| 9. | CA 141 | Email from Dr. Lucille Collins to Plaintiff, dated: Oct 24, 2011, subject: Step 2 CK |
| 10. | CA 142 | Email from Dr. Lucille Collins to Plaintiff, dated: Apr 27, 2012, subject: Step 2 CS exam results and email from Linda H. Perangelo to Plaintiff, dated Jun 22, 2012, subject: Minimum Passing Score USMLE Step 2CK |
| 11. | CA 143 | Email to All Medical University of the Americans Students, dated: August 10, 2012, subject: Changes to Clinical Medicine Program |
| 12. | CA 144 | Emails between Dr. Lucille Collins and Plaintiff, subject: update? |
| 13. | CA 145 | Emails between Linda H. Perangelo and Plaintiff, subject: Second assessment test results |
| 14. | CA 146 | Emails between Dr. Tamara Tilleman and Plaintiff, subject: Self-assessment score for step 2 |
| 15. | CA 147 | Emails between Dr. Tamara Tilleman and Plaintiff, subject: NBME practice test results and Email from Piyanet Judy Curran to Plaintiff, subject: Loan Deferment application |
| 16. | CA 148-232 | U.S. Department of Education, Staff Analysis of the Standards for the Evaluation of Medical Schools Used by Nevis, Prepared March 2012 |
| 17. | CA 233 | Letter from Dr. Gordon J. Green to Plaintiff, dated: October 17, 2013 |
| 18. | CA 234 | Letter from Plaintiff to Ms. LeCain, dated: October 17, 2013 |

| 19. | CA 235 | Letter from Dr. Gordon J. Green to Plaintiff, dated: November 21, 2013 |
|---|---|---|
| 20. | CA 236-239 | Email from Plaintiff to Dr. Tilleman, subject: Re: Catalan-Aguilar Fernando Step 2 CK certification + NBME, dated: August 8, 2013 |
| 21. | CA 240-251 | MUA Academic Plan for USMLE Step 2 |
| 22. | CA 252-253 | Email from Dr. Tilleman to Plaintiff, subject: Fernando Catalan-NBME Practice Test Scores, dated: October 3, 2013 |
| 23. | CA 254 | Email from Plaintiff to Dr. Tilleman, subject: USMLE World Simulated Exam, dated: October 7, 2013 |
| 24. | CA 255-258 | Plaintiff's NBME Comprehensive Clinical Science Self-Assessment (CCSSA) Performance Profile, Test date: !0/2/2013 |
| 25. | CA 259 | Plaintiff's USMLEWORLD simulated exam |
| 26. | CA 260-263 | Plaintiff's NBME Comprehensive Clinical Science Self-Assessment (CCSSA) Longitudinal Performance Profile, History of Performance Across Multiple Completed Tests, Report date: 10/2/2013 |
| 27. | CA 264 | Step 2 CK preparation at home, May 20, 2013 to June 21, 2013 (93 hrs 5 min) |
| 28. | CA 265 | Copy of check for CMU Registration Charges, check number 2293 |
| 29. | CA 266-267 | Copy of enrollment email and costs from Kaplan Medical for review course |
| 30. | CA 268 | Email from Plaintiff to Falcon Staff, subject: Falcon physician reviews Customer Receipt/Purchase Confirmation, dated May 20, 2013 |
| 31. | CA 269-282 | Copy of checks for Rent |
| 32. | CA 283 | CMU Student Account Statement, dated issued: June 15, 2015 |
| 33. |  | Deposition Transcript of Plaintiff Fernando Catalan-Aguilar |
| 34. |  | Deposition Transcript of Tamara R. Tilleman, M.D. |
| 35. |  | Deposition Transcript of Gordon Green, M.D. |
| 36. |  | Plaintiff's Responses to Defendant's Request for Admissions |
| 37. |  | R3 Education, Inc.'s Response to Plaintiff's First Set of Interrogatories |
| 38. |  | R3 Education, Inc.'s Response to Plaintiff's First Request for Production |

THE BACH LAW FIRM, LLC.


   */s/ Jason J. Bach*
Jason J. Bach
THE BACH LAW FIRM, LLC
7881 W. Charleston Blvd., Suite 165
Las Vegas, NV 89117
(702) 925-8787
(702) 925-8788 (fax)
jbach@bachlawfirm.com

Melody A. Alger
ALGER LAW LLC
400 Westminster Street, Suite 401
Providence, RI 02903
(401) 277-1090
(401) 277-1094 (fax)
malger@algerlaw.com


September 30, 2015


## CERTIFICATE OF SERVICE

On September 30, 2015, I caused to be filed electronically a true copy of the foregoing document using the CM/ECF system which effected service of the same upon all counsel of record.


   */s/ Jason J. Bach*
Jason J. Bach