UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FERNANDO CATALAN-AGUILAR
              Plaintiff(s)

v.                                          CIVIL ACTION NO. 14-12607-GAO

R3 EDUCATION, INC. d/b/a MEDICAL UNIVERSITY OF THE AMERICAS
              Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE      U.S.D.J.

IT IS ORDERED AND ADJUDGED:

In accordance with the Court's Opinion and Order, dated October 15, 2015, the defendant's Motion for Summary Judgment (dkt. No. 29) is GRANTED in its entirety. Judgment shall enter for the defendant.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 10/15/15                        By  /s/ Paul Lyness
                                           Deputy Clerk